B1 (Official Form 1)(4/10)

| United States Bankruptcy Court<br>**Northern District of Illinois** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>Becker, Robert James | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|

| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>FDBA Showerworks, Inc.; FDBA Bathworks, Inc.; FDBA Glass Depot, LLC; FDBA Becker Glass, Inc.; FDBA 4835 W Grand LLC; FDBA 3956 N Management | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
|---|---|

| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>xxx-xx-1478 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
|---|---|

| Street Address of Debtor (No. and Street, City, and State):<br>3421 N. Albany Ave.<br>Chicago, IL<br>ZIP Code 60618 | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
|---|---|

| County of Residence or of the Principal Place of Business:<br>Cook | County of Residence or of the Principal Place of Business: |
|---|---|

| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
|---|---|

| Location of Principal Assets of Business Debtor<br>(if different from street address above): |
|---|

**Type of Debtor**
(Form of Organization)
(Check one box)

- ■ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ☐ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity**
(Check box, if applicable)

- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

- ■ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)

- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(4/10)                                                                                                    Page 2

| **Voluntary Petition** | Name of Debtor(s): |
| *(This page must be completed and filed in every case)* | Becker, Robert James |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed:  - None - | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: - None - | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
| --- | --- |
| | (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X _____<br>  Signature of Attorney for Debtor(s)          (Date) |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(4/10)   Page 3

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | Becker, Robert James |

### Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  /s/ Robert James Becker
Signature of Debtor  Robert James Becker

X _____
Signature of Joint Debtor

Telephone Number (If not represented by attorney)

March 7, 2011
Date

**Signature of Attorney***

X  /s/ Gina B. Krol
Signature of Attorney for Debtor(s)

Gina B. Krol 6187642
Printed Name of Attorney for Debtor(s)

Cohen & Krol
Firm Name

105 West Madison Street
Suite 1100
Chicago, IL 60602-4600

Address

312.368.0300  Fax: 312.368.4559
Telephone Number

March 7, 2011
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

Printed Name of Authorized Individual

Title of Authorized Individual

Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

Printed Name of Foreign Representative

Date

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

Printed Name and title, if any, of Bankruptcy Petition Preparer

Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

Address

X _____

Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
## Northern District of Illinois

In re   Robert James Becker                                       Case No.             
                                          Debtor(s)        Chapter    7

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

B 1D (Official Form 1, Exhibit D) (12/09) - Cont.

    ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

    ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

    ☐ Active military duty in a military combat zone.

    ☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:   /s/ Robert James Becker

                           Robert James Becker

Date:   March  7, 2011

B6D (Official Form 6D) (12/07)

In re    Robert James Becker _____ ,    Case No. _____

                                   Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | |
| **Account No.** <br><br> Cenlar <br> PO Box 785057 <br> Orlando, FL 32878 | | | - | 1st mortgage <br><br> 216 Madison <br> Joliet, IL <br><br> Value $      40,000.00 | | | | 35,000.00 | 0.00 |
| **Account No.** <br><br> Chase Bank <br> P.O. Box 4661 <br> Houston, TX 77210 | | | - | 516 W. Stratford <br> Chicago, IL <br><br> Value $      70,000.00 | | | | 90,000.00 | 20,000.00 |
| **Account No.** <br><br> Chase Home Finance <br> P. O. Box 78420 <br> Phoenix, AZ 85062 | | | - | Second Mortgage <br><br> 3421 N. Albany Ave. <br> Chicago, IL 60618 <br><br> Value $      564,000.00 | | | | 165,000.00 | 138,145.00 |
| **Account No.** <br><br> Fifth Third Bank <br> Attention: Bankruptcy <br> 1850 East Paris - MDROPS05 <br> Grand Rapids, MI 49546 | | | - | 2883 Heritage Terrace <br> Joliet, IL <br><br> Value $      97,500.00 | | | | 96,000.00 | 0.00 |
|    3    continuation sheets attached | | | | Subtotal <br> (Total of this page) | | | | 386,000.00 | 158,145.00 |

B6D (Official Form 6D) (12/07) - Cont.

In re    Robert James Becker                                      ,    Case No. _____

                                           Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> Harris Bank <br> PO Box 2880 <br> Chicago, IL 60690 | | - | Mortgage <br><br> 4835 N. Grand <br> Chicago IL 60639 <br><br> Business building and land operated by Grand LLC <br> Value $     405,000.00 | | | | 480,000.00 | 472,000.00 |
| Account No. <br><br> Harris Bank <br> PO Box 2880 <br> Chicago, IL 60690 | | - | Business Loan <br><br> 3956 North Elston <br> Chicago IL 60618 <br><br> Business building and land operated by Elston Management <br> Value $     450,000.00 | | | | 50,000.00 | 0.00 |
| Account No. <br><br> Harris Bank <br> PO Box 2880 <br> Chicago, IL 60690 | | - | Mortgage <br><br> 3956 North Elston <br> Chicago IL 60618 <br><br> Business building and land operated by Elston Management <br> Value $     450,000.00 | | | | 335,000.00 | 254,000.00 |
| Account No. <br><br> Harris Bank <br> PO Box 2880 <br> Chicago, IL 60690 | | - | Business Loan <br><br> 3956 North Elston <br> Chicago IL 60618 <br><br> Business building and land operated by Elston Management <br> Value $     450,000.00 | | | | 90,000.00 | 90,000.00 |
| Account No. <br><br> Harris Bank <br> PO Box 2880 <br> Chicago, IL 60690 | | - | Mortgage <br><br> 320 Frontage Rd <br> Northfield IL 60093 <br><br> Business building and land operated by Chicago Northfield Partners <br> Value $     850,000.00 | | | | 875,000.00 | 743,000.00 |

Sheet _1_ of _3_ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)    1,830,000.00    1,559,000.00

B6D (Official Form 6D) (12/07) - Cont.

In re  Robert James Becker _____,   Case No. _____
                                                        Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>Heritage Lakes Association<br>c/o Vanguard Community Association<br>50 E. Commerce<br>Schaumburg, IL 60173 | - | | 2883 Heritage Terrace<br>Joliet, IL<br><br>Value $ 97,500.00 | | | | 0.00 | 0.00 |
| Account No. 8088<br><br>JP Morgan Chase Bank. N.A.<br>Home Equity and Consumer Lending<br>1111 Polaris Parkway<br>Columbus, OH 43240 | - | | First Mortgage<br><br>3421 N. Albany Ave.<br>Chicago, IL 60618<br><br>Value $ 564,000.00 | | | | 537,145.00 | 0.00 |
| Account No.<br><br>Lakewood Falls Community Associatio<br>C/o Vanguard Community Management<br>50 E. Commerce<br>Schaumburg, IL 60173 | - | | Association fees<br><br>20937 Barrington Lane<br>Plainfield, IL 60544<br><br>Value $ 162,000.00 | | | | 0.00 | 0.00 |
| Account No.<br><br>Ocwen Federal Bank<br>12650 Integrity Dr.<br>Orlando, FL 32826 | - | | 20937 Barrington Lane<br>Plainfield, IL 60544<br><br>Value $ 162,000.00 | | | | 165,351.00 | 3,351.00 |
| Account No.<br><br>Round Point Mortgage<br>5032 Parkway Place<br>Charlotte, NC 28217 | - | | 2nd Mortgage<br><br>216 Madison<br>Joliet, IL<br><br>Value $ 40,000.00 | | | | 7,800.00 | 2,800.00 |

Sheet __2__ of __3__ continuation sheets attached to                  Subtotal
Schedule of Creditors Holding Secured Claims                 (Total of this page)      710,296.00     6,151.00

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                Best Case Bankruptcy

**B6D (Official Form 6D) (12/07) - Cont.**

In re    Robert James Becker _____,    Case No. _____

Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. 4600 <br><br> SBA/SomerCor 504 <br> 601 S LaSalle <br> Suite 510 <br> Chicago, IL 60605 | | - | 4835 N. Grand <br> Chicago IL 60639 <br><br> Business building and land operated by Grand LLC <br><br> Value $      405,000.00 | | | | 397,000.00 | 0.00 |
| Account No. <br><br> SBA/SomerCor 504 <br> 601 S LaSalle <br> Suite 510 <br> Chicago, IL 60605 | | - | 3956 North Elston <br> Chicago IL 60618 <br><br> Business building and land operated by Elston Management <br><br> Value $      450,000.00 | | | | 319,000.00 | 0.00 |
| Account No. <br><br> SBA/SomerCor 504 <br> 601 S LaSalle <br> Suite 510 <br> Chicago, IL 60605 | | - | 320 Frontage Rd <br> Northfield IL 60093 <br><br> Business building and land operated by Chicago Northfield Partners <br><br> Value $      850,000.00 | | | | 718,000.00 | 0.00 |
| Account No. <br><br> Sure Light Sign Company <br> c/o Howard E. Gilbert & Assoc. Ltd. <br> 3315 Algonquin Road, Ste 202 <br> Rolling Meadows, IL 60008 | | - | Mechanics Lien <br><br> 4835 N. Grand <br> Chicago IL 60639 <br><br> Business building and land operated by Grand LLC <br> Value $      405,000.00 | | | | 1,115.00 | 1,115.00 |
| Account No. <br><br> | | | Value $ | | | | | |

Sheet __3__ of __3__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | | |
|---|---|---|
| Subtotal <br> (Total of this page) | 1,435,115.00 | 1,115.00 |
| Total <br> (Report on Summary of Schedules) | 4,361,411.00 | 1,724,411.00 |

B6E (Official Form 6E) (4/10)

.

In re    Robert James Becker                                                                    ,    Case No. _____
                                          Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

_* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment._

_____1_____ continuation sheets attached

B6E (Official Form 6E) (4/10) - Cont.

In re     Robert James Becker                                              ,          Case No. _____
                                        **Debtor**

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Taxes and Certain Other Debts
Owed to Governmental Units

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | 2008-2010 | | | | | |
| Cook County Collector P.O. Box 7552 Chicago, IL 60680-7552 | - | | Real Estate taxes- 3596 North Elston, Chicago IL 60618 | | | | | 1,816.84 |
| | | | | | | | 32,551.65 | 30,734.81 |
| Account No. | | | 2008-2010 | | | | | |
| Cook County Collector P.O. Box 7552 Chicago, IL 60680-7552 | - | | Real Estate taxes- 4835 Grand, Chicago IL 60639 | | | | | 4,420.48 |
| | | | | | | | 22,602.29 | 18,181.81 |
| Account No. | | | 2008-2010 | | | | | |
| Cook County Collector P.O. Box 7552 Chicago, IL 60680-7552 | - | | Real Estate taxes- 320 Frontage Rd Northfield IL 60093 | | | | | 12,923.41 |
| | | | | | | | 21,087.53 | 8,164.12 |
| Account No. | | | 2008-2010 | | | | | |
| Cook County Collector P.O. Box 7552 Chicago, IL 60680-7552 | - | | Cook County Real Estate Taxes for Albany property | | | | | 0.00 |
| | | | | | | | 15,054.65 | 15,054.65 |
| Account No. | | | 2008-2010 | | | | | |
| Will County Collector 302 N. Chicago St. Joliet, IL 60432 | - | | Will County Real Estate taxes for Joliet and Plainfield properties | | | | | 0.00 |
| | | | | | | | 11,152.96 | 11,152.96 |

Sheet  1   of  1   continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | 102,449.08 | 19,160.73 / 83,288.35 |
| Total (Report on Summary of Schedules) | 102,449.08 | 19,160.73 / 83,288.35 |

B6F (Official Form 6F) (12/07)

In re ___Robert James Becker_____, Case No. _____
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor has primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Personal | | | | |
| 2550 Ashland LLC 2250S Ashalnd Ave Chicago, IL 60608 | | - | | | | | | | 3,000.00 |
| Account No. | | | | | Showerworks, Inc. | | | | |
| A-Wire & Tube Fabricating Corp. 4825 W Grand Ave Chicago, IL 60639 | X | | | | | | | | 120.00 |
| Account No. | | | | | Bathworks, Inc. | | | | |
| A.C.T. Group Ltd. 6242 N CLark St Chicago, IL 60660 | X | - | | | | | | | 187.50 |
| Account No. | | | | | Showerworks, Inc. | | | | |
| A.C.T. Group Ltd. 6242 N Clark St Chicago, IL 60660 | X | - | | | | | | | 1,705.39 |

__33__ continuation sheets attached

Subtotal
(Total of this page)                        5,012.89

B6F (Official Form 6F) (12/07) - Cont.

In re   Robert James Becker                                          ,   Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Becker Glass, Inc. | | | | |
| Access Door, Inc. 528 Johnson Street Keokuk, IA 52632 | X | - | | | | | | 1,346.05 |
| Account No. | | | | Showerworks, Inc. | | | | |
| Ace Property & Casualty c/o David Halpin 1400 Torrence #211A Calumet City, IL 60409 | X | - | | | | | | 31,229.00 |
| Account No. | | | | Showerworks, Inc. | | | | |
| AcTax Computer Services 836-A Arlington Heights Rd. Elk Grove Village, IL 60007 | X | - | | | | | | 11,750.00 |
| Account No. | | | | Bathworks, Inc. | | | | |
| Active Electrical Supply Co. 4240 West Lawrence Avenue Chicago, IL 60630-2798 | X | - | | | | | | 841.79 |
| Account No. | | | | Glass Depot, LLC | | | | |
| Active Electrical Supply Co. 4240 West Lawrence Avenue Chicago, IL 60630-2798 | X | - | | | | | | 2,448.91 |

Sheet no. __1__ of __33__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

47,615.75

B6F (Official Form 6F) (12/07) - Cont.

In re   Robert James Becker _____,   Case No. _____
                                           Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>Active Electrical Supply Co.<br>4240 West Lawrence Ave<br>Chicago, IL 60630-2798 | X | - | | Showerworks, Inc. | | | | 7,091.85 |
| Account No.<br><br>ADT Security Services<br>PO Box 371967<br>Pittsburgh, PA 15250 | X | - | | Glass Depot, LLC | | | | 211.96 |
| Account No.<br><br>ADT Security Services, Inc.<br>2250 W. Pinehurst Blvd<br>#100<br>Addison, IL 60101 | X | - | | Showerworks, Inc. | | | | 171.32 |
| Account No.<br><br>Airgas North Central<br>PO Box 802588<br>Chicago, IL 60680-2588 | X | - | | Showerworks, Inc. | | | | 140.03 |
| Account No.<br><br>Alan & Associates<br>15432 South 70th Street<br>Orland Park, IL 60462 | X | - | | Bathworks, Inc. | | | | 250.00 |

Sheet no. __2__ of __33__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            7,865.16

B6F (Official Form 6F) (12/07) - Cont.

In re    Robert James Becker                                                    ,      Case No. _____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
| Account No. | | | | Becker Glass, Inc. | | | | |
| Alan and Associates 15432 South 70th Street Orland Park, IL 60462 | X | - | | | | | | 7,327.00 |
| Account No. | | | | Bathworks, Inc. | | | | |
| Allied Waste Services PO Box 9001154 Louisville, KY 40290-1154 | X | - | | | | | | 60.82 |
| Account No. | | | | Showerworks, Inc. | | | | |
| American Specialists Inc. 441 Saw Mill River Road Yonkers, NY 10701 | X | - | | | | | | 218.64 |
| Account No. | | | | Bathworks, Inc. | | | | |
| Arch Aluminum & Glass PO Box 676109 Dallas, TX 75267-6109 | X | - | | | | | | 903.74 |
| Account No. | | | | Glass Depot, LLC | | | | |
| Arch Aluminum & Glass PO Box 676109 Dallas, TX 75267-6109 | X | - | | | | | | 3,679.84 |

Sheet no. __3__ of __33__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

12,190.04

B6F (Official Form 6F) (12/07) - Cont.

