**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: BECKER, ROBERT JAMES | § | Case No. 11-09373 |
| | § | |
| SHOWERWORKS, INC. | § | |
| Debtor(s) | § | |

# TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on March 07, 2011. The undersigned trustee was appointed on March 07, 2011.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of $ 66,400.36

Funds were disbursed in the following amounts:

| | |
|---|---|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 62,105.17 |
| Bank service fees | 200.96 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1] | $ 4,094.23 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

1 The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

6. The deadline for filing non-governmental claims in this case was / / and the deadline for filing governmental claims was 09/03/2011. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $2,000.00. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $2,000.00, for a total compensation of $2,000.00.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 04/30/2012 By:/s/KAREN R. GOODMAN
Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

2 If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

Exhibit A



# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 11-09373
**Case Name:** BECKER, ROBERT JAMES
**Period Ending:** 04/30/12

**Trustee:** (520191) KAREN R. GOODMAN
**Filed (f) or Converted (c):** 03/07/11 (f)
**§341(a) Meeting Date:** 04/20/11
**Claims Bar Date:**

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 3421 N. Albany Ave., Chicago, IL 60618<br>Orig. Asset Memo: Imported from original petition Doc# 15 | 564,000.00 | 549,000.00 | | 0.00 | FA |
| 2 | 516 W. Stratford, Chicago, IL<br>Orig. Asset Memo: Imported from original petition Doc# 15 | 70,000.00 | 70,000.00 | | 0.00 | FA |
| 3 | 20937 Barrington Lane, Plainfield, IL 60544<br>Orig. Asset Memo: Imported from original petition Doc# 15 | 162,000.00 | 162,000.00 | | 0.00 | FA |
| 4 | 2883 Heritage Terrace, Joliet, IL<br>Orig. Asset Memo: Imported from original petition Doc# 15 | 97,500.00 | 97,500.00 | | 0.00 | FA |
| 5 | 216 Madison, Joliet, IL<br>Orig. Asset Memo: Imported from original petition Doc# 15 | 40,000.00 | 40,000.00 | | 65,000.00 | 0.00 |
| 6 | Chase personal checking<br>Orig. Asset Memo: Imported from original petition Doc# 15 | 620.00 | 0.00 | | 0.00 | FA |
| 7 | Chase personal savings<br>Orig. Asset Memo: Imported from original petition Doc# 15 | 290.00 | 0.00 | | 0.00 | FA |
| 8 | living room sofa and loveseat, coffee table, din<br>Orig. Asset Memo: Imported from original petition Doc# 15 | 2,500.00 | 0.00 | | 0.00 | FA |
| 9 | DVDs, CDs, 9 pices of wall art<br>Orig. Asset Memo: Imported from original petition Doc# 15 | 300.00 | 0.00 | | 0.00 | FA |
| 10 | standard clothing<br>Orig. Asset Memo: Imported from original petition Doc# 15 | 500.00 | 0.00 | | 0.00 | FA |
| 11 | 401K<br>Orig. Asset Memo: Imported from original petition Doc# 15 | 28,000.00 | 0.00 | | 0.00 | FA |
| 12 | Bathworks, Inc.- 100% ownership (closed and non-<br>Orig. Asset Memo: Imported from original petition | Unknown | 0.00 | | 0.00 | FA |

Exhibit A



# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 11-09373
**Case Name:** BECKER, ROBERT JAMES

**Period Ending:** 04/30/12

**Trustee:** (520191) KAREN R. GOODMAN
**Filed (f) or Converted (c):** 03/07/11 (f)
**§341(a) Meeting Date:** 04/20/11
**Claims Bar Date:**

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| | Doc# 15 | | | | | |
| 13 | Bathworks Design, Inc.- 100% ownership (active a<br>Orig. Asset Memo: Imported from original petition<br>Doc# 15 | Unknown | 0.00 | | 0.00 | FA |
| 14 | Becker Glass, Inc.- 100% ownership (closed and n<br>Orig. Asset Memo: Imported from original petition<br>Doc# 15 | Unknown | 0.00 | | 0.00 | FA |
| 15 | Showerworks, Inc.- 100% ownership (closed and no<br>Orig. Asset Memo: Imported from original petition<br>Doc# 15 | Unknown | 0.00 | | 0.00 | FA |
| 16 | 4835 W. Grand LLC- 100% ownership (closed and no<br>Orig. Asset Memo: Imported from original petition<br>Doc# 15 | Unknown | 0.00 | | 0.00 | FA |
| 17 | Becker Glass Industries, Inc. (inactive)<br>Orig. Asset Memo: Imported from original petition<br>Doc# 15 | Unknown | 0.00 | | 0.00 | FA |
| 18 | Becker Industries, Inc. (inactive)<br>Orig. Asset Memo: Imported from original petition<br>Doc# 15 | Unknown | 0.00 | | 0.00 | FA |
| 19 | Robert James Design Inc. (inactive)<br>Orig. Asset Memo: Imported from original petition<br>Doc# 15 | Unknown | 0.00 | | 0.00 | FA |
| 20 | Glass Depot, LLC- 100% ownership (closed and non<br>Orig. Asset Memo: Imported from original petition<br>Doc# 15 | Unknown | 0.00 | | 0.00 | FA |
| 21 | Elston Management LLC- 100% ownership (closed an<br>Orig. Asset Memo: Imported from original petition<br>Doc# 15 | Unknown | 0.00 | | 0.00 | FA |
| 22 | Chicago Northfield Partners LLC- 100% ownership<br>Orig. Asset Memo: Imported from original petition<br>Doc# 15 | Unknown | 0.00 | | 0.00 | FA |
| 23 | Sea Ray Sundancer<br>Orig. Asset Memo: Imported from original petition<br>Doc# 15 | 150,000.00 | 150,000.00 | | 0.00 | FA |

