|  | The Honorable: | JACK B. SCHMETTERER |
|---|---|---|
|  | Chapter 7 | |
|  | Location: | Room 682 |
|  | Hearing Date: | 06/28/2012 |
|  | Hearing Time: | 10:30am |

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

In re:   BECKER, ROBERT JAMES   §   Case No. 11-09373
         SHOWERWORKS, INC.      §
                                §
Debtor(s)                       §

**NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that <u>KAREN R. GOODMAN</u>, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn Street
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30am on 06/28/2012 in Courtroom 682, United States Courthouse Courthouse, 219 S. Dearborn Street
Chicago, IL 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.
Date Mailed: 05/25/2012       By:   /s/KAREN R. GOODMAN
                                    Trustee

Karen R. Goodman
Shefsky & Froelich Ltd.
111 East Wacker Drive, Suite 2800
Chicago, Illinois 60601-3713
(312) 527-4000
**UST Form 101-7-NFR (10/1/2010)**

| | | |
|---|---|---|
| KAREN R. GOODMAN | The Honorable: | JACK B. SCHMETTERER |
| SHEFSKY & FROELICH, LTD | Chapter 7 | |
| 111 East Wacker Drive | Location: | Room 682 |
| SUITE 2800 | Hearing Date: | 06/28/2012 |
| CHICAGO, IL 60601 | Hearing Time: | 10:30am |
| (312) 527-4000 | Response Date: | / / |

Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re: BECKER, ROBERT JAMES § Case No. 11-09373
§
SHOWERWORKS, INC. §
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 66,400.36 |
| *and approved disbursements of* | $ 62,306.13 |
| *leaving a balance on hand of* [1] | $ 4,094.23 |
| **Balance on hand:** | $ 4,094.23 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 4,094.23 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - KAREN R. GOODMAN | 2,000.00 | 0.00 | 2,000.00 |
| Accountant for Trustee, Fees - ALAN D. LASKO | 450.00 | 0.00 | 450.00 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 2,450.00 |
| Remaining balance: | $ 1,644.23 |

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

                            Total to be paid for prior chapter administrative expenses:  $    0.00
                            Remaining balance:  $    1,644.23

     In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $24,936.93 must be paid in advance of any dividend to general (unsecured) creditors.

     Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1P-2 | International Union of Painters and Allied Trades | 12,182.22 | 0.00 | 803.24 |
| 2P | International Union of Painters and Allied Trades | 12,754.71 | 0.00 | 840.99 |

                            Total to be paid for priority claims:  $    1,644.23
                            Remaining balance:  $    0.00

     The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

     Timely claims of general (unsecured) creditors totaling $ 4,211,983.52 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

     Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1U-2 | International Union of Painters and Allied Trades | 46,516.12 | 0.00 | 0.00 |
| 2U | International Union of Painters and Allied Trades | 11,655.29 | 0.00 | 0.00 |
| 3 | Environmental Interiors Inc. | 45,359.00 | 0.00 | 0.00 |
| 4 | Crawford Supply Company | 686.15 | 0.00 | 0.00 |
| 5 | Columbia Glass and Plastics Co. | 16,189.73 | 0.00 | 0.00 |
| 6 | Citizens Bank | 167,484.17 | 0.00 | 0.00 |
| 7 | A-Wire & Tube Fabricating Corp. | 120.00 | 0.00 | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

| | | | | |
|---|---|---:|---:|---:|
| 8 | Pitney Bowes Inc | 2,039.62 | 0.00 | 0.00 |
| 9 | Commonwealth Edison Company | 604.36 | 0.00 | 0.00 |
| 10 | MD Technology Services LLC | 7,936.40 | 0.00 | 0.00 |
| 11 | Airgas North Central | 1,073.24 | 0.00 | 0.00 |
| 12 | Warehouse Direct | 1,809.19 | 0.00 | 0.00 |
| 13 | Guardian Industries, Corp. | 31,520.42 | 0.00 | 0.00 |
| 14 | Chase Bank USA, N.A. | 4,173.41 | 0.00 | 0.00 |
| 15 | Arch Aluminum & Glass LLC | 27,930.31 | 0.00 | 0.00 |
| 16 | Access Door, Inc. | 1,346.05 | 0.00 | 0.00 |
| 17 | Siemens Financial Services, Inc. | 23,156.03 | 0.00 | 0.00 |
| 18 | Citibank, N.A. | 29,798.07 | 0.00 | 0.00 |
| 19 | Citibank, N.A. | 60,327.78 | 0.00 | 0.00 |
| 20 | PNC Equipment Finance, LLC | 46,599.27 | 0.00 | 0.00 |
| 21 | PNC Equipment Finance, LLC | 24,531.76 | 0.00 | 0.00 |
| 22 -2 | PNC Equipment Finance, LLC | 33,338.30 | 0.00 | 0.00 |
| 23 | BMO Harris Bank fka Harris NA | 3,158,027.60 | 0.00 | 0.00 |
| 24 | Republic Bank Inc | 450,584.13 | 0.00 | 0.00 |
| 25 | C.R. Laurence Co., Inc. | 19,177.12 | 0.00 | 0.00 |

Total to be paid for timely general unsecured claims:   $    0.00
Remaining balance:   $    0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims:   $    0.00
Remaining balance:   $    0.00

UST Form 101-7-NFR (10/1/2010)

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

Prepared By: /s/KAREN R. GOODMAN
Trustee

KAREN R. GOODMAN
111 East Wacker Drive
SUITE 2800
CHICAGO, IL 60601
(312) 527-4000

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                Case No. 11-09373-JBS
Robert James Becker                                                   Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1         User: pseamann          Page 1 of 8          Date Rcvd: May 29, 2012
                             Form ID: pdf006        Total Noticed: 228

