| | | |
|---|---|---|
| KAREN R. GOODMAN | The Honorable: | JACK B. SCHMETTERER |
| SHEFSKY & FROELICH, LTD | Chapter   7 | |
| 111East Wacker Drive | Location: | |
| SUITE 2800 | Hearing Date: | / / |
| CHICAGO, IL  60601 | Hearing Time: | |
| (312) 527-4000 | Response Date: | / / |
| Chapter 7 Trustee | | |

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re: BECKER, ROBERT JAMES § Case No. 11-09373
§
SHOWERWORKS, INC. §
Debtor(s) §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

KAREN R. GOODMAN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2)  A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $0.00   Assets Exempt: $48,710.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $1,644.23   Claims Discharged
   Without Payment: $4,235,276.22

Total Expenses of Administration: $64,756.13

3)  Total gross receipts of $      66,400.36   (see **Exhibit 1** ), minus funds paid to the debtor and third parties of $          0.00   (see **Exhibit 2**), yielded net receipts of  $66,400.36 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 69,326.15 | 69,326.15 | 64,756.13 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 24,936.93 | 24,936.93 | 1,644.23 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 4,211,983.52 | 4,211,983.52 | 0.00 |
| **TOTAL DISBURSEMENTS** | $0.00 | $4,306,246.60 | $4,306,246.60 | $66,400.36 |

4) This case was originally filed under Chapter 7 on March 07, 2011. The case was pending for 17 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 08/09/2012     By: /s/KAREN R. GOODMAN
                                    Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 –GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| 216 Madison, Joliet, IL | 1110-000 | 65,000.00 |
| 2004 Ford E-350 | 1229-000 | 1,400.30 |
| Interest Income | 1270-000 | 0.06 |
| **TOTAL GROSS RECEIPTS** | | **$66,400.36** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 –FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 –SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 –CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| KAREN R. GOODMAN | 2100-000 | N/A | 6,570.02 | 6,570.02 | 2,000.00 |
| ALAN D. LASKO | 3410-000 | N/A | 450.00 | 450.00 | 450.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 0.96 | 0.96 | 0.96 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | Claims Scheduled | Claims Asserted | Claims Allowed | Claims Paid |
|---|---|---|---|---|---|
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 1.01 | 1.01 | 1.01 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| Chicago Title and Trust Company | 2500-000 | N/A | 62,104.16 | 62,104.16 | 62,104.16 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | -25.00 | -25.00 | -25.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $69,326.15 | $69,326.15 | $64,756.13 |

## EXHIBIT 5 –PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| Payee | Uniform Tran. Code | Claims Scheduled | Claims Asserted | Claims Allowed | Claims Paid |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 –PRIORITY UNSECURED CLAIMS