In re    Robert James Becker                                    ,    Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Becker Glass, Inc. | | | | |
| Arch Aluminum & Glass PO Box 676109 Dallas, TX 75267-6109 | X | - | | | | | | 228.14 |
| Account No. | | | | Showerworks, Inc. | | | | |
| Arch Aluminum & Glass- Iowa PO Box 676109 Dallas, TX 75267-6109 | X | - | | | | | | 1,006.46 |
| Account No. | | | | Showerworks, Inc. | | | | |
| Arch Aluminum & Glasss- Wisconsin PO Box 676109 Dallas, TX 75267-6109 | X | - | | | | | | 22,729.84 |
| Account No. | | | | Bathworks, Inc. | | | | |
| Arizona Shower Doors, Inc. 261 Bond Street Park Forest, IL 60466 | X | - | | | | | | 1,002.42 |
| Account No. | | | | Showerworks, Inc. | | | | |
| Arizona Shower Doors, Inc. 2601 Bond Street Park Forest, IL 60466 | X | - | | | | | | 1,061.88 |

Sheet no. __4__ of __33__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                26,028.74

B6F (Official Form 6F) (12/07) - Cont.

In re    Robert James Becker    ,    Case No. _____

Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Bathworks, Inc. | | | | |
| AT&T PO Box 8100 Aurora, IL 60507-8100 | X | - | | | | | | 301.18 |
| Account No. | | | | Glass Depot, LLC | | | | |
| AT&T PO Box 8100 Aurora, IL 60507-8100 | X | - | | | | | | 266.69 |
| Account No. | | | | Becker Glass, Inc. | | | | |
| Azul Window Washing 718 South 6th Avenue□□ Maywood, IL 60153 | X | - | | | | | | 3,112.00 |
| Account No. | | | | Glass Depot, LLC | | | | |
| Blue Cross- Blue Shield of Illinois PO Box 1186 Chicago, IL 60690-1186 | X | - | | | | | | 7,764.32 |
| Account No. 0404 | | | | Showerworks, Inc. 2007 BMW X3 Lease expires: 4/12/2013 | | | | |
| BMW Financial Services PO Box 78066 Phoenix, AZ 85062 | X | - | | | | | | 21,904.56 |

Sheet no. __5__ of __33__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    33,348.75

B6F (Official Form 6F) (12/07) - Cont.

In re    Robert James Becker                                          ,    Case No. _____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Showerworks, Inc. | | | | |
| Bonnell Aluminum 508 Wilson St Kentland, IN 47951 | X | - | | | | | | 2,417.09 |
| Account No. | | | | Showerworks, Inc. | | | | |
| Bovis Lend Lease, Inc. One Noth Wacker Suite 850 Chicago, IL 60606 | X | - | | | | | | 188,045.00 |
| Account No. | | | | Glass Depot, LLC | | | | |
| Broadview Security PO Box 70834 Charlotte, NC 28272-0834 | X | - | | | | | | 264.95 |
| Account No. | | | | Showerworks, Inc. | | | | |
| Broan-Nutone P.O. Box 140 Hartford, WI 53027 | X | - | | | | | | 2,079.99 |
| Account No. | | | | Bathworks, Inc. | | | | |
| C.R. Laurence Co., Inc. 2503 E Vernon Ave Los Angeles, CA 90058-0923 | X | - | | | | | | 5,429.84 |

Sheet no. __6__ of __33__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

198,236.87

B6F (Official Form 6F) (12/07) - Cont.

In re    Robert James Becker                                    ,        Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Becker Glass, Inc. | | | | |
| C.R. Laurence Co., Inc. 2503 E. Vernon Ave. Los Angeles, CA 90058-0923 | X | - | | | | | | 9,417.71 |
| Account No. | | | | Showerworks, Inc. | | | | |
| C.R. Laurence Co., Inc. 2503 E. Vernon Ave. Los Angeles, CA 90058-0923 | X | - | | | | | | 3,769.64 |
| Account No. | | | | Bathworks, Inc. | | | | |
| Canon Business Solutions c/o Murphy Lomon & Associates PO Box 2206 Des Plaines, IL 60017-2206 | X | - | | | | | | 1,306.80 |
| Account No. | | | | Showerworks, Inc. | | | | |
| Canon Business Solutions, Inc. c/o Murphy Lomon & Associates PO Box 2206 Des Plaines, IL 60017-2206 | X | - | | | | | | 863.31 |
| Account No. | | | | Personal Credit Card | | | | |
| Chase Cardmember Service PO Box 15153 Wilmington, DE 19886-5153 | | - | | | | | | 4,120.00 |

Sheet no. _7__ of _33__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

19,477.46

B6F (Official Form 6F) (12/07) - Cont.

In re    Robert James Becker                                    ,    Case No. _____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Chicago Jewish News<br>5301 W Dempster<br>Skokie, IL 60077 | X | - | Bathworks, Inc. | | | | 350.00 |
| Account No.<br><br>Citi Cards<br>Attention: Bankruptcy<br>P.O. Box 6000<br>Sioux Falls, SD 57117 | | - | Personal Credit Card | | | | 7,410.00 |
| Account No.<br><br>Citi Cards<br>Attention: Bankruptcy<br>P.O. Box 6000<br>Sioux Falls, SD 57117 | | - | Personal Credit Card | | | | 7,624.00 |
| Account No.<br><br>Citibank<br>PO Box 688912<br>Des Moines, IA 50368-8912 | X | - | Showerworks | | | | 80,000.00 |
| Account No.<br><br>Citibank<br>P.O. Box 6000<br>The Lakes, NV 89163 | X | - | Bathworks, Inc. | | | | 0.00 |

Sheet no. __8__ of __33__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        95,384.00

B6F (Official Form 6F) (12/07) - Cont.

In re    Robert James Becker                                              ,    Case No. _____
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 3725 | | | | Bathworks, Inc. | | | | |
| Citizens Automobile Finance 443 Jefferson Blvd Warwick, RI 02886 | X | - | | 2006 E 250 Ford Van Lease expires 1/20/2012 | | | | 8,147.57 |
| Account No. | | | | Showerworks, Inc. | | | | |
| City of Chicago The Department of Water Managment P.O. Box 6330 Chicago, IL 60680-6336 | X | - | | | | | | 83.83 |
| Account No. | | | | Bathworks, Inc. | | | | |
| Classic Graphic Industries Inc. 519 Wrightwood Ave. Elmhurst, IL 60126 | X | - | | | | | | 1,042.75 |
| Account No. | | | | Glass Depot, LLC | | | | |
| Columbia Glass and Plastics Co. 4716 W. Lake St. Chicago, IL 60644 | X | - | | | | | | 5,834.72 |
| Account No. | | | | Becker Glass, Inc. | | | | |
| Columbia Glass and Plastics Co. 4716 W. Lake St. Chicago, IL 60644 | X | - | | | | | | 4,223.55 |

Sheet no. __9__ of __33__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    19,332.42

B6F (Official Form 6F) (12/07) - Cont.

In re  Robert James Becker                                    ,        Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Showerworks, Inc. | | | | |
| Columbia Glass and Plastics Co. 4716 W Lake St Chicago, IL 60644 | X | - | | | | | | 1,139.78 |
| Account No. | | | | Showerworks, Inc. | | | | |
| Columbia Glass Inc. c/o Law Offices os W.C. French PO Box 572884 Houston, TX 77257 | X | - | | | | | | 5,833.22 |
| Account No. | | | | Showerworks, Inc. | | | | |
| Columbia Glass Inc. c/o Law Offices os W.C. French PO Box 572884 Houston, TX 77257 | X | - | | | | | | 4,477.90 |
| Account No. | | | | Showerworks, Inc. | | | | |
| Columbia Glass Inc. c/o Law Offices os W.C. French PO Box 572884 Houston, TX 77257 | X | - | | | | | | 3,906.09 |
| Account No. | | | | Bathworks, Inc. | | | | |
| Comcast PO Box 3001 Southeastern, PA 19398 | X | - | | | | | | 134.49 |

| | | |
|---|---|---|
| Sheet no. _10_ of _33_ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 15,491.48 |

B6F (Official Form 6F) (12/07) - Cont.

In re    Robert James Becker                                    ,    Case No. _____
                                            Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Bathworks, Inc. | | | | |
| ComEd PO Box 6111 Carol Stream, IL 60197 | X | - | | | | | | 1,967.53 |
| Account No. | | | | Showerworks, Inc. | | | | |
| Construction Specialists, Inc. PO Box 415278 Boston, MA 02241-5278 | X | - | | | | | | 3,648.70 |
| Account No. | | | | Becker Glass, Inc. | | | | |
| Contract Builder Hardware 1203 S. Northwest Highway Barrington, IL 60010 | X | - | | | | | | 392.86 |
| Account No. | | | | Glass Depot, LLC | | | | |
| Crate Tech, Inc. 135 Bond Street Elk Grove Village, IL 60007 | X | - | | | | | | 195.68 |
| Account No. | | | | Showerworks, Inc. | | | | |
| Crawford Supply Co. c/o Law Offices of Michael D Weis PO Box 1166 Northbrook, IL 60065 | X | - | | | | | | Unknown |

Sheet no. __11__ of __33__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          6,204.77

B6F (Official Form 6F) (12/07) - Cont.

In re    Robert James Becker    ,    Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>Creative Specialists<br>75 Remittance Dr. #1590<br>Chicago, IL 60675-1590 | X | - | | Showerworks, Inc. | | | | 9,361.02 |
| Account No.<br><br>Culligan<br>PO Box 5277<br>Carol Stream, IL 60197 | X | - | | Showerworks, Inc. | | | | 643.52 |
| Account No.<br><br>Cushing & Co.<br>420 W Huron<br>Chicago, IL 60654 | X | - | | Showerworks, Inc. | | | | 680.53 |
| Account No.<br><br>Daimler Truck Financial<br>13650 Heritage Parkway<br>Fort Worth, TX 76177 | X | - | | Glass Depot, LLC | | | | 2,780.71 |
| Account No. 7000<br><br>Daimler- Chrysler Fin. Services<br>PO Box 1334<br>Roanoke, TX 76262 | X | - | | Bathworks, Inc.<br>2007 Dodge Sprinter<br>Lease expires: 10/13/2012 | | | | 36,556.00 |

Sheet no. _12_ of _33_ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    50,021.78

B6F (Official Form 6F) (12/07) - Cont.

In re     Robert James Becker                                    ,     Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. <br><br> Daimler- Chrysler Fin. Services <br> PO Box 1334 <br> Roanoke, TX 76262 | | X | - | Bathworks, Inc. <br> 2007 Dodge Sprinter <br> Lease expires: 10/13/2012 | | | | 36,556.00 |
| Account No. 9000 <br><br> Daimler- Chrysler Fin. Services <br> PO Box 1334 <br> Roanoke, TX 76262 | | X | - | Showerworks, Inc. <br> 2009 Sterling Glass Delivery Truck <br> Lease expires: 11/1/2013 | | | | 42,813.52 |
| Account No. <br><br> Delta Dental <br> 801 Ogden Ave <br> Lisle, IL 60532 | | X | - | Glass Depot, LLC | | | | 733.58 |
| Account No. <br><br> Dept. of Water- City of Chicago <br> 333 South State Street <br> Chicago, IL 60604-3979 | | X | - | Bathworks, Inc. | | | | 25.00 |
| Account No. <br><br> DEX <br> 8519 Innovation Way <br> Chicago, IL 60682-0085 | | X | - | Bathworks, Inc. | | | | 87,087.12 |

Sheet no. __13__ of __33__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

167,215.22

B6F (Official Form 6F) (12/07) - Cont.

In re    Robert James Becker                                                ,    Case No. _____
_____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.  <br><br> DIV10 Supplies, Inc. <br> 356 Balm Court <br> Wood Dale, IL 60191 | X | - | Showerworks, Inc. | | | | 3,594.00 |
| Account No.  <br><br> Doralco <br> 5919 W 118th Street <br> Alsip, IL 60803 | X | - | Showerworks, Inc. | | | | 2,823.43 |
| Account No.  <br><br> Doralco, Inc. <br> 5919 W. 118th Street <br> Alsip, IL 60803 | X | - | Becker Glass, Inc. | | | | 14,460.45 |
| Account No.  <br><br> DT Security Services, Inc. <br> 2250 W. Pinehurst Blvd <br> Suite 100 <br> Chicago, IL 60101 | X | - | Glass Depot, LLC | | | | 52.99 |
| Account No.  <br><br> Engineered Concepts, LLC <br> 8785 Sonoma Trail <br> Spring Grove, IL 60081 | X | - | Becker Glass, Inc. | | | | 150.00 |

Sheet no. __14__ of __33__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    21,080.87

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    Robert James Becker                                                    ,    Case No. _____
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>Fabricated Metal Systems, Inc.<br>1377 E. Industrial Drive<br>Itasca, IL 60143 | X | - | | Becker Glass, Inc. | | | | 420.00 |
| Account No.<br><br>Fastenal<br>2038 W Hubbard St<br>Chicago, IL 60612 | X | - | | Becker Glass, Inc. | | | | 956.62 |
| Account No.<br><br>Ford Credit<br>PO Box 790093<br>Saint Louis, MO 63179 | X | - | | Bathworks, Inc.<br>2004 E 350 Ford Van | | | | 5,490.83 |
| Account No. 9903<br><br>Ford Credit<br>PO Box 790093<br>Saint Louis, MO 63179 | X | - | | Showerworks, Inc.<br>2006 Ford E250 Cargo Van<br>Lease expires: 4/11/2011 | | | | 6,803.66 |
| Account No. 2852<br><br>Ford Credit<br>PO Box 790093<br>Saint Louis, MO 63179 | X | - | | Showerworks, Inc.<br>2006 E250 Van<br>Lease expires: 2/20/2011 | | | | 5,998.43 |

Sheet no. __15__ of __33__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    19,669.54

B6F (Official Form 6F) (12/07) - Cont.

In re    Robert James Becker                                    ,    Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. 8252 Ford Credit PO Box 790093 Saint Louis, MO 63179 | X | - | | | Showerworks, Inc. 2004 Ford Van Lease expires: 7/21/2011 | | | | Unknown |
| Account No. 8309 Ford Credit PO Box 790093 Saint Louis, MO 63179 | X | - | | | Showerworks, Inc. 2005 Ford E250 Cargo Van Lease expires: 8/9/2010 | | | | 2,995.36 |
| Account No. Freedom Voice Systems 169 Saxony Road #206 Encinitas, CA 92024 | X | - | | | Showerworks, Inc. | | | | 4,618.35 |
| Account No. Gardner Glass Products 5611 Reliable Parkway Chicago, IL 60686-0056 | X | - | | | Glass Depot, LLC | | | | 17,169.17 |
| Account No. Glass Products 5611 Reliable Parkway Chicago, IL 60686-0056 | X | - | | | Glass Depot, LLC | | | | 32,681.33 |

Sheet no. _16_ of _33_ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

57,464.21

B6F (Official Form 6F) (12/07) - Cont.