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 11-09373
**Case Name:** BECKER, ROBERT JAMES

**Period Ending:** 04/30/12

**Trustee:** (520191) KAREN R. GOODMAN
**Filed (f) or Converted (c):** 03/07/11 (f)
**§341(a) Meeting Date:** 04/20/11
**Claims Bar Date:**

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 24 | Office furniture and computer equipment<br>Orig. Asset Memo: Imported from original petition Doc# 15 | 1,500.00 | 0.00 | | 0.00 | FA |
| 25 | 2004 Ford E-350 (u)<br>Excess funds after sale of vehicle by secured lender (Ford). Vehicle titled to Debtor and Bathworks, Inc. | Unknown | Unknown | | 1,400.30 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 0.06 | Unknown |
| **26** | **Assets** **Totals** (Excluding unknown values) | **$1,117,210.00** | **$1,068,500.00** | | **$66,400.36** | **$0.00** |

**Major Activities Affecting Case Closing:**

Awaiting acceptable offer to purchase Joliet condominium.

**Initial Projected Date Of Final Report (TFR):** December 31, 2012 **Current Projected Date Of Final Report (TFR):** December 31, 2012

Exhibit B

# Form 2



## Cash Receipts And Disbursements Record

**Case Number:** 11-09373
**Case Name:** BECKER, ROBERT JAMES

**Taxpayer ID #:** **-***0905
**Period Ending:** 04/30/12

**Trustee:** KAREN R. GOODMAN (520191)
**Bank Name:** The Bank of New York Mellon
**Account:** 9200-******20-65 - Checking Account
**Blanket Bond:** $61,494,000.00 (per case limit)
**Separate Bond:** N/A

| 1<br>Trans. Date | 2<br>{Ref #} / Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | | T-Code | 5<br>Receipts $ | 6<br>Disbursements $ | 7<br>Checking Account Balance |
|---|---|---|---|---|---|---|---|---|
| 07/18/11 | {25} | Ford Motor Company | Excess proceeds from sale of 2004 E350 by FMC (secured lender) | | 1229-000 | 1,400.30 | | 1,400.30 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | | 2600-000 | | 0.96 | 1,399.34 |
| 08/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | | 1270-000 | 0.01 | | 1,399.35 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | | 2600-000 | | 25.00 | 1,374.35 |
| 09/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | | 1270-000 | 0.01 | | 1,374.36 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | | 2600-000 | | 25.00 | 1,349.36 |
| 10/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | | 1270-000 | 0.01 | | 1,349.37 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | | 2600-000 | | 25.00 | 1,324.37 |
| 11/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | | 1270-000 | 0.01 | | 1,324.38 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | | 2600-000 | | 25.00 | 1,299.38 |
| 12/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | | 1270-000 | 0.01 | | 1,299.39 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | | 2600-000 | | 25.00 | 1,274.39 |
| 01/31/12 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | | 1270-000 | 0.01 | | 1,274.40 |
| 01/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | | 2600-000 | | 25.00 | 1,249.40 |
| 02/06/12 | 1001 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/01/2012 FOR CASE #11-09373, Bond No. 016026455 | | 2300-000 | | 1.01 | 1,248.39 |
| 02/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | | 2600-000 | | 25.00 | 1,223.39 |
| 03/16/12 | | Chicago Title and Trust Company | Proceeds of closing of condo at 216 Madison St. Joliet. | | | 2,895.84 | | 4,119.23 |
| | {5} | | Sale of Real Estate per Court Order | 65,000.00 | 1110-000 | | | 4,119.23 |
| | | | Settlement Charges on Sale of Real Estate | -62,104.16 | 2500-000 | | | 4,119.23 |
| 03/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | | 2600-000 | | 25.00 | 4,094.23 |

| | Receipts | Disbursements | Balance |
|---|---|---|---|
| **ACCOUNT TOTALS** | **4,296.20** | **201.97** | **$4,094.23** |
| Less: Bank Transfers | 0.00 | 0.00 | |
| **Subtotal** | **4,296.20** | **201.97** | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$4,296.20** | **$201.97** | |