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 31, 2012.
```
db         +Robert James Becker,    3421 N. Albany Ave.,    Chicago, IL 60618-5601
16922454    2550 Ashland LLC,    2250S Ashalnd Ave,    Chicago, IL 60608
17183815   +3D Exhibits,    2800 Lively Boulevard,    Elk Grove Village, IL 60007-6733
16922455   +A-Wire & Tube Fabricating Corp.,    4825 W Grand Ave,   Chicago, IL 60639-4507
17183816   +ADP Financial Services Division,    100 Northwest Point Boulevard,
             Elk Grove Village, IL 60007-1018
16922465   +ADT Security Services,    PO Box 371967,    Pittsburgh, PA 15250-7967
16922466   #+ADT Security Services, Inc.,    2250 W. Pinehurst Blvd,    #100,   Addison, IL 60101-6100
17183821   +ARCO/Murray National,    One Oakbrook Terrace,    Suite 300,   Villa Park, IL 60181-4468
17183822   +ASIG,   PO Box 66131,    Chicago, IL 60666-0131
16922479   #AT&T,    PO Box 8100,   Aurora, IL 60507-8100
16922458   +Abato, Rubenstein and Abato PA,    809 Gleneagles Court,    Suite 320,   Towson, MD 21286-2230
16922461    AcTax Computer Services,    836-A Arlington Heights Rd.,    Elk Grove Village, IL 60007
16922459   +Access Door, Inc.,    528 Johnson Street,    Keokuk, IA 52632-5416
16922460   +Ace Property & Casualty,    c/o David Halpin,    1400 Torrence #211A,   Calumet City, IL 60409-5565
16922462    Active Electrical Supply Co.,    4240 West Lawrence Avenue,    Chicago, IL 60630-2798
16922467   +Airgas North Central,    PO Box 802588,    Chicago, IL 60680-2588
16922468   +Alan & Associates,    15432 South 70th Street,    Orland Park, IL 60462-5133
17183817   #+Alice Desai,    1043 N Lathrop,    River Forest, IL 60305-1450
16922470    Allied Waste Services,    PO Box 9001154,    Louisville, KY 40290-1154
16922471   +American Specialists Inc.,    441 Saw Mill River Road,    Yonkers, NY 10701-5581
17183818   +Andrea Devito,    873 N Francisco,    Chicago, IL 60622-4413
17183819   +Andrea McGuire,    8201 W Eastwood Ave,    Harwood Heights, IL 60706-4307
17183820   +Apex Construction,    6110 N Bernard,   Chicago, IL 60659-2212
16922472    Arch Aluminum & Glass,    PO Box 676109,    Dallas, TX 75267-6109
17375110   +Arch Aluminum & Glass LLC,    c/o Kohner, Mann & Kailas, S.C.,    4650 North Port Washington Road,
             Milwaukee, Wisconsin 53212-1077
16922475    Arch Aluminum & Glass- Iowa,    PO Box 676109,    Dallas, TX 75267-6109
16922476    Arch Aluminum & Glasss- Wisconsin,    PO Box 676109,    Dallas, TX 75267-6109
16922477    Arizona Shower Doors, Inc.,    261 Bond Street,    Park Forest, IL 60466
16922478    Arizona Shower Doors, Inc.,    2601 Bond Street,    Park Forest, IL 60484-3179
17183823   +Aspin Publishers,    2700 Lake Cook Road,    Deerfield, IL 60015-3867
16922481   #+Azul Window Washing,    718 South 6th Avenue,    Maywood, IL 60153-1571
16922646   +BMO Harris Bank fka Harris NA,    c/o Francis X Buckley Jr,    Thompson Coburn LLP,
             55 East Monroe St 37th Floor,    Chicago, IL 60603-6029
16922546   +BMW Financial Services,    PO Box 78064,    Phoenix, AZ 85062-8066
16922550   ++++BROAN-NUTONE,    PO BOX 270140,    HARTFORD WI 53027-7140
             (address filed with court:  Broan-Nutone,    P.O. Box 140,    Hartford, WI 53027)
16922482    Baker & Miller, P.C.,    29 N. Wacker Drive,    Suite 500,   Chicago, IL 60606-2854
16922483   +Bathworks, Inc.,    3956 N Elston Ave,    Chicago, IL 60618-4123
17183824   +Bear Construction,    1501 Rohlwing Road,    Rolling Meadows, IL 60008-1336
16922523    Becker Glass, Inc.,    4835 N Grand Ave,   Chicago, IL 60639
17183825   +Bernshtam,    530 N. Lake Shore Drive,    #1806,   Chicago, IL 60611-7432
16922545    Blue Cross- Blue Shield of Illinois,    PO Box 1186,    Chicago, IL 60690-1186
16922547   +Bonnell Aluminum,    508 Wilson St,    Kentland, IN 47951-9700
17183826   +Bovis Lend Lease,    1 North Wacker Drive #850,    Chicago, IL 60606-2831
16922548   +Bovis Lend Lease, Inc.,    One Noth Wacker,    Suite 850,   Chicago, IL 60611
16922549    Broadview Security,    PO Box 70834,    Charlotte, NC 28272-0834
16922551   +C.R. Laurence Co., Inc.,    2503 E Vernon Ave,    Los Angeles, CA 90058-1826
17183827   +CA Development,    3880 N Milwaukee,    Chicago, IL 60641-2821
17183832   +CG Development Group LLC,    1755 N Damen Ave,    Suite 200,   Chicago, IL 60647-5539
17183828   #+Cable Design, Inc.,    629 Green Bay Rd,    Suite 2,   Wilmette, IL 60091-2569
17183829   #+Cabworks,    900 Pratt Blvd,   Elk Grove Village, IL 60007-5119
16922556   +Cenlar,   PO Box 785057,    Orlando, FL 32878-5057
17183831   +Centaur,    833 N Orleans Street,   Suite 300,    Chicago, IL 60610-3181
16922557    Chase,   Cardmember Service,    PO Box 15153,    Wilmington, DE 19886-5153
16922558   +Chase Bank,    P.O. Box 4661,    Houston, TX 77210-4661
17361952    Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
16922559   +Chase Home Finance,    P. O. Box 78420,    Phoenix, AZ 85062-8420
17183833   +Cheryl Weitzman,    1275 S Campbell Ave,    Chicago, IL 60608-1013
16922560   +Chicago Jewish News,    5301 W Dempster,    Skokie, IL 60077-1800
16922561   +Citi Cards,    Attention: Bankruptcy,    P.O. Box 6000,    Sioux Falls, SD 57117-6000
16922564   +Citibank,    P.O. Box 6000,   The Lakes, NV 89163-0001
16922563    Citibank,    PO Box 688912,    Des Moines, IA 50368-8912
17629900   +Citibank, N.A.,    Payment Center,    4740 121st St,    Urbandale, IA 50323-2402
16922565   +Citizens Automobile Finance,    443 Jefferson Blvd,    Warwick, RI 02886-1321
16967794    Citizens Bank,    P O Box 1790,    Flint, MI 48501-1790
17301604   +Citizens Bank,    101 N Washington,    Saginaw, MI 48607-1207
16922566   +City of Chicago,    The Department of Water Managment,    P.O. Box 6330,    Chicago, IL 60680-6330
16922567   +Classic Graphic Industries Inc.,    519 Wrightwood Ave.,    Elmhurst, IL 60126-1047
17183836   +Columbia Glass,    4716 W. Lake St.,    Chicago, IL 60644-2709
16922571   +Columbia Glass Inc.,    c/o Law Offices os W.C. French,    PO Box 572884,    Houston, TX 77257-2884
16922568   +Columbia Glass and Plastics Co.,    4716 W. Lake St.,    Chicago, IL 60644-2709
16922574   +Comcast,    PO Box 3001,    Southeastern, PA 19398-3001
```

```
District/off: 0752-1            User: pseamann              Page 2 of 8                  Date Rcvd: May 29, 2012
                                Form ID: pdf006             Total Noticed: 228

16922576       Construction Specialists, Inc.,   PO Box 415278,   Boston, MA 02241-5278
16922577      +Contract Builder Hardware,   1203 S. Northwest Highway,   Barrington, IL 60010-5299
16922578       Cook County Collector,   P.O. Box 7552,   Chicago, IL 60680-7552
16922582      +Crate Tech, Inc.,   135 Bond Street,   Elk Grove Village, IL 60007-1218
16922583      +Crawford Supply Co.,   c/o Law Offices of Michael D Weis,   PO Box 1166,
                Northbrook, IL 60065-1166