| Claim No. | Claimant | Uniform Tran. Code | Claims Scheduled (from Form 6E) | Claims Asserted (from Proofs of Claim) | Claims Allowed | Claims Paid |
|---|---|---|---|---|---|---|
| 1P-2 | International Union of Painters and Allied Trades | 5400-000 | N/A | 12,182.22 | 12,182.22 | 803.24 |
| 2P | International Union of Painters and Allied Trades | 5400-000 | N/A | 12,754.71 | 12,754.71 | 840.99 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $24,936.93 | $24,936.93 | $1,644.23 |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 7 –GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1U-2 | International Union of Painters and Allied Trades | 7100-000 | N/A | 46,516.12 | 46,516.12 | 0.00 |
| 2U | International Union of Painters and Allied Trades | 7100-000 | N/A | 11,655.29 | 11,655.29 | 0.00 |
| 3 | Environmental Interiors Inc. | 7100-000 | N/A | 45,359.00 | 45,359.00 | 0.00 |
| 4 | Crawford Supply Company | 7100-000 | N/A | 686.15 | 686.15 | 0.00 |
| 5 | Columbia Glass and Plastics Co. | 7100-000 | N/A | 16,189.73 | 16,189.73 | 0.00 |
| 6 | Citizens Bank | 7100-000 | N/A | 167,484.17 | 167,484.17 | 0.00 |
| 7 | A-Wire & Tube Fabricating Corp. | 7100-000 | N/A | 120.00 | 120.00 | 0.00 |
| 8 | Pitney Bowes Inc | 7100-000 | N/A | 2,039.62 | 2,039.62 | 0.00 |
| 9 | Commonwealth Edison Company | 7100-000 | N/A | 604.36 | 604.36 | 0.00 |
| 10 | MD Technology Services LLC | 7100-000 | N/A | 7,936.40 | 7,936.40 | 0.00 |
| 11 | Airgas North Central | 7100-000 | N/A | 1,073.24 | 1,073.24 | 0.00 |
| 12 | Warehouse Direct | 7100-000 | N/A | 1,809.19 | 1,809.19 | 0.00 |
| 13 | Guardian Industries, Corp. | 7100-000 | N/A | 31,520.42 | 31,520.42 | 0.00 |
| 14 | Chase Bank USA, N.A. | 7100-000 | N/A | 4,173.41 | 4,173.41 | 0.00 |
| 15 | Arch Aluminum & Glass LLC | 7100-000 | N/A | 27,930.31 | 27,930.31 | 0.00 |
| 16 | Access Door, Inc. | 7100-000 | N/A | 1,346.05 | 1,346.05 | 0.00 |
| 17 | Siemens Financial Services, Inc. | 7100-000 | N/A | 23,156.03 | 23,156.03 | 0.00 |
| 18 | Citibank, N.A. | 7100-000 | N/A | 29,798.07 | 29,798.07 | 0.00 |
| 19 | Citibank, N.A. | 7100-000 | N/A | 60,327.78 | 60,327.78 | 0.00 |
| 20 | PNC Equipment Finance, LLC | 7100-000 | N/A | 46,599.27 | 46,599.27 | 0.00 |
| 21 | PNC Equipment Finance, LLC | 7100-000 | N/A | 24,531.76 | 24,531.76 | 0.00 |
| 22 -2 | PNC Equipment Finance, LLC | 7100-000 | N/A | 33,338.30 | 33,338.30 | 0.00 |
| 23 | BMO Harris Bank fka Harris NA | 7100-000 | N/A | 3,158,027.60 | 3,158,027.60 | 0.00 |
| 24 | Republic Bank Inc | 7100-000 | N/A | 450,584.13 | 450,584.13 | 0.00 |
| 25 | C.R. Laurence Co., Inc. | 7100-000 | N/A | 19,177.12 | 19,177.12 | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $4,211,983.52 | $4,211,983.52 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 11-09373  
**Case Name:** BECKER, ROBERT JAMES  
**Period Ending:** 08/09/12

**Trustee:** (520191) KAREN R. GOODMAN  
**Filed (f) or Converted (c):** 03/07/11 (f)  
**§341(a) Meeting Date:** 04/20/11  
**Claims Bar Date:**

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 3421 N. Albany Ave., Chicago, IL 60618<br>  Orig. Asset Memo: Imported from original petition Doc# 15 | 564,000.00 | 549,000.00 | | 0.00 | FA |
| 2 | 516 W. Stratford, Chicago, IL<br>  Orig. Asset Memo: Imported from original petition Doc# 15 | 70,000.00 | 70,000.00 | | 0.00 | FA |
| 3 | 20937 Barrington Lane, Plainfield, IL 60544<br>  Orig. Asset Memo: Imported from original petition Doc# 15 | 162,000.00 | 162,000.00 | | 0.00 | FA |
| 4 | 2883 Heritage Terrace, Joliet, IL<br>  Orig. Asset Memo: Imported from original petition Doc# 15 | 97,500.00 | 97,500.00 | | 0.00 | FA |
| 5 | 216 Madison, Joliet, IL<br>  Orig. Asset Memo: Imported from original petition Doc# 15 | 40,000.00 | 40,000.00 | | 65,000.00 | 0.00 |
| 6 | Chase personal checking<br>  Orig. Asset Memo: Imported from original petition Doc# 15 | 620.00 | 0.00 | | 0.00 | FA |
| 7 | Chase personal savings<br>  Orig. Asset Memo: Imported from original petition Doc# 15 | 290.00 | 0.00 | | 0.00 | FA |
| 8 | living room sofa and loveseat, coffee table, din<br>  Orig. Asset Memo: Imported from original petition Doc# 15 | 2,500.00 | 0.00 | | 0.00 | FA |
| 9 | DVDs, CDs, 9 pices of wall art<br>  Orig. Asset Memo: Imported from original petition Doc# 15 | 300.00 | 0.00 | | 0.00 | FA |
| 10 | standard clothing<br>  Orig. Asset Memo: Imported from original petition Doc# 15 | 500.00 | 0.00 | | 0.00 | FA |
| 11 | 401K<br>  Orig. Asset Memo: Imported from original petition Doc# 15 | 28,000.00 | 0.00 | | 0.00 | FA |
| 12 | Bathworks, Inc.- 100% ownership (closed and non- | Unknown | 0.00 | | 0.00 | FA |