In re    Robert James Becker                                          ,        Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 2278<br><br>GMAC Financial-ALLY<br>PO Box 9001948<br>Louisville, KY 40290 | X | - | Showerworks, Inc.<br>2007 Hummer H3 Utility<br>Lease expires: 11/25/2012 | | | | 18,142.00 |
| Account No.<br><br>Guardian Industries, Corp.<br>24396 Network Place<br>Chicago, IL 60673-1243 | X | - | Glass Depot, LLC | | | | 27,246.88 |
| Account No.<br><br>Hafele America Co.<br>PO Box 75352<br>Charlotte, NC 28275 | X | - | Bathworks, Inc. | | | | 453.04 |
| Account No.<br><br>Harris Bank<br>PO Box 2880<br>Chicago, IL 60690 | | - | | | | | Unknown |
| Account No.<br><br>Hollywood Industrial Supply<br>3223 Lake Ave<br>Wilmette, IL 60091 | X | - | Showerworks, Inc. | | | | 113.60 |

Sheet no. __17__ of __33__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

45,955.52

B6F (Official Form 6F) (12/07) - Cont.

In re   Robert James Becker                                          ,   Case No. _____
                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Showerworks, Inc. | | | | |
| I-Can Supply PO Box 1535 Des Plaines, IL 60017 | X | - | | | | | | 498.53 |
| Account No. | | | | Becker Glass, Inc. | | | | |
| ICAN SUPPLY 960 Rand Road Des Plaines, IL 60016 | - | | | | | | | 93.71 |
| Account No. | | | | Becker Glass, Inc. | | | | |
| Illini High-Reach 13633 Main Street Lemont, IL 60439 | X | - | | | | | | 715.50 |
| Account No. | | | | Showerworks, Inc. | | | | |
| Illini High-Reach 13633 Main Street Lemont, IL 60439 | X | - | | | | | | 1,734.99 |
| Account No. | | | | Bathworks, Inc. | | | | |
| Imperial Plating Co. 7030 West 60th Street Chicago, IL 60638 | X | - | | | | | | 200.00 |

Sheet no. __18__ of __33__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

3,242.73

B6F (Official Form 6F) (12/07) - Cont.

In re    Robert James Becker                                    ,          Case No. _____
                                         Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Glass Depot, LLC | | | | |
| INC. PO Box 6427 Jacksonville, FL 32236 | X | - | | | | | | | 1,427.84 |
| Account No. | | | | | Becker Glass, Inc. | | | | |
| INC. PO Box 6427 Jacksonville, FL 32236 | X | - | | | | | | | 95.71 |
| Account No. | | | | | Becker Glass, Inc. | | | | |
| Ink Smith Inc. 3352 N. Milwaukee Ave Chicago, IL 60641 | X | - | | | | | | | 315.00 |
| Account No. | | | | | Showerworks, Inc. | | | | |
| International Painters and Allied Trades Industry Pension Fund 4225 Lawndale Ave Lyons, IL 60534 | X | - | | | | | | | 51,868.43 |
| Account No. | | | | | Showerworks, Inc. | | | | |
| Laird Plastics 1411 Ellis Ave Bensenville, IL 60106 | X | - | | | | | | | 22,581.75 |

Sheet no. __19__ of __33__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

76,288.73

B6F (Official Form 6F) (12/07) - Cont.

In re   Robert James Becker                                    ,      Case No. _____
                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Showerworks, Inc. | | | | |
| Liberty Hardware 140 Business Park Drive Winston Salem, NC 27107 | X | - | | | | | | | 293.88 |
| Account No. | | | | | Bathworks, Inc. | | | | |
| Manpower 21271 Network Place Chicago, IL 60673-1212 | X | - | | | | | | | 2,196.95 |
| Account No. | | | | | Showerworks, Inc. | | | | |
| MD Technology Services LLC 2461 N Lincoln Chicago, IL 60614 | X | - | | | | | | | 8,031.65 |
| Account No. K350 | | | | | Showerworks, Inc. 2010 Mercedes Benz GLK 350 SUV Lease expires: 12/31/2014 | | | | |
| Mercedes Benz Financial PO Box 9001680 Louisville, KY 40290 | X | - | | | | | | | 37,468.95 |
| Account No. | | | | | Showerworks, Inc. | | | | |
| Michael Castle c/o Douglas Wexler, Esq. 55 W Wacker Dr, 9th Floor Chicago, IL 60601 | X | - | | | | | | | 313,101.18 |

Sheet no. __20__ of __33__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            361,092.61

B6F (Official Form 6F) (12/07) - Cont.

In re    Robert James Becker                                    ,    Case No. _____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Glass Depot, LLC | | | | |
| Midwest Tropical Inc. 3420 West Tought Ave Lincolnwood, IL 60712-2717 | X | - | | | | | | 53.64 |
| Account No. | | | | Bathworks, Inc. | | | | |
| MP Morris 4131 N Dickinson Chicago, IL 60641 | X | - | | | | | | 85.00 |
| Account No. | | | | Showerworks, Inc. | | | | |
| Office Team 12400 Collections Center Drive Chicago, IL 60693 | X | - | | | | | | 1,565.00 |
| Account No. | | | | Becker Glass, Inc. | | | | |
| Old Castle Chicago 4161 S. Morgan Chicago, IL 60609 | X | - | | | | | | 638.31 |
| Account No. | | | | Becker Glass, Inc. | | | | |
| Old Castle Indianapolis 4635 W. 84th Street Suite 100 Indianapolis, IN 46268 | X | - | | | | | | 4,363.13 |

Sheet no. __21__ of __33__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                     6,705.08

B6F (Official Form 6F) (12/07) - Cont.

In re     Robert James Becker                                    ,          Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Bathworks, Inc. | | | | |
| People's Gas Bill Payment Center Chicago, IL 60687-0001 | X | - | | | | | | 1,388.30 |
| Account No. | | | | Showerworks, Inc. | | | | |
| Pitney Bowes Global Financial Serv. PO Box 871887 Pittsburgh, PA 15250-7887 | X | - | | | | | | 509.76 |
| Account No. | | | | Showerworks, Inc. | | | | |
| Pitney Bowes Purchase Power PO Box 371874 Pittsburgh, PA 15250-7874 | X | - | | | | | | 571.21 |
| Account No. | | | | Bathworks, Inc. | | | | |
| Pitney Bowes Purchase Power Inc. PO Box 371874 Pittsburgh, PA 15250-7887 | X | - | | | | | | 176.37 |
| Account No. | | | | Bathworks, Inc. | | | | |
| Pitney Bowes, Inc. PO Box 371896 Pittsburgh, PA 15250-7896 | X | - | | | | | | 189.01 |

Sheet no. __22__ of __33__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    2,834.65

B6F (Official Form 6F) (12/07) - Cont.

In re    Robert James Becker                                              ,    Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 4260<br><br>PNC Mfrs. Fin. Services<br>995 Dalton Ave<br>Cincinnati, OH 45203 | X | - | Showerworks, Inc.<br>Bavelloni 372 SR Shaped Cutting Table<br>Lease expires: 6/28/2014 | | | | 59,747.96 |
| Account No. 4270<br><br>PNC Mfrs. Fin. Services<br>995 Dalton Ave<br>Cincinnati, OH 45203 | X | - | Showerworks, Inc.<br>Bavelloni GEMY V10 Str Line Mitering Mach.<br>Lease expires: 8/2/2014 | | | | 74,045.42 |
| Account No. 4270<br><br>PNC Mfrs. Fin. Services<br>995 Dalton Ave<br>Cincinnati, OH 45203 | X | - | Showerworks, Inc.<br>Bohl Bridge Crane 5 ton.<br>Lease expired: 3/4/2013 | | | | 22,413.96 |
| Account No.<br><br>PNCEF, LLC<br>995 Dalton Ave<br>Cincinnati, OH 45203 | X | - | Showerworks, Inc. Equipment | | | | 184,723.35 |
| Account No.<br><br>Portals<br>11301 West 87th Terrace<br>Overland Park, KS 66214 | X | - | Bathworks, Inc. | | | | 119.67 |

Sheet no. __23__ of __33__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

341,050.36

B6F (Official Form 6F) (12/07) - Cont.

In re    Robert James Becker                                    ,    Case No. _____
                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>PPG Industries<br>One PPG Place<br>Pittsburgh, PA 15272 | X | - | | Glass Depot, LLC | | | | 14,691.12 |
| Account No.<br><br>Pro 4 Doors, Inc.<br>740 West 138th Street<br>Riverdale, IL 60827 | X | - | | Bathworks, Inc. | | | | 600.00 |
| Account No.<br><br>Quill<br>PO Box 37600<br>Philadelphia, PA 19101-0600 | X | - | | Bathworks, Inc. | | | | 994.88 |
| Account No.<br><br>Quill<br>PO Box 37600<br>Philadelphia, PA 19101-0600 | X | - | | Showerworks, Inc. | | | | 1,483.38 |
| Account No.<br><br>Rand-Tec Insurance Agency<br>977 Lakeview Terrace<br>Vernon Hills, IL 60061 | X | - | | Bathworks, Inc. | | | | 50.00 |

Sheet no. __24__ of __33__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          17,819.38

B6F (Official Form 6F) (12/07) - Cont.

In re   Robert James Becker                                        ,        Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>Related Products/RPO<br>PO Box 812<br>Bensenville, IL 60106-0812 | X | - | | Bathworks, Inc. | | | | 158.41 |
| Account No. 2034<br><br>Republic Bank<br>801 N 500 W<br>Suite 300<br>Woods Cross, UT 84087 | X | - | | Showerworks, Inc.<br>Flat glass tempering furnace<br>Lease expires: 9/6/2012 | | | | 549,251.39 |
| Account No.<br><br>Royal Publishing<br>7620 N Harker Dr.<br>Peoria, IL 61615 | X | - | | Bathworks, Inc. | | | | 135.00 |
| Account No.<br><br>Rubenstein Lumber Co.<br>5357 W Grand Ave<br>Chicago, IL 60639 | X | - | | Showerworks, Inc. | | | | 73.80 |
| Account No.<br><br>Safti First<br>325 Newhall Street<br>San Francisco, CA 94124-1432 | X | - | | Becker Glass, Inc. | | | | 839.00 |

Sheet no. __25__ of __33__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          550,457.60

B6F (Official Form 6F) (12/07) - Cont.

In re    Robert James Becker    ,    Case No. _____
                                 Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Glass Depot, LLC | | | | |
| Schilling Graphics 275 Gelsanliter Road Galion, OH 44833 | X | - | | | | | | 117.04 |
| Account No. | | | | Showerworks, Inc. | | | | |
| Scopelitis, Garvin, Light & Hanson & Feary P.C. 10 West Market Street Indianapolis, IN 46204 | X | - | | | | | | 36,202.12 |
| Account No. | | | | Becker Glass, Inc. | | | | |
| Sealants Engineering Associates 239 James St. Bensenville, IL 60106 | X | - | | | | | | 385.92 |
| Account No. | | | | Showerworks, Inc. | | | | |
| Sealants Engineering Associates 239 James St. Bensenville, IL 60106 | X | - | | | | | | 2,492.59 |
| Account No. | | | | Showerworks, Inc.- glass washing machine | | | | |
| Siemens Financial Services Inc. c/o Vedder Price P.C. 222 North LaSalle Street Chicago, IL 60601 | X | - | | | | | | 30,460.09 |

Sheet no. _26_ of _33_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    69,657.76

B6F (Official Form 6F) (12/07) - Cont.

In re    Robert James Becker                              ,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Bathworks, Inc. | | | | |
| Southeastern Aluminum PO Box 6427 Jacksonville, FL 32236 | X | - | | | | | | 481.72 |
| Account No. | | | | Bathworks, Inc. | | | | |
| Southeastern Aluminum Products, Inc PO Box 6427 Jacksonville, FL 32236 | X | - | | | | | | 481.72 |
| Account No. | | | | Showerworks, Inc. | | | | |
| Southeastern Aluminum Products, Inc PO Box 6427 Jacksonville, FL 32236 | X | - | | | | | | 4,100.39 |
| Account No. | | | | Becker Glass, Inc. | | | | |
| Structural Strategies, Inc. 500 S. Lombard Ave Addison, IL 60101 | X | - | | | | | | 875.00 |
| Account No. | | | | Glass Depot, LLC | | | | |
| Sure Light Service Company 1225 Bowes Road Elgin, IL 60123-5542 | X | - | | | | | | 1,115.00 |

Sheet no. __27__ of __33__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    7,053.83

B6F (Official Form 6F) (12/07) - Cont.

In re    Robert James Becker                                        ,    Case No. _____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | Personal | | | | | |
| The Bleu Club 2901 W Lake Glenview, IL 60026 | | - | | | | | | 16,000.00 |
| Account No. | | | Bathworks, Inc. | | | | | |
| Toyota Financial Service PO Box 5855 Carol Stream, IL 60197 | X | - | | | | | | 837.08 |
| Account No. 2730 | | | Showerworks, Inc. 2009 Toyota Camry Lease expires: 12/8/2013 | | | | | |
| Toyota Financial Services P.O. Box 5855 Carol Stream, IL 60197 | X | - | | | | | | 15,931.50 |
| Account No. 7812 | | | Showerworks, Inc. 2006 Toyota Corolla Lease expires: 2/16/2013 | | | | | |
| Toyota Financial Services P.O. Box 5855 Carol Stream, IL 60197 | X | - | | | | | | 8,739.86 |
| Account No. | | | Showerworks, Inc. | | | | | |
| Trustees of the Glaziers c/o Arnold & Kadjan 19 W. Jackson Blvd Chicago, IL 60604 | X | - | | | | | | 100,584.56 |

Sheet no. __28__ of __33__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

142,093.00

B6F (Official Form 6F) (12/07) - Cont.

In re    Robert James Becker                                              ,    Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Showerworks, Inc. | | | | |
| Trustees of the Glaziers c/o Arnold & Kadjan 19 W. Jackson Blvd Chicago, IL 60604 | X | - | | | | | | Unknown |
| Account No. | | | | Becker Glass, Inc. | | | | |
| US Aluminum 6969 W 73rd Street Chicago, IL 60638 | X | - | | | | | | 6,182.62 |
| Account No. | | | | Showerworks, Inc. | | | | |
| US Cellular PO Box 0203 Palatine, IL 60055-0203 | X | - | | | | | | 1,199.70 |
| Account No. | | | | Glass Depot, LLC | | | | |
| US Messenger & Logistics, Inc. 7790 Quincy Street Willowbrook, IL 60527 | X | - | | | | | | 64.76 |
| Account No. | | | | Showerworks, Inc. | | | | |
| USM Logistics 7790 Quincy St Willowbrook, IL 60527 | X | - | | | | | | 64.76 |

Sheet no. __29__ of __33__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        7,511.84

B6F (Official Form 6F) (12/07) - Cont.

In re    Robert James Becker
                                                                    ,    Case No. _____
                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Bathworks, Inc. | | | | |
| Venacity Technologies, Inc. 585 N. Third Ave Des Plaines, IL 60016 | X | - | | | | | | 375.00 |
| Account No. | | | | Glass Depot, LLC | | | | |
| Venacity Technologies, Inc. 585 N Third Ave Des Plaines, IL 60016 | X | - | | | | | | 9,381.25 |
| Account No. | | | | Showerworks, Inc. | | | | |
| Vernacity tachnologies, Inc. 585 N Third Ave Des Plaines, IL 60016 | X | - | | | | | | 7,691.00 |
| Account No. | | | | Bathworks, Inc. | | | | |
| Vernon Communication 650 W Grand Ave Elmhurst, IL 60126 | X | - | | | | | | 1,887.68 |
| Account No. | | | | Glass Depot, LLC | | | | |
| Vernon Communication 650 W Grand Ave Elmhurst, IL 60126 | X | - | | | | | | 1,190.63 |

Sheet no. __30__ of __33__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

20,525.56

B6F (Official Form 6F) (12/07) - Cont.