{} Asset reference(s)

Exhibit B

# Form 2



## Cash Receipts And Disbursements Record

**Case Number:** 11-09373
**Case Name:** BECKER, ROBERT JAMES

**Taxpayer ID #:** **-***0905
**Period Ending:** 04/30/12

**Trustee:** KAREN R. GOODMAN (520191)
**Bank Name:** The Bank of New York Mellon
**Account:** 9200-******20-65 - Checking Account
**Blanket Bond:** $61,494,000.00 (per case limit)
**Separate Bond:** N/A

| 1<br>Trans. Date | 2<br>{Ref #} / Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts $ | 6<br>Disbursements $ | 7<br>Checking Account Balance |
|---|---|---|---|---|---|---|---|

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # 9200-******20-65** | 4,296.20 | 201.97 | 4,094.23 |
| | $4,296.20 | $201.97 | $4,094.23 |

**TRUSTEE'S PROPOSED DISTRIBUTION**

Exhibit D

Case No.: 11-09373
Case Name: BECKER, ROBERT JAMES
Trustee Name: KAREN R. GOODMAN

**Balance on hand:** $ 4,094.23

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 4,094.23

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - KAREN R. GOODMAN | 2,000.00 | 0.00 | 2,000.00 |
| Accountant for Trustee, Fees - ALAN D. LASKO | 450.00 | 0.00 | 450.00 |

Total to be paid for chapter 7 administration expenses: $ 2,450.00
Remaining balance: $ 1,644.23

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 1,644.23

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $24,936.93 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1P-2 | International Union of Painters and Allied Trades | 12,182.22 | 0.00 | 803.24 |
| 2P | International Union of Painters and Allied Trades | 12,754.71 | 0.00 | 840.99 |

Total to be paid for priority claims: $ 1,644.23
Remaining balance: $ 0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 4,211,983.52 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1U-2 | International Union of Painters and Allied Trades | 46,516.12 | 0.00 | 0.00 |
| 2U | International Union of Painters and Allied Trades | 11,655.29 | 0.00 | 0.00 |
| 3 | Environmental Interiors Inc. | 45,359.00 | 0.00 | 0.00 |
| 4 | Crawford Supply Company | 686.15 | 0.00 | 0.00 |
| 5 | Columbia Glass and Plastics Co. | 16,189.73 | 0.00 | 0.00 |
| 6 | Citizens Bank | 167,484.17 | 0.00 | 0.00 |
| 7 | A-Wire & Tube Fabricating Corp. | 120.00 | 0.00 | 0.00 |
| 8 | Pitney Bowes Inc | 2,039.62 | 0.00 | 0.00 |
| 9 | Commonwealth Edison Company | 604.36 | 0.00 | 0.00 |
| 10 | MD Technology Services LLC | 7,936.40 | 0.00 | 0.00 |
| 11 | Airgas North Central | 1,073.24 | 0.00 | 0.00 |
| 12 | Warehouse Direct | 1,809.19 | 0.00 | 0.00 |
| 13 | Guardian Industries, Corp. | 31,520.42 | 0.00 | 0.00 |
| 14 | Chase Bank USA, N.A. | 4,173.41 | 0.00 | 0.00 |
| 15 | Arch Aluminum & Glass LLC | 27,930.31 | 0.00 | 0.00 |
| 16 | Access Door, Inc. | 1,346.05 | 0.00 | 0.00 |
| 17 | Siemens Financial Services, Inc. | 23,156.03 | 0.00 | 0.00 |
| 18 | Citibank, N.A. | 29,798.07 | 0.00 | 0.00 |
| 19 | Citibank, N.A. | 60,327.78 | 0.00 | 0.00 |
| 20 | PNC Equipment Finance, LLC | 46,599.27 | 0.00 | 0.00 |
| 21 | PNC Equipment Finance, LLC | 24,531.76 | 0.00 | 0.00 |
| 22 -2 | PNC Equipment Finance, LLC | 33,338.30 | 0.00 | 0.00 |
| 23 | BMO Harris Bank fka Harris NA | 3,158,027.60 | 0.00 | 0.00 |
| 24 | Republic Bank Inc | 450,584.13 | 0.00 | 0.00 |
| 25 | C.R. Laurence Co., Inc. | 19,177.12 | 0.00 | 0.00 |

Total to be paid for timely general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00