17292337      +Crawford Supply Company,   C/O Michael Weis,   PO Box 1166,   Northbrook, IL 60065-1166
16922584       Creative Specialists,   75 Remittance Dr. #1590,   Chicago, IL 60675-1590
16922585      +Culligan,   PO Box 5277,   Carol Stream, IL 60197-5277
16922586      +Cushing & Co.,   420 W Huron,   Chicago, IL 60654-8475
17183837      +D.C.B.,   6546 N Milwaukee,   Chicago, IL 60631-1750
16922594       DIV10 Supplies, Inc.,   356 Balm Court,   Wood Dale, IL 60191
16922597     #+DT Security Services, Inc.,   2250 W. Pinehurst Blvd,   Suite 100,   Chicago, IL 60101-6100
16922588      +Daimler- Chrysler Fin. Services,   PO Box 1334,   Roanoke, TX 76262-1334
17183838      +Dawsa Construction,   9220 Bellforte,   Morton Grove, IL 60053-2041
16922592       Dept. of Water- City of Chicago,   333 South State Street,   Chicago, IL 60604-3979
17183839      +Donosco Inc.,   3701 N Ravenswood,   Suite 202,   Chicago, IL 60613-3898
16922595      +Doralco,   5919 W 118th Street,   Alsip, IL 60803-3914
16922598      +Engineered Concepts, LLC,   8785 Sonoma Trail,   Spring Grove, IL 60081-8255
17183840     #+Environmental Interiors Inc.,   13 River Rd,   Hudson, NH 03051-5240
17183841      +Evans Construction,   455 E Illinois,   Chicago, IL 60611-5310
16922599      +Fabricated Metal Systems, Inc.,   1377 E. Industrial Drive,   Itasca, IL 60143-1847
16922600      +Fastenal,   2038 W Hubbard St,   Chicago, IL 60612-1610
17183842      +Felix & McKinney Group LLC,   15 W 673 Virginia,   Elmhurst, IL 60126-1261
16922601      +Fifth Third Bank,   Attention: Bankruptcy,   1850 East Paris - MDROPS05,
                Grand Rapids, MI 49546-6253
16922602      +Ford Credit,   PO Box 790093,   Saint Louis, MO 63179-0093
16922607      +Freedom Voice Systems,   169 Saxony Road #206,   Encinitas, CA 92024-6780
16922637      +GMAC Financial-ALLY,   PO Box 9001948,   Louisville, KY 40290-1948
16922608       Gardner Glass Products,   5611 Reliable Parkway,   Chicago, IL 60686-0056
16922609       Glass Depot LLC,   4835 N Grand Ave,   Chicago, IL 60639
16922636       Glass Products,   5611 Reliable Parkway,   Chicago, IL 60686-0056
16922639      +Hafele America Co.,   PO Box 75352,   Charlotte, NC 28275-0352
16922640      +Harris Bank,   PO Box 2880,   Chicago, IL 60690-2880
17183843      +Herb Glass & Mirror,   737 W. Chicago St.,   Elgin, IL 60123-6258
16922647      +Heritage Lakes Association,   c/o Vanguard Community Association,   50 E. Commerce,
                Schaumburg, IL 60173-5308
16922648      +Hollywood Industrial Supply,   3223 Lake Ave,   Wilmette, IL 60091-1069
16922649      +I-Can Supply,   PO Box 1535,   Des Plaines, IL 60017-1535
16922650      +ICAN SUPPLY,   960 Rand Road,   Des Plaines, IL 60016-2352
16922654      +INC.,   PO Box 6427,   Jacksonville, FL 32236-6427
16929969      +IUPAT Pension Fund,   c/o Dawn M. Costa, Esquire,   The Penn Mutual Towers, 16th Floor,
                510 Walnut Street,   Philadelphia, PA 19106-3619
17183844      +Icon Identity Solutions,   2480 Greenleaf Ave,   Elk Grove Village, IL 60007-5510
16922651      +Illini High-Reach,   13633 Main Street,   Lemont, IL 60439-9179
16922653      +Imperial Plating Co.,   7030 West 60th Street,   Chicago, IL 60638-3102
17183845      +Imperial Woodworking Co.,   310 N Woodwork Lane,   Palatine, IL 60067-4995
16922656      +Ink Smith Inc.,   3352 N. Milwaukee Ave,   Chicago, IL 60641-4004
16922657      +International Painters and Allied,   Trades Industry Pension Fund,   4225 Lawndale Ave,
                Lyons, IL 60534-1131
16934937      +International Union of Painters and Allied Trades,   c/o Dawn M. Costa, Esq./Jennings Sigmond,
                510 Walnut Street 16F,   Philadelphia, PA 19106-3619
17183846      +JDF Distribution Sales,   450 Airline Dr,   Coppell, TX 75019-4607
16922659      +JP Morgan Chase Bank. N.A.,   Home Equity and Consumer Lending,   1111 Polaris Parkway,
                Columbus, OH 43240-2031
17183849      +JR Images,   9592 Potter Rd,   Des Plaines, IL 60016-3820
16922658      +James P. Ziegler,   Stone Pogrund & Korey LLC,   1 E. Wacker Drive, Suite 2610,
                Chicago, IL 60601-2001
17183847      +Joe Kosmicki,   4015 N St. Louis Ave,   Chicago, IL 60618-2217
17183848      +Jose Zuniga,   3815 N Springfield Ave,   Chicago, IL 60618
17183850      +Kenny Construction Company,   2215 Sanders Rd,   Suite 400,   Northbrook, IL 60062-6114
16922660       Laird Plastics,   1411 Ellis Ave,   Bensenville, IL 60106
16922661      +Lakewood Falls Community Associatio,   C/o Vanguard Community Management,   50 E. Commerce,
                Schaumburg, IL 60173-5308
16942389      +Lauren Newman, Esq.,   Thompson Coburn LLP,   55 East Monroe, 37th Floor,
                Chicago, Illinois 60603-6029
17183851      +Leah Leaman,   14308 W Braemore Close,   Libertyville, IL 60048-4846
16922662      +Liberty Hardware,   140 Business Park Drive,   Winston Salem, NC 27107-6539
17183852      +Lipe Construction,   1250 N Paulina Street,   Chicago, IL 60622-3804
16922664      +MD Technology Services LLC,   2461 N Lincoln,   Chicago, IL 60614-8480
16922668      +MP Morris,   4131 N Dickinson,   Chicago, IL 60641-1712
17183853       Manchester Square- Joe Tremont,   117 Lake Street,   Libertyville, IL 60048
16922663      +Manpower,   21271 Network Place,   Chicago, IL 60673-1212
16922665      +Mercedes Benz Financial,   PO Box 9001680,   Louisville, KY 40290-1680
16922666      +Michael Castle,   c/o Douglas Wexler, Esq.,   55 W Wacker Dr, 9th Floor,   Chicago, IL 60601-1794
17183855      +Michael Dansinger,   500 W Superior,   #2210,   Chicago, IL 60654-8151
17183856      +Michael Kinyon,   2440 Chas Dr,   Rolling Meadows, IL 60008-2066
17183857      +Midwest Architectural Glass,   1005 Plainfield Road,   Joliet, IL 60435-4419
16922667       Midwest Tropical Inc.,   3420 West Tought Ave,   Lincolnwood, IL 60712-2717
17183859      +Morgan Harbour Construction,   10204 Werch Drive,   Woodridge, IL 60517-5084
```

```
District/off: 0752-1          User: pseamann              Page 3 of 8                   Date Rcvd: May 29, 2012
                              Form ID: pdf006             Total Noticed: 228


17183860      +Norberto Rivera,    2516 W Moffat,    Chicago, IL 60647-4313
17183861      +Northwest Contractors,    200 Industrial Drive,    Hampshire, IL 60140-7909
16922669       Ocwen Federal Bank,    12650 Integrity Dr.,    Orlando, FL 32826
16922670      +Office Team,    12400 Collections Center Drive,    Chicago, IL 60693-0124
16922671      +Old Castle Chicago,    4161 S. Morgan,    Chicago, IL 60609-2516
16922672      +Old Castle Indianapolis,    4635 W. 84th Street,    Suite 100,    Indianapolis, IN 46268-3721
17646501      +PNC Equipment Finance, LLC,    Candance Freede,    995 Dalton Ave,    Cincinnati, OH 45203-1101
16922678      +PNC Mfrs. Fin. Services,    995 Dalton Ave,    Cincinnati, OH 45203-1100