Exhibit 8

Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 11-09373  
**Case Name:** BECKER, ROBERT JAMES  

**Period Ending:** 08/09/12

**Trustee:** (520191)   KAREN R. GOODMAN  
**Filed (f) or Converted (c):** 03/07/11 (f)  
**§341(a) Meeting Date:** 04/20/11  
**Claims Bar Date:**

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| | Orig. Asset Memo: Imported from original petition Doc# 15 | | | | | |
| 13 | Bathworks Design, Inc.- 100% ownership (active a<br>Orig. Asset Memo: Imported from original petition Doc# 15 | Unknown | 0.00 | | 0.00 | FA |
| 14 | Becker Glass, Inc.- 100% ownership (closed and n<br>Orig. Asset Memo: Imported from original petition Doc# 15 | Unknown | 0.00 | | 0.00 | FA |
| 15 | Showerworks, Inc.- 100% ownership (closed and no<br>Orig. Asset Memo: Imported from original petition Doc# 15 | Unknown | 0.00 | | 0.00 | FA |
| 16 | 4835 W. Grand LLC- 100% ownership (closed and no<br>Orig. Asset Memo: Imported from original petition Doc# 15 | Unknown | 0.00 | | 0.00 | FA |
| 17 | Becker Glass Industries, Inc. (inactive)<br>Orig. Asset Memo: Imported from original petition Doc# 15 | Unknown | 0.00 | | 0.00 | FA |
| 18 | Becker Industries, Inc. (inactive)<br>Orig. Asset Memo: Imported from original petition Doc# 15 | Unknown | 0.00 | | 0.00 | FA |
| 19 | Robert James Design Inc. (inactive)<br>Orig. Asset Memo: Imported from original petition Doc# 15 | Unknown | 0.00 | | 0.00 | FA |
| 20 | Glass Depot, LLC- 100% ownership (closed and non<br>Orig. Asset Memo: Imported from original petition Doc# 15 | Unknown | 0.00 | | 0.00 | FA |
| 21 | Elston Management LLC- 100% ownership (closed an<br>Orig. Asset Memo: Imported from original petition Doc# 15 | Unknown | 0.00 | | 0.00 | FA |
| 22 | Chicago Northfield Partners LLC- 100% ownership<br>Orig. Asset Memo: Imported from original petition Doc# 15 | Unknown | 0.00 | | 0.00 | FA |
| 23 | Sea Ray Sundancer<br>Orig. Asset Memo: Imported from original petition | 150,000.00 | 150,000.00 | | 0.00 | FA |

Printed: 08/09/2012 01:25 PM   V.13.02

Exhibit 8

Page: 3

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 11-09373  
**Case Name:** BECKER, ROBERT JAMES  

**Period Ending:** 08/09/12

**Trustee:** (520191) KAREN R. GOODMAN  
**Filed (f) or Converted (c):** 03/07/11 (f)  
**§341(a) Meeting Date:** 04/20/11  
**Claims Bar Date:**

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | **Asset Description** (Scheduled And Unscheduled (u) Property) | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) DA=§554(c) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| Ref. # | | | | | | |
| | Doc# 15 | | | | | |
| 24 | Office furniture and computer equipment    Orig. Asset Memo: Imported from original petition Doc# 15 | 1,500.00 | 0.00 | | 0.00 | FA |
| 25 | 2004 Ford E-350  (u)    Excess funds after sale of vehicle by secured lender (Ford). Vehicle titled to Debtor and Bathworks, Inc. | Unknown | Unknown | | 1,400.30 | FA |
| Int | INTEREST  (u) | Unknown | N/A | | 0.06 | FA |
| 26 | **Assets    Totals** (Excluding unknown values) | **$1,117,210.00** | **$1,068,500.00** | | **$66,400.36** | **$0.00** |