In re    Robert James Becker                                    ,          Case No. _____
                                                Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Becker Glass, Inc. | | | | |
| Vernon Communication 650 W Grand Ave Elmhurst, IL 60126 | X | - | | | | | | 230.64 |
| Account No. | | | | Glass Depot, LLC | | | | |
| Vitro America/Binswager VVP Funding Atlanta, GA 30384-7584 | X | - | | | | | | 13,787.41 |
| Account No. | | | | Becker Glass, Inc. | | | | |
| Voli PO Box 1620 Summerland, CA 93067 | X | - | | | | | | 820.80 |
| Account No. | | | | Glass Depot, LLC | | | | |
| VVP Flat G;ass Sales/Vitro America PO Box 277585 Atlanta, GA 30384-7585 | X | - | | | | | | 12,627.16 |
| Account No. | | | | Glass Depot, LLC | | | | |
| Warehouse Direct 1601 W Algonquin Road Mount Prospect, IL 60056 | X | - | | | | | | 1,809.18 |

Sheet no. __31__ of __33__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    29,275.19

B6F (Official Form 6F) (12/07) - Cont.

In re    Robert James Becker                                    ,    Case No. _____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Showerworks, Inc. | | | | |
| William L Bonnell Co Inc c/o Stein & Rotman 105 W Madison St Chicago, IL 60602-4672 | X | - | | | | | | 2,417.09 |
| Account No. | | | | Showerworks, Inc. | | | | |
| Winthrop Ltd. 816 W Nichols Road Arlington Heights, IL 60004 | X | - | | | | | | 8,775.00 |
| Account No. | | | | Showerworks, Inc. | | | | |
| Wolverine Glass 5801 Clay Ave Grand Rapids, MI 49548 | X | - | | | | | | 974.50 |
| Account No. | | | | Glass Depot, LLC | | | | |
| Wright Advertising Group 1347 S Laramie Ave Cicero, IL 60804 | X | - | | | | | | 750.00 |
| Account No. | | | | Glass Depot, LLC | | | | |
| Wright Advertising Group 1347 S Laramie Ave Cicero, IL 60804 | X | - | | | | | | 750.00 |

Sheet no. __32__ of __33__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            13,666.59

B6F (Official Form 6F) (12/07) - Cont.

In re    Robert James Becker                                                    ,    Case No. _____
_____
                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | Bathworks, Inc. | | | | |
| Wright Express Fleet Services PO Box 6293 Carol Stream, IL 60197-6293 | X | - | | | | | | 2,721.71 |
| Account No. | | | | Bathworks, Inc. | | | | |
| Yellow Book PO Box 660052 Dallas, TX 75266-0052 | X | - | | | | | | 26,950.41 |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |

| Sheet no. __33__ of __33__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 29,672.12 |
|---|---|---|
| | Total (Report on Summary of Schedules) | 2,526,542.50 |

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                    Best Case Bankruptcy

B6G (Official Form 6G) (12/07)

In re    Robert James Becker                                    ,    Case No. _____
                                    Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| | |

0
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

B6H (Official Form 6H) (12/07)

.

In re    Robert James Becker                                          ,    Case No. _____

_____

Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐   Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Bathworks, Inc.<br>3956 N Elston Ave<br>Chicago, IL 60618 | A.C.T. Group Ltd.<br>6242 N CLark St<br>Chicago, IL 60660 |
| Bathworks, Inc.<br>3956 N Elston Ave<br>Chicago, IL 60618 | Active Electrical Supply Co.<br>4240 West Lawrence Avenue<br>Chicago, IL 60630-2798 |
| Bathworks, Inc.<br>3956 N Elston Ave<br>Chicago, IL 60618 | Alan & Associates<br>15432 South 70th Street<br>Orland Park, IL 60462 |
| Bathworks, Inc.<br>3956 N Elston Ave<br>Chicago, IL 60618 | Allied Waste Services<br>PO Box 9001154<br>Louisville, KY 40290-1154 |
| Bathworks, Inc.<br>3956 N Elston Ave<br>Chicago, IL 60618 | Arch Aluminum & Glass<br>PO Box 676109<br>Dallas, TX 75267-6109 |
| Bathworks, Inc.<br>3956 N Elston Ave<br>Chicago, IL 60618 | Arizona Shower Doors, Inc.<br>261 Bond Street<br>Park Forest, IL 60466 |
| Bathworks, Inc.<br>3956 N Elston Ave<br>Chicago, IL 60618 | AT&T<br>PO Box 8100<br>Aurora, IL 60507-8100 |
| Bathworks, Inc.<br>3956 N Elston Ave<br>Chicago, IL 60618 | C.R. Laurence Co., Inc.<br>2503 E Vernon Ave<br>Los Angeles, CA 90058-0923 |
| Bathworks, Inc.<br>3956 N Elston Ave<br>Chicago, IL 60618 | Canon Business Solutions<br>c/o Murphy Lomon & Associates<br>PO Box 2206<br>Des Plaines, IL 60017-2206 |
| Bathworks, Inc.<br>3956 N Elston Ave<br>Chicago, IL 60618 | Chicago Jewish News<br>5301 W Dempster<br>Skokie, IL 60077 |
| Bathworks, Inc.<br>3956 N Elston Ave<br>Chicago, IL 60618 | Citizens Automobile Finance<br>443 Jefferson Blvd<br>Warwick, RI 02886 |

12
____ continuation sheets attached to Schedule of Codebtors

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

In re    Robert James Becker                                          ,    Case No. _____
                                                Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Bathworks, Inc.<br>3956 N Elston Ave<br>Chicago, IL 60618 | Classic Graphic Industries Inc.<br>519 Wrightwood Ave.<br>Elmhurst, IL 60126 |
| Bathworks, Inc.<br>3956 N Elston Ave<br>Chicago, IL 60618 | Comcast<br>PO Box 3001<br>Southeastern, PA 19398 |
| Bathworks, Inc.<br>3956 N Elston Ave<br>Chicago, IL 60618 | ComEd<br>PO Box 6111<br>Carol Stream, IL 60197 |
| Bathworks, Inc.<br>3956 N Elston Ave<br>Chicago, IL 60618 | Daimler- Chrysler Fin. Services<br>PO Box 1334<br>Roanoke, TX 76262 |
| Bathworks, Inc.<br>3956 N Elston Ave<br>Chicago, IL 60618 | Daimler- Chrysler Fin. Services<br>PO Box 1334<br>Roanoke, TX 76262 |
| Bathworks, Inc.<br>3956 N Elston Ave<br>Chicago, IL 60618 | Dept. of Water- City of Chicago<br>333 South State Street<br>Chicago, IL 60604-3979 |
| Bathworks, Inc.<br>3956 N Elston Ave<br>Chicago, IL 60618 | DEX<br>8519 Innovation Way<br>Chicago, IL 60682-0085 |
| Bathworks, Inc.<br>3956 N Elston Ave<br>Chicago, IL 60618 | Ford Credit<br>PO Box 790093<br>Saint Louis, MO 63179 |
| Bathworks, Inc.<br>3956 N Elston Ave<br>Chicago, IL 60618 | Hafele America Co.<br>PO Box 75352<br>Charlotte, NC 28275 |
| Bathworks, Inc.<br>3956 N Elston Ave<br>Chicago, IL 60618 | Imperial Plating Co.<br>7030 West 60th Street<br>Chicago, IL 60638 |
| Bathworks, Inc.<br>3956 N Elston Ave<br>Chicago, IL 60618 | Manpower<br>21271 Network Place<br>Chicago, IL 60673-1212 |
| Bathworks, Inc.<br>3956 N Elston Ave<br>Chicago, IL 60618 | MP Morris<br>4131 N Dickinson<br>Chicago, IL 60641 |
| Bathworks, Inc.<br>3956 N Elston Ave<br>Chicago, IL 60618 | People's Gas<br>Bill Payment Center<br>Chicago, IL 60687-0001 |

Sheet  __1__  of  __12__  continuation sheets attached to the Schedule of Codebtors

In re   Robert James Becker                                                          Case No. _____
_____,
                              Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |
| Bathworks, Inc.<br>3956 N Elston Ave<br>Chicago, IL 60618 | Pitney Bowes Purchase Power Inc.<br>PO Box 371874<br>Pittsburgh, PA 15250-7887 |
| Bathworks, Inc.<br>3956 N Elston Ave<br>Chicago, IL 60618 | Pitney Bowes, Inc.<br>PO Box 371896<br>Pittsburgh, PA 15250-7896 |
| Bathworks, Inc.<br>3956 N Elston Ave<br>Chicago, IL 60618 | Portals<br>11301 West 87th Terrace<br>Overland Park, KS 66214 |
| Bathworks, Inc.<br>3956 N Elston Ave<br>Chicago, IL 60618 | Pro 4 Doors, Inc.<br>740 West 138th Street<br>Riverdale, IL 60827 |
| Bathworks, Inc.<br>3956 N Elston Ave<br>Chicago, IL 60618 | Quill<br>PO Box 37600<br>Philadelphia, PA 19101-0600 |
| Bathworks, Inc.<br>3956 N Elston Ave<br>Chicago, IL 60618 | Rand-Tec Insurance Agency<br>977 Lakeview Terrace<br>Vernon Hills, IL 60061 |
| Bathworks, Inc.<br>3956 N Elston Ave<br>Chicago, IL 60618 | Related Products/RPO<br>PO Box 812<br>Bensenville, IL 60106-0812 |
| Bathworks, Inc.<br>3956 N Elston Ave<br>Chicago, IL 60618 | Royal Publishing<br>7620 N Harker Dr.<br>Peoria, IL 61615 |
| Bathworks, Inc.<br>3956 N Elston Ave<br>Chicago, IL 60618 | Southeastern Aluminum<br>PO Box 6427<br>Jacksonville, FL 32236 |
| Bathworks, Inc.<br>3956 N Elston Ave<br>Chicago, IL 60618 | Southeastern Aluminum Products, Inc<br>PO Box 6427<br>Jacksonville, FL 32236 |
| Bathworks, Inc.<br>3956 N Elston Ave<br>Chicago, IL 60618 | Toyota Financial Service<br>PO Box 5855<br>Carol Stream, IL 60197 |
| Bathworks, Inc.<br>3956 N Elston Ave<br>Chicago, IL 60618 | Venacity Technologies, Inc.<br>585 N. Third Ave<br>Des Plaines, IL 60016 |
| Bathworks, Inc.<br>3956 N Elston Ave<br>Chicago, IL 60618 | Vernon Communication<br>650 W Grand Ave<br>Elmhurst, IL 60126 |

Sheet __2__ of __12__ continuation sheets attached to the Schedule of Codebtors

In re    Robert James Becker                                    ,    Case No. _____
                                                Debtor

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Bathworks, Inc.<br>3956 N Elston Ave<br>Chicago, IL 60618 | Yellow Book<br>PO Box 660052<br>Dallas, TX 75266-0052 |
| Bathworks, Inc.<br>3956 N Elston Ave<br>Chicago, IL 60618 | Wright Express Fleet Services<br>PO Box 6293<br>Carol Stream, IL 60197-6293 |
| Bathworks, Inc. | Citibank<br>P.O. Box 6000<br>The Lakes, NV 89163 |
| Becker Glass, Inc.<br>4835 N Grand Ave<br>Chicago, IL 60639 | Access Door, Inc.<br>528 Johnson Street<br>Keokuk, IA 52632 |
| Becker Glass, Inc.<br>4835 N Grand Ave<br>Chicago, IL 60639 | Alan and Associates<br>15432 South 70th Street<br>Orland Park, IL 60462 |
| Becker Glass, Inc.<br>4835 N Grand Ave<br>Chicago, IL 60639 | Arch Aluminum & Glass<br>PO Box 676109<br>Dallas, TX 75267-6109 |
| Becker Glass, Inc.<br>4835 N Grand Ave<br>Chicago, IL 60639 | Azul Window Washing<br>718 South 6th Avenue<br>Maywood, IL 60153 |
| Becker Glass, Inc.<br>4835 N Grand Ave<br>Chicago, IL 60639 | C.R. Laurence Co., Inc.<br>2503 E. Vernon Ave.<br>Los Angeles, CA 90058-0923 |
| Becker Glass, Inc.<br>4835 N Grand Ave<br>Chicago, IL 60639 | Columbia Glass and Plastics Co.<br>4716 W. Lake St.<br>Chicago, IL 60644 |
| Becker Glass, Inc.<br>4835 N Grand Ave<br>Chicago, IL 60639 | Contract Builder Hardware<br>1203 S. Northwest Highway<br>Barrington, IL 60010 |
| Becker Glass, Inc.<br>4835 N Grand Ave<br>Chicago, IL 60639 | Doralco, Inc.<br>5919 W. 118th Street<br>Alsip, IL 60803 |
| Becker Glass, Inc.<br>4835 N Grand Ave<br>Chicago, IL 60639 | Engineered Concepts, LLC<br>8785 Sonoma Trail<br>Spring Grove, IL 60081 |
| Becker Glass, Inc.<br>4835 N Grand Ave<br>Chicago, IL 60639 | Fabricated Metal Systems, Inc.<br>1377 E. Industrial Drive<br>Itasca, IL 60143 |

Sheet   3   of   12   continuation sheets attached to the Schedule of Codebtors

In re    Robert James Becker                                              ,    Case No. _____
                                              Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Becker Glass, Inc.<br>4835 N Grand Ave<br>Chicago, IL 60639 | Fastenal<br>2038 W Hubbard St<br>Chicago, IL 60612 |
| Becker Glass, Inc.<br>4835 N Grand Ave<br>Chicago, IL 60639 | Illini High-Reach<br>13633 Main Street<br>Lemont, IL 60439 |
| Becker Glass, Inc.<br>4835 N Grand Ave<br>Chicago, IL 60639 | INC.<br>PO Box 6427<br>Jacksonville, FL 32236 |
| Becker Glass, Inc.<br>4835 N Grand Ave<br>Chicago, IL 60639 | Ink Smith Inc.<br>3352 N. Milwaukee Ave<br>Chicago, IL 60641 |
| Becker Glass, Inc.<br>4835 N Grand Ave<br>Chicago, IL 60639 | Old Castle Chicago<br>4161 S. Morgan<br>Chicago, IL 60609 |
| Becker Glass, Inc.<br>4835 N Grand Ave<br>Chicago, IL 60639 | Old Castle Indianapolis<br>4635 W. 84th Street<br>Suite 100<br>Indianapolis, IN 46268 |
| Becker Glass, Inc.<br>4835 N Grand Ave<br>Chicago, IL 60639 | Safti First<br>325 Newhall Street<br>San Francisco, CA 94124-1432 |
| Becker Glass, Inc.<br>4835 N Grand Ave<br>Chicago, IL 60639 | Sealants Engineering Associates<br>239 James St.<br>Bensenville, IL 60106 |
| Becker Glass, Inc.<br>4835 N Grand Ave<br>Chicago, IL 60639 | Structural Strategies, Inc.<br>500 S. Lombard Ave<br>Addison, IL 60101 |
| Becker Glass, Inc.<br>4835 N Grand Ave<br>Chicago, IL 60639 | US Aluminum<br>6969 W 73rd Street<br>Chicago, IL 60638 |
| Becker Glass, Inc.<br>4835 N Grand Ave<br>Chicago, IL 60639 | Vernon Communication<br>650 W Grand Ave<br>Elmhurst, IL 60126 |
| Becker Glass, Inc.<br>4835 N Grand Ave<br>Chicago, IL 60639 | Voli<br>PO Box 1620<br>Summerland, CA 93067 |
| Glass Depot LLC<br>4835 N Grand Ave<br>Chicago, IL 60639 | Active Electrical Supply Co.<br>4240 West Lawrence Avenue<br>Chicago, IL 60630-2798 |