16922681      +PNCEF, LLC,    995 Dalton Ave,    Cincinnati, OH 45203-1101
16922683      +PPG Industries,    One PPG Place,    Pittsburgh, PA 15272-0001
17183864      +PSR Development,    6524 N Lincoln Ave,    Lincolnwood, IL 60712-3919
16922673       People’s Gas,    Bill Payment Center,    Chicago, IL 60687-0001
16922674       Pitney Bowes Global Financial Serv.,     PO Box 871887,    Pittsburgh, PA 15250-7887
16922675       Pitney Bowes Purchase Power,    PO Box 371874,    Pittsburgh, PA 15250-7874
16922677       Pitney Bowes, Inc.,    PO Box 371896,    Pittsburgh, PA 15250-7896
16922682      +Portals,    11301 West 87th Terrace,    Overland Park, KS 66214-3210
17183862      +Prime Group,    321 North Clark Street,    #2500,    Chicago, IL 60654-4746
16922684      +Pro 4 Doors, Inc.,    740 West 138th Street,    Riverdale, IL 60827-1665
17183863      +Progressive Business Publications,    370 Technology Dr.,    PO Box 3019,    Malvern, PA 19355-0719
16922685       Quill,    PO Box 37600,    Philadelphia, PA 19101-0600
17183865      +R. Vari & Associates,    330 S. Wells,    Suite 702,    Chicago, IL 60606-7115
16922690      +RH Donnelley, Inc.,    c/o The Law Ofcs of Jack H. Rotter,     PO Box 10417,
                Chicago, IL 60610-0417
16922687      +Rand-Tec Insurance Agency,    977 Lakeview Terrace,    Vernon Hills, IL 60061-1444
17183866      +Rebechini Studios,    680 Fargo Avenue,    Elk Grove Village, IL 60007-4701
16922688       Related Products/RPO,    PO Box 812,    Bensenville, IL 60106-0812
16922689      +Republic Bank Inc,    c/o Timothy J Lowery Esq,    1000 Hart Road Suite 300,
                Barrington, IL 60010-2624
17183867      +Rise Group,    120 S LaSalle,    #1350,    Chicago, IL 60603-3444
16922691       Round Point Mortgage,    5032 Parkway Place,    Charlotte, NC 28217
16922692      +Royal Publishing,    7620 N Harker Dr.,    Peoria, IL 61615-1857
16922693      +Rubenstein Lumber Co.,    5357 W Grand Ave,    Chicago, IL 60639-3009
16922695      +SBA/SomerCor 504,    601 S LaSalle,    Suite 510,    Chicago, IL 60605-1726
17183868      +Sandy & Barrie Robins,    3810 Mission Hills Rd,    Unit 401,    Northbrook, IL 60062-5752
16922698      +Schilling Graphics,    275 Gelsanliter Road,    Galion, OH 44833-2235
16922699      +Scopelitis, Garvin, Light &,     Hanson & Feary P.C.,    10 West Market Street,
                Indianapolis, IN 46204-2965
17183869      +Scott Thompson,    1520 Jeffrey Lane,    Northbrook, IL 60062-4618
16922700      +Sealants Engineering Associates,     239 James St.,    Bensenville, IL 60106-3318
17183870      +Sedgwick Properties,    1525 W. Homer St,    Suite 401,    Chicago, IL 60642-1296
17183872     #+Shana Jones,    4539 S King Dr.,    Chicago, IL 60653-4114
16922702      +Showerworks, Inc.,    3956 N. Elston Ave,    Chicago, IL 60618-4123
16922772      +Siemens Financial Services Inc.,     c/o Vedder Price P.C.,    222 North LaSalle Street,
                Chicago, IL 60601-1003
17579491      +Siemens Financial Services, Inc.,     c/o Arlene N. Gelman, Esq.,    Vedder Price P.C.,
                222 North LaSalle Street, Suite 2600,     Chicago, Illinois 60601-1104
16922776      +Structural Strategies, Inc.,    500 S. Lombard Ave,    Addison, IL 60101-4204
17183873      +Summit Design & Build,    1032 W Fulton Market,    Suite 300,    Chicago, IL 60607-1256
16922777       Sure Light Service Company,    1225 Bowes Road,    Elgin, IL 60123-5542
16922778      +Sure Light Sign Company,    c/o Howard E. Gilbert & Assoc. Ltd.,     3315 Algonquin Road, Ste 202,
                Rolling Meadows, IL 60008-3248
16922782     ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
              (address filed with court: Toyota Financial Services,     P.O. Box 5855,    Carol Stream, IL 60197)
16922779      +The Bleu Club,    2901 W Lake,    Glenview, IL 60026-1264
16922780      +The Chaet Kaplan Baim Firm,    30 North LaSalle,    Suite 1520,    Chicago, IL 60602-3387
16967795      +The Glen Club,    2901 W Lake,    Glenview, IL 60026-1264
17183875      +Tinley Park Glass,    16910 Oak Park Avenue,    Tinley Park, IL 60477-2720
16922781      +Toyota Financial Service,    PO Box 5855,    Carol Stream, IL 60197-5855
17183876      +Tropic Construction Corp.,    325 N Wells Street,    8th Floor,    Chicago, IL 60654-7023
17183877       Troy Kindt,    16920 Mohican,    Lockport, IL 60441
16922784      +Trustees of the Glaziers,    c/o Arnold & Kadjan,    19 W. Jackson Blvd,    Chicago, IL 60604-3926
16922786      +US Aluminum,    6969 W 73rd Street,    Chicago, IL 60638-6092
16922788      +US Messenger & Logistics, Inc.,     7790 Quincy Street,    Willowbrook, IL 60527-5532
16922789      +USM Logistics,    7790 Quincy St,    Willowbrook, IL 60527-5532
16922799       VVP Flat G¡ass Sales/Vitro America,     PO Box 277585,    Atlanta, GA 30384-7585
16922790      +Venacity Technologies, Inc.,    585 N. Third Ave,    Des Plaines, IL 60016-7526
16922792      +Vernacity tachnologies, Inc.,    585 N Third Ave,    Des Plaines, IL 60016-7526
16922793      +Vernon Communication,    650 W Grand Ave,    Elmhurst, IL 60126-1043
16922796     #+Vincent T. Borst,    Robbins, Salomon & Patt, Ltd.,    25 East Washington Street, Ste 1000,
                Chicago, IL 60602-1796
16922797       Vitro America/Binswager,    VVP Funding,    Atlanta, GA 30384-7584
16922798      +Voli,    PO Box 1620,    Summerland, CA 93067-1620
17183879      +WM Huber Cabinet Works Inc.,    2400 N Campbell Ave,    Chicago, IL 60647-1999
17183878      +Walsh Construction,    929 W. Adams Street,    Chicago, IL 60607-3037
16922800      +Warehouse Direct,    1601 W Algonquin Road,    Mount Prospect, IL 60056-5546
16922801      +Will County Collector,    302 N. Chicago St.,    Joliet, IL 60432-4078
16922802      +William L Bonnell Co Inc,    c/o Stein & Rotman,    105 W Madison St,    Chicago, IL 60602-4602
16922803      +Winthrop Ltd.,    816 W Nichols Road,    Arlington Heights, IL 60004-1326
16922804      +Wolverine Glass,    5801 Clay Ave,    Grand Rapids, MI 49548-5759
16922805      +Wright Advertising Group,    1347 S Laramie Ave,    Cicero, IL 60804-1355
```

```
District/off: 0752-1           User: pseamann              Page 4 of 8                   Date Rcvd: May 29, 2012
                               Form ID: pdf006             Total Noticed: 228

16922808      Yellow Book,    PO Box 660052,    Dallas, TX 75266-0052
17183880     +Yeroc Financial Group,    106 Calendar Dr.,    La Grange, IL 60525-2325

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
16996290     +E-mail/PDF: ebnnotices@ascensioncapitalgroup.com May 30 2012 07:41:47
               Ascension Capital Group, Inc.,    BMW Bank of North America, Inc Dept,    P.O. Box 201347,
               Arlington, TX 76006-1347
17146675     +E-mail/PDF: ebnnotices@ascensioncapitalgroup.com May 30 2012 07:41:47