**Major Activities Affecting Case Closing:**

    File TDR

**Initial Projected Date Of Final Report (TFR):**    December 31, 2012    **Current Projected Date Of Final Report (TFR):**    May 25, 2012  (Actual)

Printed: 08/09/2012 01:25 PM    V.13.02

## Form 2

### Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 11-09373  
**Case Name:** BECKER, ROBERT JAMES  

**Taxpayer ID #:** **-***0905  
**Period Ending:** 08/09/12

**Trustee:** KAREN R. GOODMAN (520191)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******20-65 - Checking Account  
**Blanket Bond:** $61,494,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 07/18/11 | {25} | Ford Motor Company | Excess proceeds from sale of 2004 E350 by FMC (secured lender) | 1229-000 | 1,400.30 | | 1,400.30 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 0.96 | 1,399.34 |
| 08/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.01 | | 1,399.35 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 1,374.35 |
| 09/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.01 | | 1,374.36 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 1,349.36 |
| 10/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.01 | | 1,349.37 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 1,324.37 |
| 11/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.01 | | 1,324.38 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 1,299.38 |
| 12/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.01 | | 1,299.39 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 1,274.39 |
| 01/31/12 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.01 | | 1,274.40 |
| 01/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 1,249.40 |
| 02/06/12 | 1001 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/01/2012 FOR CASE #11-09373, Bond No. 016026455 | 2300-000 | | 1.01 | 1,248.39 |
| 02/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 1,223.39 |
| 03/16/12 | | Chicago Title and Trust Company | Proceeds of closing of condo at 216 Madison St. Joliet. | | 2,895.84 | | 4,119.23 |
| | {5} | | Sale of Real Estate per Court Order    65,000.00 | 1110-000 | | | 4,119.23 |
| | | | Settlement Charges on Sale of Real Estate    -62,104.16 | 2500-000 | | | 4,119.23 |
| 03/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 4,094.23 |
| 04/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 4,069.23 |
| 05/01/12 | | The Bank of New York Mellon | Bank and Technology Services Fee Adjustment | 2600-000 | | -25.00 | 4,094.23 |
| 06/28/12 | 1002 | ALAN D. LASKO | TRUSTEE'S ACCOUNTANTS' FEES PER COURT ORDER DATED 06.28.2012 | 3410-000 | | 450.00 | 3,644.23 |
| 06/28/12 | 1003 | KAREN R. GOODMAN | TRUSTEE COMPENSATION PER COURT ORDER DATED June 28, 2012 | 2100-000 | | 2,000.00 | 1,644.23 |
| 06/28/12 | 1004 | International Union of Painters and Allied Trades | FIRST AND FINAL DIVIDEND FOR CLAIM NO. 1P-2 PER COURT ORDER DATED 06/28/2012 | 5400-000 | | 803.24 | 840.99 |
| 06/28/12 | 1005 | International Union of Painters and Allied Trades | FIRST AND FINAL DIVIDEND FOR CLAIM NO. 2P PER COURT ORDER DATED | 5400-000 | | 840.99 | 0.00 |

Subtotals :   $4,296.20   $4,296.20

{} Asset reference(s)

Printed: 08/09/2012 01:25 PM   V.13.02

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 11-09373  
**Case Name:** BECKER, ROBERT JAMES  

**Taxpayer ID #:** **-***0905  
**Period Ending:** 08/09/12  

**Trustee:** KAREN R. GOODMAN (520191)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******20-65 - Checking Account  
**Blanket Bond:** $61,494,000.00  (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
|   |   |   | 06.28.2012 |   |   |   |   |
|   |   |   | **ACCOUNT TOTALS** |   | 4,296.20 | 4,296.20 | $0.00 |
|   |   |   | Less: Bank Transfers |   | 0.00 | 0.00 |   |
|   |   |   | **Subtotal** |   | 4,296.20 | 4,296.20 |   |
|   |   |   | Less: Payments to Debtors |   |   | 0.00 |   |
|   |   |   | **NET Receipts / Disbursements** |   | **$4,296.20** | **$4,296.20** |   |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # 9200-******20-65** | 4,296.20 | 4,296.20 | 0.00 |
|  | **$4,296.20** | **$4,296.20** | **$0.00** |

{} Asset reference(s)                                                                                Printed: 08/09/2012 01:25 PM    V.13.02