Sheet __4__ of __12__ continuation sheets attached to the Schedule of Codebtors

In re    Robert James Becker                                              ,    Case No. _____
_____
                              Debtor

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Glass Depot LLC<br>4835 N Grand Ave<br>Chicago, IL 60639 | ADT Security Services<br>PO Box 371967<br>Pittsburgh, PA 15250 |
| Glass Depot LLC<br>4835 N Grand Ave<br>Chicago, IL 60639 | Arch Aluminum & Glass<br>PO Box 676109<br>Dallas, TX 75267-6109 |
| Glass Depot LLC<br>4835 N Grand Ave<br>Chicago, IL 60639 | AT&T<br>PO Box 8100<br>Aurora, IL 60507-8100 |
| Glass Depot LLC<br>4835 N Grand Ave<br>Chicago, IL 60639 | Blue Cross- Blue Shield of Illinois<br>PO Box 1186<br>Chicago, IL 60690-1186 |
| Glass Depot LLC<br>4835 N Grand Ave<br>Chicago, IL 60639 | Broadview Security<br>PO Box 70834<br>Charlotte, NC 28272-0834 |
| Glass Depot LLC<br>4835 N Grand Ave<br>Chicago, IL 60639 | Columbia Glass and Plastics Co.<br>4716 W. Lake St.<br>Chicago, IL 60644 |
| Glass Depot LLC<br>4835 N Grand Ave<br>Chicago, IL 60639 | Crate Tech, Inc.<br>135 Bond Street<br>Elk Grove Village, IL 60007 |
| Glass Depot LLC<br>4835 N Grand Ave<br>Chicago, IL 60639 | Daimler Truck Financial<br>13650 Heritage Parkway<br>Fort Worth, TX 76177 |
| Glass Depot LLC<br>4835 N Grand Ave<br>Chicago, IL 60639 | Delta Dental<br>801 Ogden Ave<br>Lisle, IL 60532 |
| Glass Depot LLC<br>4835 N Grand Ave<br>Chicago, IL 60639 | DT Security Services, Inc.<br>2250 W. Pinehurst Blvd<br>Suite 100<br>Chicago, IL 60101 |
| Glass Depot LLC<br>4835 N Grand Ave<br>Chicago, IL 60639 | Gardner Glass Products<br>5611 Reliable Parkway<br>Chicago, IL 60686-0056 |
| Glass Depot LLC<br>4835 N Grand Ave<br>Chicago, IL 60639 | Glass Products<br>5611 Reliable Parkway<br>Chicago, IL 60686-0056 |
| Glass Depot LLC<br>4835 N Grand Ave<br>Chicago, IL 60639 | Guardian Industries, Corp.<br>24396 Network Place<br>Chicago, IL 60673-1243 |

Sheet   5   of   12   continuation sheets attached to the Schedule of Codebtors

In re    Robert James Becker                                    ,    Case No. _____
                                                Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |
| Glass Depot LLC<br>4835 N Grand Ave<br>Chicago, IL 60639 | INC.<br>PO Box 6427<br>Jacksonville, FL 32236 |
| Glass Depot LLC<br>4835 N Grand Ave<br>Chicago, IL 60639 | Midwest Tropical Inc.<br>3420 West Tought Ave<br>Lincolnwood, IL 60712-2717 |
| Glass Depot LLC<br>4835 N Grand Ave<br>Chicago, IL 60639 | PPG Industries<br>One PPG Place<br>Pittsburgh, PA 15272 |
| Glass Depot LLC<br>4835 N Grand Ave<br>Chicago, IL 60639 | Schilling Graphics<br>275 Gelsanliter Road<br>Galion, OH 44833 |
| Glass Depot LLC<br>4835 N Grand Ave<br>Chicago, IL 60639 | Sure Light Service Company<br>1225 Bowes Road<br>Elgin, IL 60123-5542 |
| Glass Depot LLC<br>4835 N Grand Ave<br>Chicago, IL 60639 | US Messenger & Logistics, Inc.<br>7790 Quincy Street<br>Willowbrook, IL 60527 |
| Glass Depot LLC<br>4835 N Grand Ave<br>Chicago, IL 60639 | Venacity Technologies, Inc.<br>585 N Third Ave<br>Des Plaines, IL 60016 |
| Glass Depot LLC<br>4835 N Grand Ave<br>Chicago, IL 60639 | Vernon Communication<br>650 W Grand Ave<br>Elmhurst, IL 60126 |
| Glass Depot LLC<br>4835 N Grand Ave<br>Chicago, IL 60639 | Vitro America/Binswager<br>VVP Funding<br>Atlanta, GA 30384-7584 |
| Glass Depot LLC<br>4835 N Grand Ave<br>Chicago, IL 60639 | VVP Flat G;ass Sales/Vitro America<br>PO Box 277585<br>Atlanta, GA 30384-7585 |
| Glass Depot LLC<br>4835 N Grand Ave<br>Chicago, IL 60639 | Warehouse Direct<br>1601 W Algonquin Road<br>Mount Prospect, IL 60056 |
| Glass Depot LLC<br>4835 N Grand Ave<br>Chicago, IL 60639 | Wright Advertising Group<br>1347 S Laramie Ave<br>Cicero, IL 60804 |
| Glass Depot LLC<br>4835 N Grand Ave<br>Chicago, IL 60639 | Wright Advertising Group<br>1347 S Laramie Ave<br>Cicero, IL 60804 |

Sheet __6__ of __12__ continuation sheets attached to the Schedule of Codebtors

In re    Robert James Becker                                    ,    Case No. _____
                                                    Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Showerworks, Inc.<br>3956 N. Elston Ave<br>Chicago, IL 60618 | A-Wire & Tube Fabricating Corp.<br>4825 W Grand Ave<br>Chicago, IL 60639 |
| Showerworks, Inc.<br>3956 N. Elston Ave<br>Chicago, IL 60618 | A.C.T. Group Ltd.<br>6242 N Clark St<br>Chicago, IL 60660 |
| Showerworks, Inc.<br>3956 N. Elston Ave<br>Chicago, IL 60618 | Ace Property & Casualty<br>c/o David Halpin<br>1400 Torrence #211A<br>Calumet City, IL 60409 |
| Showerworks, Inc.<br>3956 N. Elston Ave<br>Chicago, IL 60618 | AcTax Computer Services<br>836-A Arlington Heights Rd.<br>Elk Grove Village, IL 60007 |
| Showerworks, Inc.<br>3956 N. Elston Ave<br>Chicago, IL 60618 | Active Electrical Supply Co.<br>4240 West Lawrence Ave<br>Chicago, IL 60630-2798 |
| Showerworks, Inc.<br>3956 N. Elston Ave<br>Chicago, IL 60618 | ADT Security Services, Inc.<br>2250 W. Pinehurst Blvd<br>#100<br>Addison, IL 60101 |
| Showerworks, Inc.<br>3956 N. Elston Ave<br>Chicago, IL 60618 | Airgas North Central<br>PO Box 802588<br>Chicago, IL 60680-2588 |
| Showerworks, Inc.<br>3956 N. Elston Ave<br>Chicago, IL 60618 | American Specialists Inc.<br>441 Saw Mill River Road<br>Yonkers, NY 10701 |
| Showerworks, Inc.<br>3956 N. Elston Ave<br>Chicago, IL 60618 | Arch Aluminum & Glass- Iowa<br>PO Box 676109<br>Dallas, TX 75267-6109 |
| Showerworks, Inc.<br>3956 N. Elston Ave<br>Chicago, IL 60618 | Arch Aluminum & Glasss- Wisconsin<br>PO Box 676109<br>Dallas, TX 75267-6109 |
| Showerworks, Inc.<br>3956 N. Elston Ave<br>Chicago, IL 60618 | Arizona Shower Doors, Inc.<br>2601 Bond Street<br>Park Forest, IL 60466 |
| Showerworks, Inc.<br>3956 N. Elston Ave<br>Chicago, IL 60618 | BMW Financial Services<br>PO Box 78066<br>Phoenix, AZ 85062 |
| Showerworks, Inc.<br>3956 N. Elston Ave<br>Chicago, IL 60618 | Bonnell Aluminum<br>508 Wilson St<br>Kentland, IN 47951 |

Sheet   7   of   12   continuation sheets attached to the Schedule of Codebtors

In re    Robert James Becker                                                    ,    Case No. _____
                                                    Debtor

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Showerworks, Inc.<br>3956 N. Elston Ave<br>Chicago, IL 60618 | Bovis Lend Lease, Inc.<br>One Noth Wacker<br>Suite 850<br>Chicago, IL 60606 |
| Showerworks, Inc.<br>3956 N. Elston Ave<br>Chicago, IL 60618 | Broan-Nutone<br>P.O. Box 140<br>Hartford, WI 53027 |
| Showerworks, Inc.<br>3956 N. Elston Ave<br>Chicago, IL 60618 | C.R. Laurence Co., Inc.<br>2503 E. Vernon Ave.<br>Los Angeles, CA 90058-0923 |
| Showerworks, Inc.<br>3956 N. Elston Ave<br>Chicago, IL 60618 | Canon Business Solutions, Inc.<br>c/o Murphy Lomon & Associates<br>PO Box 2206<br>Des Plaines, IL 60017-2206 |
| Showerworks, Inc.<br>3956 N. Elston Ave<br>Chicago, IL 60618 | City of Chicago<br>The Department of Water Managment<br>P.O. Box 6330<br>Chicago, IL 60680-6336 |
| Showerworks, Inc.<br>3956 N. Elston Ave<br>Chicago, IL 60618 | Columbia Glass and Plastics Co.<br>4716 W Lake St<br>Chicago, IL 60644 |
| Showerworks, Inc.<br>3956 N. Elston Ave<br>Chicago, IL 60618 | Columbia Glass Inc.<br>c/o Law Offices os W.C. French<br>PO Box 572884<br>Houston, TX 77257 |
| Showerworks, Inc.<br>3956 N. Elston Ave<br>Chicago, IL 60618 | Columbia Glass Inc.<br>c/o Law Offices os W.C. French<br>PO Box 572884<br>Houston, TX 77257 |
| Showerworks, Inc.<br>3956 N. Elston Ave<br>Chicago, IL 60618 | Columbia Glass Inc.<br>c/o Law Offices os W.C. French<br>PO Box 572884<br>Houston, TX 77257 |
| Showerworks, Inc.<br>3956 N. Elston Ave<br>Chicago, IL 60618 | Construction Specialists, Inc.<br>PO Box 415278<br>Boston, MA 02241-5278 |
| Showerworks, Inc.<br>3956 N. Elston Ave<br>Chicago, IL 60618 | Crawford Supply Co.<br>c/o Law Offices of Michael D Weis<br>PO Box 1166<br>Northbrook, IL 60065 |

Sheet __8__ of __12__ continuation sheets attached to the Schedule of Codebtors

In re    Robert James Becker                                              ,    Case No. _____
                                          Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Showerworks, Inc.<br>3956 N. Elston Ave<br>Chicago, IL 60618 | Creative Specialists<br>75 Remittance Dr. #1590<br>Chicago, IL 60675-1590 |
| Showerworks, Inc.<br>3956 N. Elston Ave<br>Chicago, IL 60618 | Culligan<br>PO Box 5277<br>Carol Stream, IL 60197 |
| Showerworks, Inc.<br>3956 N. Elston Ave<br>Chicago, IL 60618 | Cushing & Co.<br>420 W Huron<br>Chicago, IL 60654 |
| Showerworks, Inc.<br>3956 N. Elston Ave<br>Chicago, IL 60618 | Daimler- Chrysler Fin. Services<br>PO Box 1334<br>Roanoke, TX 76262 |
| Showerworks, Inc.<br>3956 N. Elston Ave<br>Chicago, IL 60618 | DIV10 Supplies, Inc.<br>356 Balm Court<br>Wood Dale, IL 60191 |
| Showerworks, Inc.<br>3956 N. Elston Ave<br>Chicago, IL 60618 | Doralco<br>5919 W 118th Street<br>Alsip, IL 60803 |
| Showerworks, Inc.<br>3956 N. Elston Ave<br>Chicago, IL 60618 | Ford Credit<br>PO Box 790093<br>Saint Louis, MO 63179 |
| Showerworks, Inc.<br>3956 N. Elston Ave<br>Chicago, IL 60618 | Ford Credit<br>PO Box 790093<br>Saint Louis, MO 63179 |
| Showerworks, Inc.<br>3956 N. Elston Ave<br>Chicago, IL 60618 | Ford Credit<br>PO Box 790093<br>Saint Louis, MO 63179 |
| Showerworks, Inc.<br>3956 N. Elston Ave<br>Chicago, IL 60618 | Ford Credit<br>PO Box 790093<br>Saint Louis, MO 63179 |
| Showerworks, Inc.<br>3956 N. Elston Ave<br>Chicago, IL 60618 | Freedom Voice Systems<br>169 Saxony Road #206<br>Encinitas, CA 92024 |
| Showerworks, Inc.<br>3956 N. Elston Ave<br>Chicago, IL 60618 | GMAC Financial-ALLY<br>PO Box 9001948<br>Louisville, KY 40290 |
| Showerworks, Inc.<br>3956 N. Elston Ave<br>Chicago, IL 60618 | Hollywood Industrial Supply<br>3223 Lake Ave<br>Wilmette, IL 60091 |

Sheet   9   of   12   continuation sheets attached to the Schedule of Codebtors

In re    Robert James Becker                                                    Case No. _____
                                                                    ,
                                        **Debtor**

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Showerworks, Inc.<br>3956 N. Elston Ave<br>Chicago, IL 60618 | I-Can Supply<br>PO Box 1535<br>Des Plaines, IL 60017 |
| Showerworks, Inc.<br>3956 N. Elston Ave<br>Chicago, IL 60618 | Illini High-Reach<br>13633 Main Street<br>Lemont, IL 60439 |
| Showerworks, Inc.<br>3956 N. Elston Ave<br>Chicago, IL 60618 | International Painters and Allied<br>Trades Industry Pension Fund<br>4225 Lawndale Ave<br>Lyons, IL 60534 |
| Showerworks, Inc.<br>3956 N. Elston Ave<br>Chicago, IL 60618 | Laird Plastics<br>1411 Ellis Ave<br>Bensenville, IL 60106 |
| Showerworks, Inc.<br>3956 N. Elston Ave<br>Chicago, IL 60618 | Liberty Hardware<br>140 Business Park Drive<br>Winston Salem, NC 27107 |
| Showerworks, Inc.<br>3956 N. Elston Ave<br>Chicago, IL 60618 | MD Technology Services LLC<br>2461 N Lincoln<br>Chicago, IL 60614 |
| Showerworks, Inc.<br>3956 N. Elston Ave<br>Chicago, IL 60618 | Mercedes Benz Financial<br>PO Box 9001680<br>Louisville, KY 40290 |
| Showerworks, Inc.<br>3956 N. Elston Ave<br>Chicago, IL 60618 | Michael Castle<br>c/o Douglas Wexler, Esq.<br>55 W Wacker Dr, 9th Floor<br>Chicago, IL 60601 |
| Showerworks, Inc.<br>3956 N. Elston Ave<br>Chicago, IL 60618 | Office Team<br>12400 Collections Center Drive<br>Chicago, IL 60693 |
| Showerworks, Inc.<br>3956 N. Elston Ave<br>Chicago, IL 60618 | Pitney Bowes Global Financial Serv.<br>PO Box 871887<br>Pittsburgh, PA 15250-7887 |
| Showerworks, Inc.<br>3956 N. Elston Ave<br>Chicago, IL 60618 | Pitney Bowes Purchase Power<br>PO Box 371874<br>Pittsburgh, PA 15250-7874 |
| Showerworks, Inc.<br>3956 N. Elston Ave<br>Chicago, IL 60618 | PNC Mfrs. Fin. Services<br>995 Dalton Ave<br>Cincinnati, OH 45203 |
| Showerworks, Inc.<br>3956 N. Elston Ave<br>Chicago, IL 60618 | PNC Mfrs. Fin. Services<br>995 Dalton Ave<br>Cincinnati, OH 45203 |