               BMW Financial Services NA, LLC Department,    c/o Ascension Capital Group,    P.O. Box 201347,
               Arlington, TX 76006-1347
16922554      E-mail/Text: mrivera@murphylomon.com May 30 2012 08:33:33        Canon Business Solutions,
               c/o Murphy Lomon & Associates,    PO Box 2206,    Des Plaines, IL 60017-2206
16922575     +E-mail/Text: legalcollections@comed.com May 30 2012 07:46:34        ComEd,   PO Box 6111,
               Carol Stream, IL 60197-6111
17316018     +E-mail/Text: legalcollections@comed.com May 30 2012 07:46:34        Commonwealth Edison Company,
               3 Lincoln Center,    Oakbrook Terrace, IL 60181-4204
16922593      E-mail/Text: CustomerNoticesEast@dexknows.com May 30 2012 08:08:35        DEX,   8519 Innovation Way,
               Chicago, IL 60682-0085
16922638      E-mail/Text: fhazen@guardian.com May 30 2012 08:39:44        Guardian Industries, Corp.,
               24396 Network Place,    Chicago, IL 60673-1243
17311113     +E-mail/Text: bankruptcy@pb.com May 30 2012 07:46:46        Pitney Bowes Inc,
               4901 Belfort Rd, Ste 120,    Jacksonville FL 32256-6016
16922694      E-mail/Text: cathm@okeeffes.com May 30 2012 08:02:10        Safti First,   325 Newhall Street,
               San Francisco, CA 94124-1432
17183871     +E-mail/Text: Bankruptcy@selective.com May 30 2012 08:12:57        Selective Insurance,
               11711 No. Meridian St.,    Suite 800,    Carmel, IN 46032-6965
16922773     +E-mail/Text: rkasevich@southeasternaluminum.com May 30 2012 08:04:23        Southeastern Aluminum,
               PO Box 6427,    Jacksonville, FL 32236-6427
16922774     +E-mail/Text: rkasevich@southeasternaluminum.com May 30 2012 08:04:23
               Southeastern Aluminum Products, Inc,    PO Box 6427,    Jacksonville, FL 32236-6427
16922787     +Fax: 866-419-3894 May 30 2012 01:10:57     US Cellular,    PO Box 0203,    Palatine, IL 60078-0203
16922807      E-mail/Text: bankruptcy@wrightexpress.com May 30 2012 08:34:17        Wright Express Fleet Services,
               PO Box 6293,    Carol Stream, IL 60197-6293
                                                                                                 TOTAL: 14

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
16922522       Bathworks, Inc.
16922771       Showerworks, Inc.
16922457*     +A.C.T. Group Ltd.,    6242 N Clark St,    Chicago, IL 60660-1202
16922480*      AT&T,   PO Box 8100,    Aurora, IL 60507-8100
16922464*      Active Electrical Supply Co.,    4240 West Lawrence Ave,    Chicago, IL 60630-2798
16922463*      Active Electrical Supply Co.,    4240 West Lawrence Avenue,    Chicago, IL 60630-2798
16922469*     +Alan and Associates,    15432 South 70th Street,    Orland Park, IL 60462-5133
16922473*      Arch Aluminum & Glass,    PO Box 676109,    Dallas, TX 75267-6109
16922474*      Arch Aluminum & Glass,    PO Box 676109,    Dallas, TX 75267-6109
16922484*     +Bathworks, Inc.,    3956 N Elston Ave,    Chicago, IL 60618-4123
16922485*     +Bathworks, Inc.,    3956 N Elston Ave,    Chicago, IL 60618-4123
16922486*     +Bathworks, Inc.,    3956 N Elston Ave,    Chicago, IL 60618-4123
16922487*     +Bathworks, Inc.,    3956 N Elston Ave,    Chicago, IL 60618-4123
16922488*     +Bathworks, Inc.,    3956 N Elston Ave,    Chicago, IL 60618-4123
16922489*     +Bathworks, Inc.,    3956 N Elston Ave,    Chicago, IL 60618-4123
16922490*     +Bathworks, Inc.,    3956 N Elston Ave,    Chicago, IL 60618-4123
16922491*     +Bathworks, Inc.,    3956 N Elston Ave,    Chicago, IL 60618-4123
16922492*     +Bathworks, Inc.,    3956 N Elston Ave,    Chicago, IL 60618-4123
16922493*     +Bathworks, Inc.,    3956 N Elston Ave,    Chicago, IL 60618-4123
16922494*     +Bathworks, Inc.,    3956 N Elston Ave,    Chicago, IL 60618-4123
16922495*     +Bathworks, Inc.,    3956 N Elston Ave,    Chicago, IL 60618-4123
16922496*     +Bathworks, Inc.,    3956 N Elston Ave,    Chicago, IL 60618-4123
16922497*     +Bathworks, Inc.,    3956 N Elston Ave,    Chicago, IL 60618-4123
16922498*     +Bathworks, Inc.,    3956 N Elston Ave,    Chicago, IL 60618-4123
16922499*     +Bathworks, Inc.,    3956 N Elston Ave,    Chicago, IL 60618-4123
16922500*     +Bathworks, Inc.,    3956 N Elston Ave,    Chicago, IL 60618-4123
16922501*     +Bathworks, Inc.,    3956 N Elston Ave,    Chicago, IL 60618-4123
16922502*     +Bathworks, Inc.,    3956 N Elston Ave,    Chicago, IL 60618-4123
16922503*     +Bathworks, Inc.,    3956 N Elston Ave,    Chicago, IL 60618-4123
16922504*     +Bathworks, Inc.,    3956 N Elston Ave,    Chicago, IL 60618-4123
16922505*     +Bathworks, Inc.,    3956 N Elston Ave,    Chicago, IL 60618-4123
16922506*     +Bathworks, Inc.,    3956 N Elston Ave,    Chicago, IL 60618-4123
16922507*     +Bathworks, Inc.,    3956 N Elston Ave,    Chicago, IL 60618-4123
16922508*     +Bathworks, Inc.,    3956 N Elston Ave,    Chicago, IL 60618-4123
16922509*     +Bathworks, Inc.,    3956 N Elston Ave,    Chicago, IL 60618-4123
16922510*     +Bathworks, Inc.,    3956 N Elston Ave,    Chicago, IL 60618-4123
16922511*     +Bathworks, Inc.,    3956 N Elston Ave,    Chicago, IL 60618-4123
16922512*     +Bathworks, Inc.,    3956 N Elston Ave,    Chicago, IL 60618-4123
16922513*     +Bathworks, Inc.,    3956 N Elston Ave,    Chicago, IL 60618-4123
16922514*     +Bathworks, Inc.,    3956 N Elston Ave,    Chicago, IL 60618-4123
16922515*     +Bathworks, Inc.,    3956 N Elston Ave,    Chicago, IL 60618-4123
16922516*     +Bathworks, Inc.,    3956 N Elston Ave,    Chicago, IL 60618-4123
16922517*     +Bathworks, Inc.,    3956 N Elston Ave,    Chicago, IL 60618-4123
16922518*     +Bathworks, Inc.,    3956 N Elston Ave,    Chicago, IL 60618-4123
```

```
District/off: 0752-1          User: pseamann              Page 5 of 8                  Date Rcvd: May 29, 2012
                              Form ID: pdf006             Total Noticed: 228


            ***** BYPASSED RECIPIENTS (continued) *****
 16922519*      +Bathworks, Inc.,    3956 N Elston Ave,     Chicago, IL 60618-4123
 16922520*      +Bathworks, Inc.,    3956 N Elston Ave,     Chicago, IL 60618-4123
 16922521*      +Bathworks, Inc.,    3956 N Elston Ave,     Chicago, IL 60618-4123
 16922537*       Becker Glass, Inc.,    4835 N Grand Ave,     Chicago, IL 60639
 16922538*       Becker Glass, Inc.,    4835 N Grand Ave,     Chicago, IL 60639
 16922539*       Becker Glass, Inc.,    4835 N Grand Ave,     Chicago, IL 60639
 16922540*       Becker Glass, Inc.,    4835 N Grand Ave,     Chicago, IL 60639
 16922541*       Becker Glass, Inc.,    4835 N Grand Ave,     Chicago, IL 60639
 16922542*       Becker Glass, Inc.,    4835 N Grand Ave,     Chicago, IL 60639
 16922543*       Becker Glass, Inc.,    4835 N Grand Ave,     Chicago, IL 60639
 16922544*       Becker Glass, Inc.,    4835 N Grand Ave,     Chicago, IL 60639