Sheet __10__ of __12__ continuation sheets attached to the Schedule of Codebtors

In re    Robert James Becker                                                    Case No. _____
                                                    ,
                                        Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Showerworks, Inc.<br>3956 N. Elston Ave<br>Chicago, IL 60618 | PNC Mfrs. Fin. Services<br>995 Dalton Ave<br>Cincinnati, OH 45203 |
| Showerworks, Inc.<br>3956 N. Elston Ave<br>Chicago, IL 60618 | PNCEF, LLC<br>995 Dalton Ave<br>Cincinnati, OH 45203 |
| Showerworks, Inc.<br>3956 N. Elston Ave<br>Chicago, IL 60618 | Quill<br>PO Box 37600<br>Philadelphia, PA 19101-0600 |
| Showerworks, Inc.<br>3956 N. Elston Ave<br>Chicago, IL 60618 | Republic Bank<br>801 N 500 W<br>Suite 300<br>Woods Cross, UT 84087 |
| Showerworks, Inc.<br>3956 N. Elston Ave<br>Chicago, IL 60618 | Rubenstein Lumber Co.<br>5357 W Grand Ave<br>Chicago, IL 60639 |
| Showerworks, Inc.<br>3956 N. Elston Ave<br>Chicago, IL 60618 | Scopelitis, Garvin, Light &<br>Hanson & Feary P.C.<br>10 West Market Street<br>Indianapolis, IN 46204 |
| Showerworks, Inc.<br>3956 N. Elston Ave<br>Chicago, IL 60618 | Sealants Engineering Associates<br>239 James St.<br>Bensenville, IL 60106 |
| Showerworks, Inc.<br>3956 N. Elston Ave<br>Chicago, IL 60618 | Siemens Financial Services Inc.<br>c/o Vedder Price P.C.<br>222 North LaSalle Street<br>Chicago, IL 60601 |
| Showerworks, Inc.<br>3956 N. Elston Ave<br>Chicago, IL 60618 | Southeastern Aluminum Products, Inc<br>PO Box 6427<br>Jacksonville, FL 32236 |
| Showerworks, Inc.<br>3956 N. Elston Ave<br>Chicago, IL 60618 | Toyota Financial Services<br>P.O. Box 5855<br>Carol Stream, IL 60197 |
| Showerworks, Inc.<br>3956 N. Elston Ave<br>Chicago, IL 60618 | Toyota Financial Services<br>P.O. Box 5855<br>Carol Stream, IL 60197 |
| Showerworks, Inc.<br>3956 N. Elston Ave<br>Chicago, IL 60618 | Trustees of the Glaziers<br>c/o Arnold & Kadjan<br>19 W. Jackson Blvd<br>Chicago, IL 60604 |

Sheet __11__ of __12__ continuation sheets attached to the Schedule of Codebtors

In re    Robert James Becker                                    ,    Case No. _____
                                        Debtor

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Showerworks, Inc.<br>3956 N. Elston Ave<br>Chicago, IL 60618 | Trustees of the Glaziers<br>c/o Arnold & Kadjan<br>19 W. Jackson Blvd<br>Chicago, IL 60604 |
| Showerworks, Inc.<br>3956 N. Elston Ave<br>Chicago, IL 60618 | US Cellular<br>PO Box 0203<br>Palatine, IL 60055-0203 |
| Showerworks, Inc.<br>3956 N. Elston Ave<br>Chicago, IL 60618 | USM Logistics<br>7790 Quincy St<br>Willowbrook, IL 60527 |
| Showerworks, Inc.<br>3956 N. Elston Ave<br>Chicago, IL 60618 | Vernacity tachnologies, Inc.<br>585 N Third Ave<br>Des Plaines, IL 60016 |
| Showerworks, Inc.<br>3956 N. Elston Ave<br>Chicago, IL 60618 | William L Bonnell Co Inc<br>c/o Stein & Rotman<br>105 W Madison St<br>Chicago, IL 60602-4672 |
| Showerworks, Inc.<br>3956 N. Elston Ave<br>Chicago, IL 60618 | Winthrop Ltd.<br>816 W Nichols Road<br>Arlington Heights, IL 60004 |
| Showerworks, Inc.<br>3956 N. Elston Ave<br>Chicago, IL 60618 | Wolverine Glass<br>5801 Clay Ave<br>Grand Rapids, MI 49548 |
| Showerworks, Inc. | Citibank<br>PO Box 688912<br>Des Moines, IA 50368-8912 |

Sheet   12   of   12   continuation sheets attached to the Schedule of Codebtors

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re    Robert James Becker                          Case No.

                                      Debtor(s)      Chapter    7

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

       I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of    65    sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date    March 7, 2011                      Signature    /s/ Robert James Becker

                                                       Robert James Becker
                                                       Debtor

*Penalty for making a false statement or concealing property:*   Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

B8 (Form 8) (12/08)

# United States Bankruptcy Court
## Northern District of Illinois

In re   Robert James Becker                          Case No. _____

                                                Debtor(s)           Chapter    7 _____

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate.  Attach additional pages if necessary.)

| Property No. 1 | |
|---|---|
| **Creditor's Name:**<br>Cenlar | **Describe Property Securing Debt:**<br>216 Madison<br>Joliet, IL |

Property will be (check one):

  ■ Surrendered                   □ Retained

If retaining the property, I intend to (check at least one):
  □ Redeem the property
  □ Reaffirm the debt
  □ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
  □ Claimed as Exempt               ■ Not claimed as exempt

| Property No. 2 | |
|---|---|
| **Creditor's Name:**<br>Chase Bank | **Describe Property Securing Debt:**<br>516 W. Stratford<br>Chicago, IL |

Property will be (check one):

  ■ Surrendered                   □ Retained

If retaining the property, I intend to (check at least one):
  □ Redeem the property
  □ Reaffirm the debt
  □ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
  □ Claimed as Exempt               ■ Not claimed as exempt

B8 (Form 8) (12/08)                                                                                                      Page 2

| Property No. 3 | |
|---|---|
| **Creditor's Name:**<br>Chase Home Finance | **Describe Property Securing Debt:**<br>3421 N. Albany Ave.<br>Chicago, IL 60618 |

Property will be (check one):
- ☐ Surrendered                    ■ Retained

If retaining the property, I intend to (check at least one):
- ☐ Redeem the property
- ☐ Reaffirm the debt
- ■ Other.  Explain  __loan modification with Chase__  (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
- ■ Claimed as Exempt                    ☐ Not claimed as exempt

| Property No. 4 | |
|---|---|
| **Creditor's Name:**<br>Fifth Third Bank | **Describe Property Securing Debt:**<br>2883 Heritage Terrace<br>Joliet, IL |

Property will be (check one):
- ☐ Surrendered                    ■ Retained

If retaining the property, I intend to (check at least one):
- ☐ Redeem the property
- ■ Reaffirm the debt
- ☐ Other.  Explain _____  (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
- ☐ Claimed as Exempt                    ■ Not claimed as exempt

| Property No. 5 | |
|---|---|
| **Creditor's Name:**<br>Harris Bank | **Describe Property Securing Debt:**<br>4835 N. Grand<br>Chicago IL 60639<br><br>Business building and land operated by Grand LLC |

Property will be (check one):
- ■ Surrendered                    ☐ Retained

If retaining the property, I intend to (check at least one):
- ☐ Redeem the property
- ☐ Reaffirm the debt
- ☐ Other.  Explain _____  (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
- ☐ Claimed as Exempt                    ■ Not claimed as exempt

B8 (Form 8) (12/08)                                                                                                    Page 3

| Property No. 6 | |
|---|---|
| **Creditor's Name:**<br>Harris Bank | **Describe Property Securing Debt:**<br>3956 North Elston<br>Chicago IL 60618<br><br>Business building and land operated by Elston Management |

Property will be (check one):

■ Surrendered                              ☐ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☐ Reaffirm the debt
☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
☐ Claimed as Exempt                    ■ Not claimed as exempt

| Property No. 7 | |
|---|---|
| **Creditor's Name:**<br>Harris Bank | **Describe Property Securing Debt:**<br>3956 North Elston<br>Chicago IL 60618<br><br>Business building and land operated by Elston Management |

Property will be (check one):

■ Surrendered                              ☐ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☐ Reaffirm the debt
☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
☐ Claimed as Exempt                    ■ Not claimed as exempt

B8 (Form 8) (12/08)                                                                                          Page 4

| Property No. 8 | |
|---|---|
| **Creditor's Name:**<br>Harris Bank | **Describe Property Securing Debt:**<br>3956 North Elston<br>Chicago IL 60618<br><br>Business building and land operated by Elston Management |

Property will be (check one):

■ Surrendered                           □ Retained

If retaining the property, I intend to (check at least one):
□ Redeem the property
□ Reaffirm the debt
□ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
□ Claimed as Exempt                      ■ Not claimed as exempt

| Property No. 9 | |
|---|---|
| **Creditor's Name:**<br>Harris Bank | **Describe Property Securing Debt:**<br>320 Frontage Rd<br>Northfield IL 60093<br><br>Business building and land operated by Chicago Northfield Partners |

Property will be (check one):

■ Surrendered                           □ Retained

If retaining the property, I intend to (check at least one):
□ Redeem the property
□ Reaffirm the debt
□ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
□ Claimed as Exempt                      ■ Not claimed as exempt

B8 (Form 8) (12/08)                                                                                          Page 5

| Property No. 10 | |
|---|---|
| **Creditor's Name:**<br>JP Morgan Chase Bank. N.A. | **Describe Property Securing Debt:**<br>3421 N. Albany Ave.<br>Chicago, IL 60618 |

Property will be (check one):
- ☐ Surrendered          ■ Retained

If retaining the property, I intend to (check at least one):
- ☐ Redeem the property
- ☐ Reaffirm the debt
- ■ Other.  Explain  <u>loan modification with Chase</u>  (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
- ■ Claimed as Exempt                    ☐ Not claimed as exempt

---

| Property No. 11 | |
|---|---|
| **Creditor's Name:**<br>Ocwen Federal Bank | **Describe Property Securing Debt:**<br>20937 Barrington Lane<br>Plainfield, IL 60544 |

Property will be (check one):
- ☐ Surrendered          ■ Retained

If retaining the property, I intend to (check at least one):
- ☐ Redeem the property
- ■ Reaffirm the debt
- ☐ Other.  Explain  _____  (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
- ☐ Claimed as Exempt                    ■ Not claimed as exempt

---

| Property No. 12 | |
|---|---|
| **Creditor's Name:**<br>Round Point Mortgage | **Describe Property Securing Debt:**<br>216 Madison<br>Joliet, IL |

Property will be (check one):
- ■ Surrendered          ☐ Retained

If retaining the property, I intend to (check at least one):
- ☐ Redeem the property
- ■ Reaffirm the debt
- ☐ Other.  Explain  _____  (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
- ☐ Claimed as Exempt                    ■ Not claimed as exempt

B8 (Form 8) (12/08)                                                                                    Page 6

| Property No. 13 | |
|---|---|
| **Creditor's Name:**<br>SBA/SomerCor 504 | **Describe Property Securing Debt:**<br>4835 N. Grand<br>Chicago IL 60639<br><br>Business building and land operated by Grand LLC |

Property will be (check one):

■ Surrendered                              □ Retained

If retaining the property, I intend to (check at least one):
□ Redeem the property
□ Reaffirm the debt
□ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
□ Claimed as Exempt                         ■ Not claimed as exempt

| Property No. 14 | |
|---|---|
| **Creditor's Name:**<br>SBA/SomerCor 504 | **Describe Property Securing Debt:**<br>3956 North Elston<br>Chicago IL 60618<br><br>Business building and land operated by Elston Management |

Property will be (check one):

■ Surrendered                              □ Retained

If retaining the property, I intend to (check at least one):
□ Redeem the property
□ Reaffirm the debt
□ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
□ Claimed as Exempt                         ■ Not claimed as exempt

B8 (Form 8) (12/08)                                                                                                          Page 7

| Property No. 15 | |
|---|---|
| **Creditor's Name:**<br>SBA/SomerCor 504 | **Describe Property Securing Debt:**<br>320 Frontage Rd<br>Northfield IL 60093<br><br>Business building and land operated by Chicago Northfield Partners |

Property will be (check one):
■ Surrendered                    ☐ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☐ Reaffirm the debt
☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
☐ Claimed as Exempt                    ■ Not claimed as exempt

| Property No. 16 | |
|---|---|
| **Creditor's Name:**<br>Sure Light Sign Company | **Describe Property Securing Debt:**<br>4835 N. Grand<br>Chicago IL 60639<br><br>Business building and land operated by Grand LLC |

Property will be (check one):
■ Surrendered                    ☐ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☐ Reaffirm the debt
☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
☐ Claimed as Exempt                    ■ Not claimed as exempt

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>-NONE- | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ YES          ☐ NO |

Software Copyright (c) 1996-2011 CCH INCORPORATED - www.bestcase.com                                    Best Case Bankruptcy

B8 (Form 8) (12/08)

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date  March 7, 2011                    Signature  /s/ Robert James Becker
                                                  Robert James Becker
                                                  Debtor

B 201A (Form 201A) (12/09)

**WARNING: Effective December 1, 2009, the 15-day deadline to file schedules and certain other documents under Bankruptcy**
**Rule 1007(c) is shortened to 14 days. For further information, see note at bottom of page 2**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

## NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address. If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis. The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies. Each debtor in a joint case must complete the briefing.