 16922524*       Becker Glass, Inc.,    4835 N Grand Ave,     Chicago, IL 60639
 16922525*       Becker Glass, Inc.,    4835 N Grand Ave,     Chicago, IL 60639
 16922526*       Becker Glass, Inc.,    4835 N Grand Ave,     Chicago, IL 60639
 16922527*       Becker Glass, Inc.,    4835 N Grand Ave,     Chicago, IL 60639
 16922528*       Becker Glass, Inc.,    4835 N Grand Ave,     Chicago, IL 60639
 16922529*       Becker Glass, Inc.,    4835 N Grand Ave,     Chicago, IL 60639
 16922530*       Becker Glass, Inc.,    4835 N Grand Ave,     Chicago, IL 60639
 16922531*       Becker Glass, Inc.,    4835 N Grand Ave,     Chicago, IL 60639
 16922532*       Becker Glass, Inc.,    4835 N Grand Ave,     Chicago, IL 60639
 16922533*       Becker Glass, Inc.,    4835 N Grand Ave,     Chicago, IL 60639
 16922534*       Becker Glass, Inc.,    4835 N Grand Ave,     Chicago, IL 60639
 16922535*       Becker Glass, Inc.,    4835 N Grand Ave,     Chicago, IL 60639
 16922536*       Becker Glass, Inc.,    4835 N Grand Ave,     Chicago, IL 60639
 16922552*      +C.R. Laurence Co., Inc.,    2503 E. Vernon Ave.,     Los Angeles, CA 90058-1826
 16922553*      +C.R. Laurence Co., Inc.,    2503 E. Vernon Ave.,     Los Angeles, CA 90058-1826
 16922555*       Canon Business Solutions, Inc.,    c/o Murphy Lomon & Associates,    PO Box 2206,
                  Des Plaines, IL 60017-2206
 17183830*       Canon Business Solutions, Inc.,    c/o Murphy Lomon & Associates,    PO Box 2206,
                  Des Plaines, IL 60017-2206
 16922562*      +Citi Cards,    Attention: Bankruptcy,    P.O. Box 6000,    Sioux Falls, SD 57117-6000
 17183834*       Citibank,    PO Box 688912,    Des Moines, IA 50368-8912
 17183835*      +Citibank,    P.O. Box 6000,    The Lakes, NV 89163-0001
 16922572*      +Columbia Glass Inc.,    c/o Law Offices os W.C. French,    PO Box 572884,    Houston, TX 77257-2884
 16922573*      +Columbia Glass Inc.,    c/o Law Offices os W.C. French,    PO Box 572884,    Houston, TX 77257-2884
 16922570*      +Columbia Glass and Plastics Co.,    4716 W Lake St,    Chicago, IL 60644-2709
 16922569*      +Columbia Glass and Plastics Co.,    4716 W. Lake St.,    Chicago, IL 60644-2709
 16922579*       Cook County Collector,    P.O. Box 7552,    Chicago, IL 60680-7552
 16922580*       Cook County Collector,    P.O. Box 7552,    Chicago, IL 60680-7552
 16922581*       Cook County Collector,    P.O. Box 7552,    Chicago, IL 60680-7552
 16922589*      +Daimler- Chrysler Fin. Services,    PO Box 1334,    Roanoke, TX 76262-1334
 16922590*      +Daimler- Chrysler Fin. Services,    PO Box 1334,    Roanoke, TX 76262-1334
 16922596*      +Doralco, Inc.,    5919 W. 118th Street,    Alsip, IL 60803-3914
 16922603*      +Ford Credit,    PO Box 790093,    Saint Louis, MO 63179-0093
 16922604*      +Ford Credit,    PO Box 790093,    Saint Louis, MO 63179-0093
 16922605*      +Ford Credit,    PO Box 790093,    Saint Louis, MO 63179-0093
 16922606*      +Ford Credit,    PO Box 790093,    Saint Louis, MO 63179-0093
 16922610*       Glass Depot LLC,    4835 N Grand Ave,    Chicago, IL 60639
 16922611*       Glass Depot LLC,    4835 N Grand Ave,    Chicago, IL 60639
 16922612*       Glass Depot LLC,    4835 N Grand Ave,    Chicago, IL 60639
 16922613*       Glass Depot LLC,    4835 N Grand Ave,    Chicago, IL 60639
 16922614*       Glass Depot LLC,    4835 N Grand Ave,    Chicago, IL 60639
 16922615*       Glass Depot LLC,    4835 N Grand Ave,    Chicago, IL 60639
 16922616*       Glass Depot LLC,    4835 N Grand Ave,    Chicago, IL 60639
 16922617*       Glass Depot LLC,    4835 N Grand Ave,    Chicago, IL 60639
 16922618*       Glass Depot LLC,    4835 N Grand Ave,    Chicago, IL 60639
 16922619*       Glass Depot LLC,    4835 N Grand Ave,    Chicago, IL 60639
 16922620*       Glass Depot LLC,    4835 N Grand Ave,    Chicago, IL 60639
 16922621*       Glass Depot LLC,    4835 N Grand Ave,    Chicago, IL 60639
 16922622*       Glass Depot LLC,    4835 N Grand Ave,    Chicago, IL 60639
 16922623*       Glass Depot LLC,    4835 N Grand Ave,    Chicago, IL 60639
 16922624*       Glass Depot LLC,    4835 N Grand Ave,    Chicago, IL 60639
 16922625*       Glass Depot LLC,    4835 N Grand Ave,    Chicago, IL 60639
 16922626*       Glass Depot LLC,    4835 N Grand Ave,    Chicago, IL 60639
 16922627*       Glass Depot LLC,    4835 N Grand Ave,    Chicago, IL 60639
 16922628*       Glass Depot LLC,    4835 N Grand Ave,    Chicago, IL 60639
 16922629*       Glass Depot LLC,    4835 N Grand Ave,    Chicago, IL 60639
 16922630*       Glass Depot LLC,    4835 N Grand Ave,    Chicago, IL 60639
 16922631*       Glass Depot LLC,    4835 N Grand Ave,    Chicago, IL 60639
 16922632*       Glass Depot LLC,    4835 N Grand Ave,    Chicago, IL 60639
 16922633*       Glass Depot LLC,    4835 N Grand Ave,    Chicago, IL 60639
 16922634*       Glass Depot LLC,    4835 N Grand Ave,    Chicago, IL 60639
 16922635*       Glass Depot LLC,    4835 N Grand Ave,    Chicago, IL 60639
 16922641*      +Harris Bank,    PO Box 2880,    Chicago, IL 60690-2880
 16922642*      +Harris Bank,    PO Box 2880,    Chicago, IL 60690-2880
 16922643*      +Harris Bank,    PO Box 2880,    Chicago, IL 60690-2880
 16922644*      +Harris Bank,    PO Box 2880,    Chicago, IL 60690-2880
 16922645*      +Harris Bank,    PO Box 2880,    Chicago, IL 60690-2880
 16922655*      +INC.,   PO Box 6427,    Jacksonville, FL 32236-6427
```

```
District/off: 0752-1          User: pseamann              Page 6 of 8         Date Rcvd: May 29, 2012
                              Form ID: pdf006             Total Noticed: 228


             ***** BYPASSED RECIPIENTS (continued) *****
 16922652*      +Illini High-Reach,   13633 Main Street,   Lemont, IL 60439-9179
 16922679*      +PNC Mfrs. Fin. Services,   995 Dalton Ave,   Cincinnati, OH 45203-1100
 16922680*      +PNC Mfrs. Fin. Services,   995 Dalton Ave,   Cincinnati, OH 45203-1100
 16922676*      +Pitney Bowes Purchase Power Inc.,   PO Box 371874,   Pittsburgh, PA 15250-7874
 16922686*       Quill,   PO Box 37600,   Philadelphia, PA 19101-0600
 16922696*      +SBA/SomerCor 504,   601 S LaSalle,   Suite 510,   Chicago, IL 60605-1726
 16922697*      +SBA/SomerCor 504,   601 S LaSalle,   Suite 510,   Chicago, IL 60605-1726
 16922701*      +Sealants Engineering Associates,   239 James St.,   Bensenville, IL 60106-3318
 16922703*      +Showerworks, Inc.,   3956 N. Elston Ave,   Chicago, IL 60618-4123
 16922704*      +Showerworks, Inc.,   3956 N. Elston Ave,   Chicago, IL 60618-4123
 16922705*      +Showerworks, Inc.,   3956 N. Elston Ave,   Chicago, IL 60618-4123
 16922706*      +Showerworks, Inc.,   3956 N. Elston Ave,   Chicago, IL 60618-4123
 16922707*      +Showerworks, Inc.,   3956 N. Elston Ave,   Chicago, IL 60618-4123
 16922708*      +Showerworks, Inc.,   3956 N. Elston Ave,   Chicago, IL 60618-4123