In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge. The clerk also has a list of approved financial management instructional courses. Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $39 administrative fee, $15 trustee surcharge: Total Fee $299)

Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $39 administrative fee: Total fee $274)

Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### Chapter 11: Reorganization ($1000 filing fee, $39 administrative fee: Total fee $1039)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12: Family Farmer or Fisherman ($200 filing fee, $39 administrative fee: Total fee $239)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13.  The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.  The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

**Many filing deadlines change on December 1, 2009.  Of special note, 12 rules that set 15 days to act are amended to require action within 14 days, including Rule 1007(c), filing the initial case papers; Rule 3015(b), filing a chapter 13 plan; Rule 8009(a), filing appellate briefs; and Rules 1019, 1020, 2015, 2015.1, 2016, 4001, 4002, 6004, and 6007.**

B 201B (Form 201B) (12/09)

# United States Bankruptcy Court
## Northern District of Illinois

In re    Robert James Becker                                    Case No.
                                    Debtor(s)              Chapter    7

# CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
# UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certification of Debtor

I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

Robert James Becker                          X  /s/ Robert James Becker            March  7, 2011
Printed Name(s) of Debtor(s)                    Signature of Debtor                 Date

Case No. (if known)  _____     X  _____
                                                Signature of Joint Debtor (if any)  Date

---

**Instructions:** Attach a copy of Form B 201 A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1.  Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor.  The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

Software Copyright (c) 1996-2011 CCH INCORPORATED - www.bestcase.com                          Best Case Bankruptcy

# United States Bankruptcy Court
## Northern District of Illinois

In re   Robert James Becker _____

                                    Debtor(s)

Case No. _____

Chapter   7

# VERIFICATION OF CREDITOR MATRIX

Number of Creditors: _____ 355

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:   March  7, 2011 _____

/s/ Robert James Becker _____
Robert James Becker
Signature of Debtor

2550 Ashland LLC
2250S Ashalnd Ave
Chicago, IL 60608


A-Wire & Tube Fabricating Corp.
4825 W Grand Ave
Chicago, IL 60639


A.C.T. Group Ltd.
6242 N CLark St
Chicago, IL 60660


A.C.T. Group Ltd.
6242 N Clark St
Chicago, IL 60660


Abato, Rubenstein and Abato PA
809 Gleneagles Court
Suite 320
Towson, MD 21286


Access Door, Inc.
528 Johnson Street
Keokuk, IA 52632


Ace Property & Casualty
c/o David Halpin
1400 Torrence #211A
Calumet City, IL 60409


AcTax Computer Services
836-A Arlington Heights Rd.
Elk Grove Village, IL 60007


Active Electrical Supply Co.
4240 West Lawrence Avenue
Chicago, IL 60630-2798


Active Electrical Supply Co.
4240 West Lawrence Avenue
Chicago, IL 60630-2798


Active Electrical Supply Co.
4240 West Lawrence Ave
Chicago, IL 60630-2798

ADT Security Services
PO Box 371967
Pittsburgh, PA 15250


ADT Security Services, Inc.
2250 W. Pinehurst Blvd
#100
Addison, IL 60101


Airgas North Central
PO Box 802588
Chicago, IL 60680-2588


Alan & Associates
15432 South 70th Street
Orland Park, IL 60462


Alan and Associates
15432 South 70th Street
Orland Park, IL 60462


Allied Waste Services
PO Box 9001154
Louisville, KY 40290-1154


American Specialists Inc.
441 Saw Mill River Road
Yonkers, NY 10701


Arch Aluminum & Glass
PO Box 676109
Dallas, TX 75267-6109


Arch Aluminum & Glass
PO Box 676109
Dallas, TX 75267-6109


Arch Aluminum & Glass
PO Box 676109
Dallas, TX 75267-6109


Arch Aluminum & Glass- Iowa
PO Box 676109
Dallas, TX 75267-6109

Arch Aluminum & Glasss- Wisconsin
PO Box 676109
Dallas, TX 75267-6109

Arizona Shower Doors, Inc.
261 Bond Street
Park Forest, IL 60466

Arizona Shower Doors, Inc.
2601 Bond Street
Park Forest, IL 60466

AT&T
PO Box 8100
Aurora, IL 60507-8100

AT&T
PO Box 8100
Aurora, IL 60507-8100

Azul Window Washing
718 South 6th Avenue
Maywood, IL 60153

Baker & Miller, P.C.
29 N. Wacker Drive
Suite 500
Chicago, IL 60606-2854

Bathworks, Inc.
3956 N Elston Ave
Chicago, IL 60618

Bathworks, Inc.
3956 N Elston Ave
Chicago, IL 60618

Bathworks, Inc.
3956 N Elston Ave
Chicago, IL 60618

Bathworks, Inc.
3956 N Elston Ave
Chicago, IL 60618

```
Bathworks, Inc.
3956 N Elston Ave
Chicago, IL 60618


Bathworks, Inc.
3956 N Elston Ave
Chicago, IL 60618


Bathworks, Inc.
3956 N Elston Ave
Chicago, IL 60618


Bathworks, Inc.
3956 N Elston Ave
Chicago, IL 60618


Bathworks, Inc.
3956 N Elston Ave
Chicago, IL 60618


Bathworks, Inc.
3956 N Elston Ave
Chicago, IL 60618


Bathworks, Inc.
3956 N Elston Ave
Chicago, IL 60618


Bathworks, Inc.
3956 N Elston Ave
Chicago, IL 60618


Bathworks, Inc.
3956 N Elston Ave
Chicago, IL 60618


Bathworks, Inc.
3956 N Elston Ave
Chicago, IL 60618


Bathworks, Inc.
3956 N Elston Ave
Chicago, IL 60618
```

```
Bathworks, Inc.
3956 N Elston Ave
Chicago, IL 60618


Bathworks, Inc.
3956 N Elston Ave
Chicago, IL 60618


Bathworks, Inc.
3956 N Elston Ave
Chicago, IL 60618


Bathworks, Inc.
3956 N Elston Ave
Chicago, IL 60618


Bathworks, Inc.
3956 N Elston Ave
Chicago, IL 60618


Bathworks, Inc.
3956 N Elston Ave
Chicago, IL 60618


Bathworks, Inc.
3956 N Elston Ave
Chicago, IL 60618


Bathworks, Inc.
3956 N Elston Ave
Chicago, IL 60618


Bathworks, Inc.
3956 N Elston Ave
Chicago, IL 60618


Bathworks, Inc.
3956 N Elston Ave
Chicago, IL 60618


Bathworks, Inc.
3956 N Elston Ave
Chicago, IL 60618
```

Bathworks, Inc.
3956 N Elston Ave
Chicago, IL 60618

Bathworks, Inc.
3956 N Elston Ave
Chicago, IL 60618

Bathworks, Inc.
3956 N Elston Ave
Chicago, IL 60618

Bathworks, Inc.
3956 N Elston Ave
Chicago, IL 60618

Bathworks, Inc.
3956 N Elston Ave
Chicago, IL 60618

Bathworks, Inc.
3956 N Elston Ave
Chicago, IL 60618

Bathworks, Inc.
3956 N Elston Ave
Chicago, IL 60618

Bathworks, Inc.
3956 N Elston Ave
Chicago, IL 60618

Bathworks, Inc.
3956 N Elston Ave
Chicago, IL 60618

Bathworks, Inc.
3956 N Elston Ave
Chicago, IL 60618

Bathworks, Inc.
3956 N Elston Ave
Chicago, IL 60618

Bathworks, Inc.
3956 N Elston Ave
Chicago, IL 60618


Bathworks, Inc.
3956 N Elston Ave
Chicago, IL 60618


Bathworks, Inc.


Becker Glass, Inc.
4835 N Grand Ave
Chicago, IL 60639


Becker Glass, Inc.
4835 N Grand Ave
Chicago, IL 60639


Becker Glass, Inc.
4835 N Grand Ave
Chicago, IL 60639


Becker Glass, Inc.
4835 N Grand Ave
Chicago, IL 60639


Becker Glass, Inc.
4835 N Grand Ave
Chicago, IL 60639


Becker Glass, Inc.
4835 N Grand Ave
Chicago, IL 60639


Becker Glass, Inc.
4835 N Grand Ave
Chicago, IL 60639


Becker Glass, Inc.
4835 N Grand Ave
Chicago, IL 60639

```
Becker Glass, Inc.
4835 N Grand Ave
Chicago, IL 60639


Becker Glass, Inc.
4835 N Grand Ave
Chicago, IL 60639


Becker Glass, Inc.
4835 N Grand Ave
Chicago, IL 60639


Becker Glass, Inc.
4835 N Grand Ave
Chicago, IL 60639


Becker Glass, Inc.
4835 N Grand Ave
Chicago, IL 60639


Becker Glass, Inc.
4835 N Grand Ave
Chicago, IL 60639


Becker Glass, Inc.
4835 N Grand Ave
Chicago, IL 60639


Becker Glass, Inc.
4835 N Grand Ave
Chicago, IL 60639


Becker Glass, Inc.
4835 N Grand Ave
Chicago, IL 60639


Becker Glass, Inc.
4835 N Grand Ave
Chicago, IL 60639


Becker Glass, Inc.
4835 N Grand Ave
Chicago, IL 60639
```

Becker Glass, Inc.
4835 N Grand Ave
Chicago, IL 60639


Becker Glass, Inc.
4835 N Grand Ave
Chicago, IL 60639


Becker Glass, Inc.
4835 N Grand Ave
Chicago, IL 60639


Blue Cross- Blue Shield of Illinois
PO Box 1186
Chicago, IL 60690-1186


BMW Financial Services
PO Box 78066
Phoenix, AZ 85062


Bonnell Aluminum
508 Wilson St
Kentland, IN 47951


Bovis Lend Lease, Inc.
One Noth Wacker
Suite 850
Chicago, IL 60606


Broadview Security
PO Box 70834
Charlotte, NC 28272-0834


Broan-Nutone
P.O. Box 140
Hartford, WI 53027


C.R. Laurence Co., Inc.
2503 E Vernon Ave
Los Angeles, CA 90058-0923


C.R. Laurence Co., Inc.
2503 E. Vernon Ave.
Los Angeles, CA 90058-0923

C.R. Laurence Co., Inc.
2503 E. Vernon Ave.
Los Angeles, CA 90058-0923


Canon Business Solutions
c/o Murphy Lomon & Associates
PO Box 2206
Des Plaines, IL 60017-2206


Canon Business Solutions, Inc.
c/o Murphy Lomon & Associates
PO Box 2206
Des Plaines, IL 60017-2206


Cenlar
PO Box 785057
Orlando, FL 32878


Chase
Cardmember Service
PO Box 15153
Wilmington, DE 19886-5153


Chase Bank
P.O. Box 4661
Houston, TX 77210


Chase Home Finance
P. O. Box 78420
Phoenix, AZ 85062


Chicago Jewish News
5301 W Dempster
Skokie, IL 60077


Citi Cards
Attention: Bankruptcy
P.O. Box 6000
Sioux Falls, SD 57117


Citi Cards
Attention: Bankruptcy
P.O. Box 6000
Sioux Falls, SD 57117

Citibank
PO Box 688912
Des Moines, IA 50368-8912


Citibank
P.O. Box 6000
The Lakes, NV 89163


Citizens Automobile Finance
443 Jefferson Blvd
Warwick, RI 02886


City of Chicago
The Department of Water Managment
P.O. Box 6330
Chicago, IL 60680-6336


Classic Graphic Industries Inc.
519 Wrightwood Ave.
Elmhurst, IL 60126


Columbia Glass and Plastics Co.
4716 W. Lake St.
Chicago, IL 60644


Columbia Glass and Plastics Co.
4716 W. Lake St.
Chicago, IL 60644


Columbia Glass and Plastics Co.
4716 W Lake St
Chicago, IL 60644


Columbia Glass Inc.
c/o Law Offices os W.C. French
PO Box 572884
Houston, TX 77257


Columbia Glass Inc.
c/o Law Offices os W.C. French
PO Box 572884
Houston, TX 77257

Columbia Glass Inc.
c/o Law Offices os W.C. French
PO Box 572884
Houston, TX 77257


Comcast
PO Box 3001
Southeastern, PA 19398


ComEd
PO Box 6111
Carol Stream, IL 60197


Construction Specialists, Inc.
PO Box 415278
Boston, MA 02241-5278


Contract Builder Hardware
1203 S. Northwest Highway
Barrington, IL 60010


Cook County Collector
P.O. Box 7552
Chicago, IL 60680-7552


Cook County Collector
P.O. Box 7552
Chicago, IL 60680-7552


Cook County Collector
P.O. Box 7552
Chicago, IL 60680-7552


Cook County Collector
P.O. Box 7552
Chicago, IL 60680-7552


Crate Tech, Inc.
135 Bond Street
Elk Grove Village, IL 60007


Crawford Supply Co.
c/o Law Offices of Michael D Weis
PO Box 1166
Northbrook, IL 60065

Creative Specialists
75 Remittance Dr. #1590
Chicago, IL 60675-1590


Culligan
PO Box 5277
Carol Stream, IL 60197


Cushing & Co.
420 W Huron
Chicago, IL 60654


Daimler Truck Financial
13650 Heritage Parkway
Fort Worth, TX 76177


Daimler- Chrysler Fin. Services
PO Box 1334
Roanoke, TX 76262


Daimler- Chrysler Fin. Services
PO Box 1334
Roanoke, TX 76262


Daimler- Chrysler Fin. Services
PO Box 1334
Roanoke, TX 76262


Delta Dental
801 Ogden Ave
Lisle, IL 60532


Dept. of Water- City of Chicago
333 South State Street
Chicago, IL 60604-3979


DEX
8519 Innovation Way
Chicago, IL 60682-0085


DIV10 Supplies, Inc.
356 Balm Court
Wood Dale, IL 60191

Doralco
5919 W 118th Street
Alsip, IL 60803


Doralco, Inc.
5919 W. 118th Street
Alsip, IL 60803


DT Security Services, Inc.
2250 W. Pinehurst Blvd
Suite 100
Chicago, IL 60101


Engineered Concepts, LLC
8785 Sonoma Trail
Spring Grove, IL 60081


Fabricated Metal Systems, Inc.
1377 E. Industrial Drive
Itasca, IL 60143


Fastenal
2038 W Hubbard St
Chicago, IL 60612


Fifth Third Bank
Attention: Bankruptcy
1850 East Paris - MDROPS05
Grand Rapids, MI 49546


Ford Credit
PO Box 790093
Saint Louis, MO 63179


Ford Credit
PO Box 790093
Saint Louis, MO 63179


Ford Credit
PO Box 790093
Saint Louis, MO 63179


Ford Credit
PO Box 790093
Saint Louis, MO 63179

Ford Credit
PO Box 790093
Saint Louis, MO 63179


Freedom Voice Systems
169 Saxony Road #206
Encinitas, CA 92024


Gardner Glass Products
5611 Reliable Parkway
Chicago, IL 60686-0056


Glass Depot LLC
4835 N Grand Ave
Chicago, IL 60639


Glass Depot LLC
4835 N Grand Ave
Chicago, IL 60639


Glass Depot LLC
4835 N Grand Ave
Chicago, IL 60639


Glass Depot LLC
4835 N Grand Ave
Chicago, IL 60639


Glass Depot LLC
4835 N Grand Ave
Chicago, IL 60639


Glass Depot LLC
4835 N Grand Ave
Chicago, IL 60639


Glass Depot LLC
4835 N Grand Ave
Chicago, IL 60639


Glass Depot LLC
4835 N Grand Ave
Chicago, IL 60639

```
Glass Depot LLC
4835 N Grand Ave
Chicago, IL 60639


Glass Depot LLC
4835 N Grand Ave
Chicago, IL 60639


Glass Depot LLC
4835 N Grand Ave
Chicago, IL 60639


Glass Depot LLC
4835 N Grand Ave
Chicago, IL 60639


Glass Depot LLC
4835 N Grand Ave
Chicago, IL 60639


Glass Depot LLC
4835 N Grand Ave
Chicago, IL 60639


Glass Depot LLC
4835 N Grand Ave
Chicago, IL 60639


Glass Depot LLC
4835 N Grand Ave
Chicago, IL 60639


Glass Depot LLC
4835 N Grand Ave
Chicago, IL 60639


Glass Depot LLC
4835 N Grand Ave
Chicago, IL 60639


Glass Depot LLC
4835 N Grand Ave
Chicago, IL 60639
```