 16922709*      +Showerworks, Inc.,   3956 N. Elston Ave,   Chicago, IL 60618-4123
 16922710*      +Showerworks, Inc.,   3956 N. Elston Ave,   Chicago, IL 60618-4123
 16922711*      +Showerworks, Inc.,   3956 N. Elston Ave,   Chicago, IL 60618-4123
 16922712*      +Showerworks, Inc.,   3956 N. Elston Ave,   Chicago, IL 60618-4123
 16922713*      +Showerworks, Inc.,   3956 N. Elston Ave,   Chicago, IL 60618-4123
 16922714*      +Showerworks, Inc.,   3956 N. Elston Ave,   Chicago, IL 60618-4123
 16922715*      +Showerworks, Inc.,   3956 N. Elston Ave,   Chicago, IL 60618-4123
 16922716*      +Showerworks, Inc.,   3956 N. Elston Ave,   Chicago, IL 60618-4123
 16922717*      +Showerworks, Inc.,   3956 N. Elston Ave,   Chicago, IL 60618-4123
 16922718*      +Showerworks, Inc.,   3956 N. Elston Ave,   Chicago, IL 60618-4123
 16922719*      +Showerworks, Inc.,   3956 N. Elston Ave,   Chicago, IL 60618-4123
 16922720*      +Showerworks, Inc.,   3956 N. Elston Ave,   Chicago, IL 60618-4123
 16922721*      +Showerworks, Inc.,   3956 N. Elston Ave,   Chicago, IL 60618-4123
 16922722*      +Showerworks, Inc.,   3956 N. Elston Ave,   Chicago, IL 60618-4123
 16922723*      +Showerworks, Inc.,   3956 N. Elston Ave,   Chicago, IL 60618-4123
 16922724*      +Showerworks, Inc.,   3956 N. Elston Ave,   Chicago, IL 60618-4123
 16922725*      +Showerworks, Inc.,   3956 N. Elston Ave,   Chicago, IL 60618-4123
 16922726*      +Showerworks, Inc.,   3956 N. Elston Ave,   Chicago, IL 60618-4123
 16922727*      +Showerworks, Inc.,   3956 N. Elston Ave,   Chicago, IL 60618-4123
 16922728*      +Showerworks, Inc.,   3956 N. Elston Ave,   Chicago, IL 60618-4123
 16922729*      +Showerworks, Inc.,   3956 N. Elston Ave,   Chicago, IL 60618-4123
 16922730*      +Showerworks, Inc.,   3956 N. Elston Ave,   Chicago, IL 60618-4123
 16922731*      +Showerworks, Inc.,   3956 N. Elston Ave,   Chicago, IL 60618-4123
 16922732*      +Showerworks, Inc.,   3956 N. Elston Ave,   Chicago, IL 60618-4123
 16922733*      +Showerworks, Inc.,   3956 N. Elston Ave,   Chicago, IL 60618-4123
 16922734*      +Showerworks, Inc.,   3956 N. Elston Ave,   Chicago, IL 60618-4123
 16922735*      +Showerworks, Inc.,   3956 N. Elston Ave,   Chicago, IL 60618-4123
 16922736*      +Showerworks, Inc.,   3956 N. Elston Ave,   Chicago, IL 60618-4123
 16922737*      +Showerworks, Inc.,   3956 N. Elston Ave,   Chicago, IL 60618-4123
 16922738*      +Showerworks, Inc.,   3956 N. Elston Ave,   Chicago, IL 60618-4123
 16922739*      +Showerworks, Inc.,   3956 N. Elston Ave,   Chicago, IL 60618-4123
 16922740*      +Showerworks, Inc.,   3956 N. Elston Ave,   Chicago, IL 60618-4123
 16922741*      +Showerworks, Inc.,   3956 N. Elston Ave,   Chicago, IL 60618-4123
 16922742*      +Showerworks, Inc.,   3956 N. Elston Ave,   Chicago, IL 60618-4123
 16922743*      +Showerworks, Inc.,   3956 N. Elston Ave,   Chicago, IL 60618-4123
 16922744*      +Showerworks, Inc.,   3956 N. Elston Ave,   Chicago, IL 60618-4123
 16922745*      +Showerworks, Inc.,   3956 N. Elston Ave,   Chicago, IL 60618-4123
 16922746*      +Showerworks, Inc.,   3956 N. Elston Ave,   Chicago, IL 60618-4123
 16922747*      +Showerworks, Inc.,   3956 N. Elston Ave,   Chicago, IL 60618-4123
 16922748*      +Showerworks, Inc.,   3956 N. Elston Ave,   Chicago, IL 60618-4123
 16922749*      +Showerworks, Inc.,   3956 N. Elston Ave,   Chicago, IL 60618-4123
 16922750*      +Showerworks, Inc.,   3956 N. Elston Ave,   Chicago, IL 60618-4123
 16922751*      +Showerworks, Inc.,   3956 N. Elston Ave,   Chicago, IL 60618-4123
 16922752*      +Showerworks, Inc.,   3956 N. Elston Ave,   Chicago, IL 60618-4123
 16922753*      +Showerworks, Inc.,   3956 N. Elston Ave,   Chicago, IL 60618-4123
 16922754*      +Showerworks, Inc.,   3956 N. Elston Ave,   Chicago, IL 60618-4123
 16922755*      +Showerworks, Inc.,   3956 N. Elston Ave,   Chicago, IL 60618-4123
 16922756*      +Showerworks, Inc.,   3956 N. Elston Ave,   Chicago, IL 60618-4123
 16922757*      +Showerworks, Inc.,   3956 N. Elston Ave,   Chicago, IL 60618-4123
 16922758*      +Showerworks, Inc.,   3956 N. Elston Ave,   Chicago, IL 60618-4123
 16922759*      +Showerworks, Inc.,   3956 N. Elston Ave,   Chicago, IL 60618-4123
 16922760*      +Showerworks, Inc.,   3956 N. Elston Ave,   Chicago, IL 60618-4123
 16922761*      +Showerworks, Inc.,   3956 N. Elston Ave,   Chicago, IL 60618-4123
 16922762*      +Showerworks, Inc.,   3956 N. Elston Ave,   Chicago, IL 60618-4123
 16922763*      +Showerworks, Inc.,   3956 N. Elston Ave,   Chicago, IL 60618-4123
 16922764*      +Showerworks, Inc.,   3956 N. Elston Ave,   Chicago, IL 60618-4123
 16922765*      +Showerworks, Inc.,   3956 N. Elston Ave,   Chicago, IL 60618-4123
 16922766*      +Showerworks, Inc.,   3956 N. Elston Ave,   Chicago, IL 60618-4123
 16922767*      +Showerworks, Inc.,   3956 N. Elston Ave,   Chicago, IL 60618-4123
 16922768*      +Showerworks, Inc.,   3956 N. Elston Ave,   Chicago, IL 60618-4123
 16922769*      +Showerworks, Inc.,   3956 N. Elston Ave,   Chicago, IL 60618-4123
 16922770*      +Showerworks, Inc.,   3956 N. Elston Ave,   Chicago, IL 60618-4123
 16922775*      +Southeastern Aluminum Products, Inc,   PO Box 6427,   Jacksonville, FL 32236-6427
 16922783*     ++TOYOTA MOTOR CREDIT CORPORATION,   PO BOX 8026,   CEDAR RAPIDS IA 52408-8026
               (address filed with court: Toyota Financial Services,   P.O. Box 5855,   Carol Stream, IL 60197)
```

```
District/off: 0752-1           User: pseamann              Page 7 of 8                  Date Rcvd: May 29, 2012
                               Form ID: pdf006             Total Noticed: 228


            ***** BYPASSED RECIPIENTS (continued) *****
17183874*     +The Glen Club,    2901 W Lake,    Glenview, IL 60026-1264
16922785*     +Trustees of the Glaziers,    c/o Arnold & Kadjan,    19 W. Jackson Blvd,    Chicago, IL 60604-3926
16922791*     +Venacity Technologies, Inc.,    585 N Third Ave,    Des Plaines, IL 60016-7526
16922794*     +Vernon Communication,    650 W Grand Ave,    Elmhurst, IL 60126-1043
16922795*     +Vernon Communication,    650 W Grand Ave,    Elmhurst, IL 60126-1043
16922806*     +Wright Advertising Group,    1347 S Laramie Ave,    Cicero, IL 60804-1355
16922456     ##+A.C.T. Group Ltd.,    6242 N CLark St,    Chicago, IL 60660-1202
16922587     ##+Daimler Truck Financial,    13650 Heritage Parkway,    Fort Worth, TX 76177-5323
16922591     ##+Delta Dental,    801 Ogden Ave,    Lisle, IL 60532-1337
17183854     ##+Maurice Brewer,    2 Alexander Ct,    Bolingbrook, IL 60490-4920
17183858     ##+Midwest Woodwork & Veneering, Inc.,    150 E Chicago,    Cary, IL 60013-2948
                                                                                         TOTALS: 2, * 203, ## 5
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 31, 2012**               **Signature:**            *Joseph Speetjens*