Glass Depot LLC
4835 N Grand Ave
Chicago, IL 60639


Glass Depot LLC
4835 N Grand Ave
Chicago, IL 60639


Glass Depot LLC
4835 N Grand Ave
Chicago, IL 60639


Glass Depot LLC
4835 N Grand Ave
Chicago, IL 60639


Glass Depot LLC
4835 N Grand Ave
Chicago, IL 60639


Glass Depot LLC
4835 N Grand Ave
Chicago, IL 60639


Glass Depot LLC
4835 N Grand Ave
Chicago, IL 60639


Glass Depot LLC
4835 N Grand Ave
Chicago, IL 60639


Glass Products
5611 Reliable Parkway
Chicago, IL 60686-0056


GMAC Financial-ALLY
PO Box 9001948
Louisville, KY 40290


Guardian Industries, Corp.
24396 Network Place
Chicago, IL 60673-1243

Hafele America Co.
PO Box 75352
Charlotte, NC 28275


Harris Bank
PO Box 2880
Chicago, IL 60690


Harris Bank
PO Box 2880
Chicago, IL 60690


Harris Bank
PO Box 2880
Chicago, IL 60690


Harris Bank
PO Box 2880
Chicago, IL 60690


Harris Bank
PO Box 2880
Chicago, IL 60690


Harris Bank
PO Box 2880
Chicago, IL 60690


Harris Bank
111 West Monroe Street
P.O. Box 755
Chicago, IL 60690


Heritage Lakes Association
c/o Vanguard Community Association
50 E. Commerce
Schaumburg, IL 60173


Hollywood Industrial Supply
3223 Lake Ave
Wilmette, IL 60091


I-Can Supply
PO Box 1535
Des Plaines, IL 60017

```
ICAN SUPPLY
960 Rand Road
Des Plaines, IL 60016


Illini High-Reach
13633 Main Street
Lemont, IL 60439


Illini High-Reach
13633 Main Street
Lemont, IL 60439


Imperial Plating Co.
7030 West 60th Street
Chicago, IL 60638


INC.
PO Box 6427
Jacksonville, FL 32236


INC.
PO Box 6427
Jacksonville, FL 32236


Ink Smith Inc.
3352 N. Milwaukee Ave
Chicago, IL 60641


International Painters and Allied
Trades Industry Pension Fund
4225 Lawndale Ave
Lyons, IL 60534


James P. Ziegler
Stone Pogrund & Korey LLC
1 E. Wacker Drive, Suite 2610
Chicago, IL 60601


JP Morgan Chase Bank. N.A.
Home Equity and Consumer Lending
1111 Polaris Parkway
Columbus, OH 43240
```

Laird Plastics
1411 Ellis Ave
Bensenville, IL 60106


Lakewood Falls Community Associatio
C/o Vanguard Community Management
50 E. Commerce
Schaumburg, IL 60173


Liberty Hardware
140 Business Park Drive
Winston Salem, NC 27107


Manpower
21271 Network Place
Chicago, IL 60673-1212


MD Technology Services LLC
2461 N Lincoln
Chicago, IL 60614


Mercedes Benz Financial
PO Box 9001680
Louisville, KY 40290


Michael Castle
c/o Douglas Wexler, Esq.
55 W Wacker Dr, 9th Floor
Chicago, IL 60601


Midwest Tropical Inc.
3420 West Tought Ave
Lincolnwood, IL 60712-2717


MP Morris
4131 N Dickinson
Chicago, IL 60641


Ocwen Federal Bank
12650 Integrity Dr.
Orlando, FL 32826


Office Team
12400 Collections Center Drive
Chicago, IL 60693

Old Castle Chicago
4161 S. Morgan
Chicago, IL 60609


Old Castle Indianapolis
4635 W. 84th Street
Suite 100
Indianapolis, IN 46268


People's Gas
Bill Payment Center
Chicago, IL 60687-0001


Pitney Bowes Global Financial Serv.
PO Box 871887
Pittsburgh, PA 15250-7887


Pitney Bowes Purchase Power
PO Box 371874
Pittsburgh, PA 15250-7874


Pitney Bowes Purchase Power Inc.
PO Box 371874
Pittsburgh, PA 15250-7887


Pitney Bowes, Inc.
PO Box 371896
Pittsburgh, PA 15250-7896


PNC Mfrs. Fin. Services
995 Dalton Ave
Cincinnati, OH 45203


PNC Mfrs. Fin. Services
995 Dalton Ave
Cincinnati, OH 45203


PNC Mfrs. Fin. Services
995 Dalton Ave
Cincinnati, OH 45203


PNCEF, LLC
995 Dalton Ave
Cincinnati, OH 45203

Portals
11301 West 87th Terrace
Overland Park, KS 66214

PPG Industries
One PPG Place
Pittsburgh, PA 15272

Pro 4 Doors, Inc.
740 West 138th Street
Riverdale, IL 60827

Quill
PO Box 37600
Philadelphia, PA 19101-0600

Quill
PO Box 37600
Philadelphia, PA 19101-0600

Rand-Tec Insurance Agency
977 Lakeview Terrace
Vernon Hills, IL 60061

Related Products/RPO
PO Box 812
Bensenville, IL 60106-0812

Republic Bank
801 N 500 W
Suite 300
Woods Cross, UT 84087

RH Donnelley, Inc.
c/o The Law Ofcs of Jack H. Rotter
PO Box 10417
Chicago, IL 60610

Round Point Mortgage
5032 Parkway Place
Charlotte, NC 28217

Royal Publishing
7620 N Harker Dr.
Peoria, IL 61615

Rubenstein Lumber Co.
5357 W Grand Ave
Chicago, IL 60639


Safti First
325 Newhall Street
San Francisco, CA 94124-1432


SBA/SomerCor 504
601 S LaSalle
Suite 510
Chicago, IL 60605


SBA/SomerCor 504
601 S LaSalle
Suite 510
Chicago, IL 60605


SBA/SomerCor 504
601 S LaSalle
Suite 510
Chicago, IL 60605


Schilling Graphics
275 Gelsanliter Road
Galion, OH 44833


Scopelitis, Garvin, Light &
Hanson & Feary P.C.
10 West Market Street
Indianapolis, IN 46204


Sealants Engineering Associates
239 James St.
Bensenville, IL 60106


Sealants Engineering Associates
239 James St.
Bensenville, IL 60106


Showerworks, Inc.
3956 N. Elston Ave
Chicago, IL 60618

```
Showerworks, Inc.
3956 N. Elston Ave
Chicago, IL 60618
```

```
Showerworks, Inc.
3956 N. Elston Ave
Chicago, IL 60618
```

```
Showerworks, Inc.
3956 N. Elston Ave
Chicago, IL 60618
```

```
Showerworks, Inc.
3956 N. Elston Ave
Chicago, IL 60618
```

```
Showerworks, Inc.
3956 N. Elston Ave
Chicago, IL 60618
```

```
Showerworks, Inc.
3956 N. Elston Ave
Chicago, IL 60618
```

```
Showerworks, Inc.
3956 N. Elston Ave
Chicago, IL 60618
```

```
Showerworks, Inc.
3956 N. Elston Ave
Chicago, IL 60618
```

```
Showerworks, Inc.
3956 N. Elston Ave
Chicago, IL 60618
```

```
Showerworks, Inc.
3956 N. Elston Ave
Chicago, IL 60618
```

```
Showerworks, Inc.
3956 N. Elston Ave
Chicago, IL 60618
```

```
Showerworks, Inc.
3956 N. Elston Ave
Chicago, IL 60618
```

```
Showerworks, Inc.
3956 N. Elston Ave
Chicago, IL 60618
```

```
Showerworks, Inc.
3956 N. Elston Ave
Chicago, IL 60618
```

```
Showerworks, Inc.
3956 N. Elston Ave
Chicago, IL 60618
```

```
Showerworks, Inc.
3956 N. Elston Ave
Chicago, IL 60618
```

```
Showerworks, Inc.
3956 N. Elston Ave
Chicago, IL 60618
```

```
Showerworks, Inc.
3956 N. Elston Ave
Chicago, IL 60618
```

```
Showerworks, Inc.
3956 N. Elston Ave
Chicago, IL 60618
```

```
Showerworks, Inc.
3956 N. Elston Ave
Chicago, IL 60618
```

```
Showerworks, Inc.
3956 N. Elston Ave
Chicago, IL 60618
```

```
Showerworks, Inc.
3956 N. Elston Ave
Chicago, IL 60618
```

```
Showerworks, Inc.
3956 N. Elston Ave
Chicago, IL 60618


Showerworks, Inc.
3956 N. Elston Ave
Chicago, IL 60618


Showerworks, Inc.
3956 N. Elston Ave
Chicago, IL 60618


Showerworks, Inc.
3956 N. Elston Ave
Chicago, IL 60618


Showerworks, Inc.
3956 N. Elston Ave
Chicago, IL 60618


Showerworks, Inc.
3956 N. Elston Ave
Chicago, IL 60618


Showerworks, Inc.
3956 N. Elston Ave
Chicago, IL 60618


Showerworks, Inc.
3956 N. Elston Ave
Chicago, IL 60618


Showerworks, Inc.
3956 N. Elston Ave
Chicago, IL 60618


Showerworks, Inc.
3956 N. Elston Ave
Chicago, IL 60618


Showerworks, Inc.
3956 N. Elston Ave
Chicago, IL 60618
```

```
Showerworks, Inc.
3956 N. Elston Ave
Chicago, IL 60618
```

```
Showerworks, Inc.
3956 N. Elston Ave
Chicago, IL 60618
```

```
Showerworks, Inc.
3956 N. Elston Ave
Chicago, IL 60618
```

```
Showerworks, Inc.
3956 N. Elston Ave
Chicago, IL 60618
```

```
Showerworks, Inc.
3956 N. Elston Ave
Chicago, IL 60618
```

```
Showerworks, Inc.
3956 N. Elston Ave
Chicago, IL 60618
```

```
Showerworks, Inc.
3956 N. Elston Ave
Chicago, IL 60618
```

```
Showerworks, Inc.
3956 N. Elston Ave
Chicago, IL 60618
```

```
Showerworks, Inc.
3956 N. Elston Ave
Chicago, IL 60618
```

```
Showerworks, Inc.
3956 N. Elston Ave
Chicago, IL 60618
```

```
Showerworks, Inc.
3956 N. Elston Ave
Chicago, IL 60618
```

Showerworks, Inc.
3956 N. Elston Ave
Chicago, IL 60618


Showerworks, Inc.
3956 N. Elston Ave
Chicago, IL 60618


Showerworks, Inc.
3956 N. Elston Ave
Chicago, IL 60618


Showerworks, Inc.
3956 N. Elston Ave
Chicago, IL 60618


Showerworks, Inc.
3956 N. Elston Ave
Chicago, IL 60618


Showerworks, Inc.
3956 N. Elston Ave
Chicago, IL 60618


Showerworks, Inc.
3956 N. Elston Ave
Chicago, IL 60618


Showerworks, Inc.
3956 N. Elston Ave
Chicago, IL 60618


Showerworks, Inc.
3956 N. Elston Ave
Chicago, IL 60618


Showerworks, Inc.
3956 N. Elston Ave
Chicago, IL 60618


Showerworks, Inc.
3956 N. Elston Ave
Chicago, IL 60618

```
Showerworks, Inc.
3956 N. Elston Ave
Chicago, IL 60618


Showerworks, Inc.
3956 N. Elston Ave
Chicago, IL 60618


Showerworks, Inc.
3956 N. Elston Ave
Chicago, IL 60618


Showerworks, Inc.
3956 N. Elston Ave
Chicago, IL 60618


Showerworks, Inc.
3956 N. Elston Ave
Chicago, IL 60618


Showerworks, Inc.
3956 N. Elston Ave
Chicago, IL 60618


Showerworks, Inc.
3956 N. Elston Ave
Chicago, IL 60618


Showerworks, Inc.
3956 N. Elston Ave
Chicago, IL 60618


Showerworks, Inc.
3956 N. Elston Ave
Chicago, IL 60618


Showerworks, Inc.
3956 N. Elston Ave
Chicago, IL 60618


Showerworks, Inc.
3956 N. Elston Ave
Chicago, IL 60618
```

Showerworks, Inc.
3956 N. Elston Ave
Chicago, IL 60618


Showerworks, Inc.
3956 N. Elston Ave
Chicago, IL 60618


Showerworks, Inc.


Siemens Financial Services Inc.
c/o Vedder Price P.C.
222 North LaSalle Street
Chicago, IL 60601


Southeastern Aluminum
PO Box 6427
Jacksonville, FL 32236


Southeastern Aluminum Products, Inc
PO Box 6427
Jacksonville, FL 32236


Southeastern Aluminum Products, Inc
PO Box 6427
Jacksonville, FL 32236


Structural Strategies, Inc.
500 S. Lombard Ave
Addison, IL 60101


Sure Light Service Company
1225 Bowes Road
Elgin, IL 60123-5542


Sure Light Sign Company
c/o Howard E. Gilbert & Assoc. Ltd.
3315 Algonquin Road, Ste 202
Rolling Meadows, IL 60008


The Bleu Club
2901 W Lake
Glenview, IL 60026

The Chaet Kaplan Baim Firm
30 North LaSalle
Suite 1520
Chicago, IL 60602


Toyota Financial Service
PO Box 5855
Carol Stream, IL 60197


Toyota Financial Services
P.O. Box 5855
Carol Stream, IL 60197


Toyota Financial Services
P.O. Box 5855
Carol Stream, IL 60197


Trustees of the Glaziers
c/o Arnold & Kadjan
19 W. Jackson Blvd
Chicago, IL 60604


Trustees of the Glaziers
c/o Arnold & Kadjan
19 W. Jackson Blvd
Chicago, IL 60604


US Aluminum
6969 W 73rd Street
Chicago, IL 60638


US Cellular
PO Box 0203
Palatine, IL 60055-0203


US Messenger & Logistics, Inc.
7790 Quincy Street
Willowbrook, IL 60527


USM Logistics
7790 Quincy St
Willowbrook, IL 60527

Venacity Technologies, Inc.
585 N. Third Ave
Des Plaines, IL 60016

Venacity Technologies, Inc.
585 N Third Ave
Des Plaines, IL 60016

Vernacity tachnologies, Inc.
585 N Third Ave
Des Plaines, IL 60016

Vernon Communication
650 W Grand Ave
Elmhurst, IL 60126

Vernon Communication
650 W Grand Ave
Elmhurst, IL 60126

Vernon Communication
650 W Grand Ave
Elmhurst, IL 60126

Vincent T. Borst
Robbins, Salomon & Patt, Ltd.
25 East Washington Street, Ste 1000
Chicago, IL 60602

Vitro America/Binswager
VVP Funding
Atlanta, GA 30384-7584

Voli
PO Box 1620
Summerland, CA 93067

VVP Flat G;ass Sales/Vitro America
PO Box 277585
Atlanta, GA 30384-7585

Warehouse Direct
1601 W Algonquin Road
Mount Prospect, IL 60056

Will County Collector
302 N. Chicago St.
Joliet, IL 60432


William L Bonnell Co Inc
c/o Stein & Rotman
105 W Madison St
Chicago, IL 60602-4672


Winthrop Ltd.
816 W Nichols Road
Arlington Heights, IL 60004


Wolverine Glass
5801 Clay Ave
Grand Rapids, MI 49548


Wright Advertising Group
1347 S Laramie Ave
Cicero, IL 60804


Wright Advertising Group
1347 S Laramie Ave
Cicero, IL 60804


Wright Express Fleet Services
PO Box 6293
Carol Stream, IL 60197-6293


Yellow Book
PO Box 660052
Dallas, TX 75266-0052