```
District/off: 0752-1          User: pseamann              Page 8 of 8              Date Rcvd: May 29, 2012
                              Form ID: pdf006             Total Noticed: 228
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 25, 2012 at the address(es) listed below:

          Arlene N Gelman   on behalf of Creditor  Siemens Financial Services, Inc. agelman@vedderprice.com
          Catherine A. Cooke   on behalf of Attorney  PNCEF, LLC d/b/a PNC Equipment Finance f/k/a National
           City Commercial Capital Company, LLC ccooke@rsplaw.com
          Christopher H Purcell   on behalf of Creditor  Ford Motor Credit Company LLC shermlaw13@aol.com
          David M Blaskovich   on behalf of Creditor  Citizens Banking Corporation dmblasko@cwblawfirm.com
          Gina B Krol   on behalf of Debtor Robert Becker gkrol@cohenandkrol.com,
           jhazdra@cohenandkrol.com;gkrol@cohenandkrol.com;pmchugh@cohenandkrol.com
          Jose G Moreno   on behalf of Creditor  Fifth Third Mortgage Company nd-one@il.cslegal.com
          Karen R Goodman   kgoodman@shefskylaw.com,  il24@ecfcbis.com;sfdocket@shefskylaw.com
          Karen R Goodman   on behalf of Trustee Karen Goodman kgoodman@shefskylaw.com,
           sfdocket@shefskylaw.com
          Kathryn A Klein   on behalf of Creditor  DCFS USA, L.L.C. (DCFS) iln@riezmanberger.com,
           riezmanberger@gmail.com
          Monette W Cope   on behalf of Creditor  Citizens Automobile Finance Inc. ecfnil@weltman.com
          Patrick S Layng   USTPRegion11.ES.ECF@usdoj.gov
          Vincent T Borst   on behalf of Attorney  PNCEF, LLC d/b/a PNC Equipment Finance f/k/a National
           City Commercial Capital Company, LLC vborst@rsplaw.com
                                                                                                                 TOTAL: 12

Case 11-09373   Doc 101   Filed 05/29/12   Entered 05/31/12 23:42:52   Desc Imaged
Certificate of Notice   Page 13 of 13